Form **W-8BEN**

(Rev. December 2000)

Department of the Treasury
Internal Revenue Service

# Certificate of Foreign Status of Nonresident Alien for United States Tax Withholding

▶ Section references are to the Internal Revenue Code.   ▶ See separate Instructions.
▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**

| | Instead, use Form: |
|---|---|
| • A U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • A person claiming an exemption from U.S. withholding on income effectively connected with the conduct of of a trade or business in the United States | |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) | W-8ECI |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession that received effectively connected income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) | W-8ECI or W-8IMY |
| | W-8ECI or W-8EXP |

**Note:** These entities should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to claim they are a foreign person exempt from backup withholding.

• A person acting as an intermediary ............................................................. W-8IMY

**Note:** See instructions for additional exceptions.

## Part I   Identification of Nonresident Alien

**1** Name of human being, individual, or organization that is the Nonresident Alien

Tracy-Dee Ann: Corona

**2** Country of incorporation or organization

None

**3** Type of nonresident alien:

☐ Individual
☐ Grantor trust
☐ Central bank of issue

☐ Corporation
☐ Complex trust
☐ Tax-exempt organization

☐ Disregarded entity
☐ Estate
☐ Private foundation

☐ Partnership
☐ International organization
☑ Transient foreigner ✗

☐ Simple trust

**4** Permanent address (street, apt. or suite no., or rural route).

N/A

City or town, state or province. Include postal code where appropriate.

N/A

Country (do not abbreviate)

N/A

**5** Mailing address (if different from above)

Non-domestic c/o United States Post Office, Postmaster, c/o 3504 Cardinal Court

City or town, state or province. Include postal code where appropriate.

El Cajon, unincorporated, County of San Diego , California State (FPUO 92019)

Country (do not abbreviate)

California County

**6** Identification number

None

☐ ITIN   ☐ EIN

**7** Foreign tax identifying number, if any

None

**8** Reference number(s) (see instructions)

07-16-2009

## Part II   Claim of Tax Treaty Benefits (if applicable)

Dp:

**9** I certify that (check all that apply):

**a** ☐ The nonresident alien is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

**b** ☐ If required, the identification number is stated on line 6 (see instructions).

**c** ☐ The nonresident alien is not an individual, takes the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

**d** ☐ The nonresident alien is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

**e** ☐ The nonresident alien is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

**10** Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9a above to claim a _____% rate of withholding on (specify type of income): _____

Explain the reasons the nonresident alien meets the terms of the treaty article: _____

## Part III   Notional Principal Contracts

**11** ☒ I have provided or will provide a statement that identifies those notional principal contracts from which the income is **not** effectively connected with the conduct of a trade or business in the United States.

## Part IV   Certification

Under penalties of perjury from without the "United States" in accordance with 28 U.S.C. 1746(1), I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete when litigated only in a state court with a jury trial. I further certify under penalties of perjury that:

• I am the nonresident alien (or am authorized to sign for the nonresident alien) of all the transactions to which this form relates,
• The nonresident alien is NOT a U.S. person and is not liable for withholding or paying income taxes or filing returns under the 26 U.S.C. or 26 C.F.R.
• The income to which this form relates is not effectively connected with the conduct of a trade or business in the United States and is not subject to tax under an income tax law or treaty, and
• For broker transactions or barter exchanges, the nonresident alien is a "foreign estate" as defined under 26 U.S.C. 7701 (a)(31).

Furthermore, information submitted on this form is considered licensed and may not be provided to any government organization , third party, or entered into any ielectronic information system. Violators of this copyright shall be subject to a $100,000 personal liability for each such wrongful disclosure.

**Sign Here** ▶

Signature of nonresident alien (or person authorized to sign for nonresident alien)

Date (MM-DD-YYYY)   04-17-08

Capacity in which acting   California

#9

For Paperwork Reduction Act Notice, see separate Instructions.   Cat. No. 25047Y   Form **W-8BEN** (Rev. 12-2000)

1    Tracy Corona (purported defendant)
2    In Care of Postal Department
3    San Diego: the county
4    San Diego: California:
5    on the land 92019
6    In Propria Persona (not Pro Se)
7    Without counsel
8
9             IN THE UNITED STATES DISTRICT COURT
10          FOR THE SOUTHTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:04-CR1298 (BEN). |
| Plaintiff, | **APPEARANCE, APPOINTMENTS AND** |
| vs. | **PRIVATE REMEDY** |
| | **TERMS AND CONDITIONS OF** |
| TRACY CORONA, | **AGREEMENT BY TACIT** |
| | **PROCURATION** |
| Defendants. | **REASONS FOR SETTLING CASE PENAL** |
| Tracy Corona, Creditor/Qualified Investor/Real Party in Interest for defendant TRACY CORONA | **SUM RATHER THAN ARGUING CASE** |
| | **NO INJURED PARTY** |
| | **BONDS** |
| | **ADMINISTRATIVE REQUEST** |
| | **RECOMMEND JUDGE SEAL CASE SUA SPONTE** |
| | **RECOMMEND JUDGE DISMISS THIS CASE SUA SPONTE** |

12
13         **APPEARANCE, APPOINTMENTS AND PRIVATE REMEDY**

14      The woman, Tracy Corona, "I", appears as Creditor/Qualified Investor/Real Party in Interest

15   (RPII) for DEFENDANT, appears specially and not generally. I hereby appoint Judge as Fiduciary

16   Trustee, AUSA as Fiduciary Co-Trustee and PUBLIC DEFENDER as Closing Officer to ensure that

17   the following tasks are completed:

18      **TERMS AND CONDITIONS OF AGREEMENT BY TACIT PROCURATION**

19      1. "Constructive trusts do not arise by agreement or from intention, but by operation of law,
20   and fraud, active or constructive, is their essential element. Actual fraud is not necessary, but
21   such a trust will arise whenever circumstances under which property was acquired made it
22   equitable that it should be retained by him who holds the legal title. Constructive trusts have
23   been said to arise through the application of the doctrine of equitable estoppel, or under the



broad doctrine that equity regards and treats as done what in good conscience ought to be done...being raised by courts of equity whenever it becomes necessary to prevent a failure of justice."

2. RPII hereby files Optional Forms 90 and 91, Standard Forms 24, 25, 25A, 28, 30, 61, 85, 273, 274, and 275 with Judge, Clerk of Court, PUBLIC DEFENDER, and AUSA.

3. It appears to the woman known as Tracy Corona that Judge has forced a PUBLIC ATTORNEY, PUBLIC DEFENDER upon the entity DEFENDANT against publically stated wishes of said RPII. It is a maxim of law that "no one comes before a court of equity in chains." The nature of Brady vs. United States, 397 U.S. 742 (1970), is very clear wherein the United States Supreme Court stated that one cannot give up an unalienable Right unless done so knowingly, willingly, intentionally, and intelligently. RPII is a creditor of plaintiff. The Depository Trust Company (DTC) is banker for plaintiff and DEFENDANT.

4. RPII sets conditions for said fiduciary for PUBLIC DEFENDER appointment that said PUBLIC DEFENDER is not at liberty to argue any issues and is only at liberty to act as CLOSING OFFICER in the nature of the Miller Act Penal Sum setoff for purposes of settlement. PUBLIC DEFENDER is noticed that if he does not know how to process the Penal Sum/Commercial presentment for setoff, he is hereby instructed to contact RPII banker, the Depository Trust Company at 55 Water Street, New York, New York 10041 by and through Supervisor(s) (Closing Officers), at uw-corp@dtcc.com.

5. Judge is appointed as Trustee to ensure that PUBLIC DEFENDER does not argue any points and act within the terms and conditions herein to settle any and all Penal Sum(s)/Commercial Presentment(s) and that the total gross cash receipts are disclosed to the CLOSING OFFICER so that he may settle those sums.

6. Prosecutor/AUSA is appointed Co-Trustee to ensure that plaintiff receives setoff to plaintiff Real Party in Interest.



7. RPII reminds the Clerk of Court and Judge that it is well-established that "Article III of the constitution confines the jurisdiction of the federal courts to actual 'Cases' and 'Controversies.'" *Clinton v. City of New York*, 524 U.S. 417, 429 (1998) (citations omitted). To demonstrate the standing necessary to invoke the jurisdiction of the federal courts Plaintiff must "allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." *Allen v. Wright*, 468 U.S. 737, 751 (1984). This injury may not be speculative or abstract, but must be distinct and definite. *Id.* This would apply unless of course Judge is not operating in an Article III capacity but rather in the capacity of an Administrative Law Judge in which case he has no authority to confine anyone, notwithstanding immigration or cases of infectious disease control, which of course would not apply here.

## REASONS FOR SETTLING CASE PENAL SUM RATHER THAN ARGUING CASE

Life is short. The Parties bringing the charges contributed to creating the conditions of the events in question. Why should I bother arguing with people who cannot see those facts?

Every case, criminal or civil, only has two broad elements/questions to determine; 1) what is the liability? and 2) who will assume that liability?

Therefore, once the ability to communicate with the court, judge and plaintiff is removed through tyranny, the only remedy left is to assign officers/offices of fiduciary position to settle any and all claims.

## NO INJURED PARTY

RPII notices this court that there appears to be no physically injured parties. RPII reminds the court that RPII is the ultimate creditor and underwriter in accord with 14 Statutes At Large 4 that all United States citizens are stockholders of plaintiff. And, since the alleged damaged party is an instrumentality of the plaintiff, RPII is its qualified investor/creditor/underwriter/beneficial owner.



## BONDS

RPII posts bonds (see Forms attached) for setoff of penal sum/commercial presentment in accordance with the nature of the Miller Act for all potential costs and specifically to cover potential penal sums for the alleged charges in toto for all charges of all DEFENDANTS in this case related therein. This is why the Penal Sum boxes were left blank. As PUBLIC DEFENDER CLOSING OFFICER has been ordered by Judge/TRUSTEE to represent the named DEFENDANT, said CLOSING OFFICER PUBLIC ATTORNEY can process attached forms.

RPII (beneficiary in this relation) hereby directs trustee, co-trustee and Closing Officer, having tendered bond(s) to supersede all previous bonds, to setoff and retire all previous bonds (Appearance, Bid, Payment, Performance, etc.), and turnover any and all claims to Tracy Corona (through above banking instructions), appearing specially, separate and apart from the PUBLIC ATTORNEY represented trust known as TRACY CORONA, in capacity as RPII/Creditor, for the specific act of tendering the Forms SF-28, OF-90, OF-91, et. al. in the nature of a Supersedeas Bonded Promissory Note and a Private Offset Bond for case number 04-CR1298(BEN).

RPII left Penal Sums blank to cover entire case and all parties therein. Therefore, if amount of Forms as bonds tendered by RPII exceed existing alleged penal sum/commercial presentment or total gross invoice of charges then RPII respectfully requests that party holding claims in excess of said bond work with PUBLIC-DEFENDER-CLOSING-OFFICER and DTC Personnel to setoff whatever amounts need offset. This act is in line with the known, allegedly existing penal sum in the admiralty, special maritime jurisdiction so that the forms tendered as supersedeas bonds may be filed in accord with FAR -- Part 28, Bonds and Insurance.

## ADMINISTRATIVE REQUEST

RPII requests return of all property taken in all seizures related to RPII, U.S. Corp (28 USC 3002(15)A) raids, etc. to date as setoff in subrogation of alleged plaintiff has been satisfied in accord



1  with 27 CFR 72.11. For coordination for pick up and/or mailing location use that data listed at top of

2  page 1.

### RECOMMEND JUDGE SEAL CASE SUA SPONTE 

4      These legal court documents are Private in order to save plaintiff the embarrassment of

5  avoiding PUBLIC disclosure of its money scheme. Therefore, RPII would think it best if court/judge

6  sua sponte sealed this case.

### RECOMMEND JUDGE DISMISS THIS CASE SUA SPONTE

8      As ultimately this case will have raised issues of national security, RPII recommends that

9  judge, sua sponte, in accord with one of the doctrinal reasons set forth in Ashwander vs. TVA, or

10  whatever reason judge dictates, dismiss this case to satisfy PUBLIC curiosity and compelling public

11  interest(s) to protect the integrity of the nature of the 1939 Indentured Trust Act.

12  Therefore, unless there are more claims, my business is completed, not withstanding a form

13  amendment or addition necessary to complete settlement. Appointed Trustee, Co-Trustee and

14  Closing Officer can handle all issues from here on the res, separate and apart from the woman, RPII.

15  Respectfully submitted this _14th_ day of April 2009.

*Tracy Corona*

*Sharon Talbot-Rice, J.D.   Atty - in - Fact*

23  Tracy Corona (purported defendant), Authorized Representative
24  Good as aval
25  Creditor/Qualified Investor/RPII
26  In accord with UCC Articles 8 and 9 and UNCITRAL

#10

Tracy Dee Anne Corona,
Bond# (D) 021051107
Inmate # A91475198
BUILDING / POD
PO Box 439049
San Diego, CA 92143

**REJECTED**

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    **Plaintiff,** )<br><br>    **vs.** )<br><br>**TRACY DEE ANN CORONA,** )<br><br>    **Defendant.** )<br>_____ )<br>Tracy Dee Anne Corona , Creditor, Owner, )<br>beneficiary, Real Party in Interest to defendant )<br>TRACY DEE ANN CORONA, by revesting )<br>title and merger of legal and equitable title )<br>    )<br>_____ | Case No.: Case No. 04 CR 1298(BEN)-02<br><br>PRAECIPE |

1.  Please stamp, file and docket the LETTER TO WHOM IT MAY CONCERN, the LIBEL

BOND FOR DISCHARGE / RELEASE REPLEVIN DEFENDANT BOND STAY OF

EXECUTION BOND and the attachments, file one copy in the evidence file and forward one

copy to U.S. Marshall's Service for review.

2.  Please date stamp defendant's copy and copies served all parties identified below.

Date: June 17, 2009

Thank you.

\
\
\

_[signature]_ ≥ 7

Rabbi Shawn Talbot Rice, JD
Bond# STR1255B1
For: Tracy Dee Anne Corona,
Tracy Dee Anne Corona, legal and equitable title owner of TRACY DEE ANN CORONA,
Real Party in Interest, beneficiary
Owner/Creditor to the United States/Plaintiff
Qualified Investor for plaintiff at Depository Trust Company

JURAT

I, _Terry Cauthen_ , a Notary Public residing in Yavapai county, Arizona state, do say

that on the _18_ day of June, 2009, an agent representing Tracy Dee Ann Corona, holding power of

attorney, to represent this woman appearing in his true character before me, did subscribe and affirm

and did affix his autograph upon the above, on her behalf.

_[signature]_
Notary Public

**TERRY CAUTHEN**
**Notary Public - Arizona**
**Yavapai County**
**My Commission Expires**
**May 14, 2012**

#11

_See reverse side_

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered, via _____, this ____ day of

_____, 2009, to:


Roger T. Benitez, d/b/a Judge et al:
W. Samual Hamrick, Jr., d/b/a,
Clerk of the Court
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 Front Street
San Diego, CA 92101
_____

Please provide copy to:

US Marshalls Service

_____

_____


_____

Service performed by:

*Thomas Brad Joyal Schnutts*
*1505, King Charles Drive*
*Pgh. PA. 15237*

_____

090618  --  [Praecipe], Page 3 of 3

# LIBEL BOND FOR DISCHARGE / RELEASE
# REPLEVIN DEFENDANT BOND
# STAY OF EXECUTION BOND

*Whereas* it is the intent of TRACY D CORONA ("PRINCIPAL"), and the undersigned sureties ("SURETIES") to guarantee all penal sums, liabilities, fees and statutory bond(s) attributed to the said PRINCIPAL for the purpose of settlement and closure of the matter known as UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, case # 04 CR 1298(BEN)-02 and all related matters including, without limitation, the appeal court on the matters of the restoration of all personal and real property ("replevin") and a permanent stay of execution on all matters relating to said contract; and

*Whereas* the PRINCIPAL retained equitable title as beneficiary and obtained legal to said charged person through revesting title through the merger rule; and

*Whereas* the PRINCIPAL is currently detained by misnomer as inmate # A91475198 in Building/pod; PO Box 439049; and

*Whereas* the PRINCIPAL is to be released and returned to 3504 Caroway Court, El Cajon, CA 92019 and all of the PRINCIPAL'S rights, titles and immunities restored within three days of receipt of this bond; any and all associated fees being hereby guaranteed by the undersigned principal and sureties; and

*Whereas* the SURETIES affirm themselves as individuals of sufficient solvency to fulfill their obligations hereunder and being in possession of a duly executed power of attorney instrument authorizing them jointly or severally to execute this instrument on behalf of the PRINCIPAL in full satisfaction of the said penal sums, liabilities, fees and statutory bond(s); and

*Therefore* the officers of the said COURT shall provide for the said surety-ship by preparing all necessary instruments to access the trust "res" of the PRINCIPAL and of the SURETIES as needed on behalf of the PRINCIPAL in full satisfaction of the said penal sums, liabilities, fees and statutory bond(s) attributed to the PRINCIPAL including, without limitation, full satisfaction of the retroactive restoration provision whereby the statutory bond would otherwise be self-replenishing to indemnify future losses; and

*Libel bond to discharge or release*. The marshal is required to stay execution of all warrants for the seizure of the vessel/PRINCIPAL in the said case or discharge the vessel/PRINCIPAL if process has been levied, on receiving from the owner of the vessel a bond or stipulation conditioned to comply with the decree of court in the action, for full settlement and discharge. Since the issue/liability is confessed as commercial per 27 C.F.R. 72.11, the marshal is required to release the vessel upon receipt of this bond; and

*Stay of execution bond*. All COURT officers and agents acting on it's orders are hereby required to stay or suspend execution on a judgment. This bond guarantees the payment of the judgment upon termination of the stay and wholly complies with all lawful requirements notwithstanding any defects or inaccuracies herein.

Executed this 17th day of June, 2009.

_Tracy Dee Ann Corona, Rabbi Shawn Talbot Rice, JD. Atty-in-Fact_

---

For the PRINCIPAL by a PERSONAL SURETY ACTING BY WRITTEN Power of Attorney
Based primarily on CUSIP number 02105117; with any subsequent liability attached jointly to the undersigned sureties

_Shawn Talbot Rice_

---

By PERSONAL SURETY, SHAWN TALBOT RICE, CUSIP number 037793174                    seal

_Thomas Bradford Schaults_

---

By PERSONAL SURETY THOMAS BRADFORD SCHAULTS, CUSIP number 0744504627          seal

The issuance of this bond constitutes an international tribunal remedy by American Citizens acting as sovereign nations in the nature of the Foreign Sovereigns Immunities Act, 31 USC 5118, and 31 USC 9304-9308.
Witnessed by a notary public, without entry, into a foreign jurisdiction, upon our collective unlimited liability, under penalty of perjury, in conformance with all applicable laws governing same.

_Terry Cauthen_
By Notary Public



TERRY CAUTHEN
Notary Public - Arizona
Yavapai County
My Commission Expires
May 14, 2012

May 14, 2012
commission expiration date

# Legal Notice and Demand
# and Supporting Affidavit
## for and on the record and the record shall show

Tracy Dee Ann Corona, acting as
Tracy Dee Ann Corona
c/o: Inmate # A91475198
BUILDING / POD
PO Box 439049
San Diego, California

To:  W. SAMUAL HAMRICK, JR., acting as
    CLERK OF COURT
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
    880 FRONT STREET
    SAN DIEGO, CA 92101

    And;

_____    _____

_____    _____

_____    _____

**Reference to Commercial Action-Cause known as: 04 CR 1298(BEN)-02;** and to

include any and all related, whether assumed, presumed or in fact being either PRIVATE,

PUBLIC, CIVIL and/or CRIMINAL.

Please be advised that Tracy Dee Ann Corona, being on the land known as San Diego

county do hereby Demand the Following; concerning W. SAMUAL HAMRICK, JR., and

any/all ATTORNEY(S), now being CHARGED, for their involvement in the fore notice

Commercial Action-Cause.

**Provide the Following:**

1.  The entire **Qualifying Method** of your office(s) and Standing in Commerce, Law

    and Equity, this shall include any and all:

    a.  <u>Bonds</u> (Policy, Number and Underwriter)



b. <u>License(s)</u> (License to Practice Law et...al..., as demanded in the laws for Nevada state and the united states of America)

c. <u>Letter(s) of Marque (Mark) and Reprisal</u> (that assumes to grant you a license to arrest, detain, hold, plunder or the like of a vessel on the high seas, as an enemy of the state or State.

d. <u>Military Rank(s) and Commission(s)</u>.

e. <u>Insurance Policy(s)</u> and underwriter of the Policy(s).

f. <u>Oath(s) of Office</u> (include the sovereign source as pledged)

g. <u>B.A.R CARD MEMBERSHIP NUMBER(S)</u>

h. <u>POLICY AND UNDERWRITER OF THE B.A.R MEMBERSHIP(S)</u>

i. <u>CERTIFIED COPY OF ANY CITIZENSHIP DOCUMENTS</u> (whether of the United States, UNITED STATES OR FOREIGN).

j. <u>DOCUMENTATION OF THE FLAG</u> for which you operate under.

2. **ALL ACCOUNTING PUBLIC AND PRIVATE** for the Commercial Action-Cause referenced.

3. **ALL BONDS AND SECURITIES** for the Commercial Action-Cause referenced.

4. **ORIGINAL CHARGING INSTRUMENT** for the Commercial Action-Cause referenced (SECURITY-BOND etc...) this shall include a wet ink signature, raised seal and affidavit in support, for this is the property of Tracy Dee Ann Corona, as beneficiary of the secondary Trust Account TRACY DEE ANN CORONA.

5. **ORIGINAL CHARGING INSTRUMENT** for any and all Arrest Warrants and the Like (SECURITY-BOND ETC...) this shall include a wet ink signature of a Judge, raised seal and True Bill in relation to the Commercial Action-Cause referenced, for this is the property of Tracy Dee Ann Corona, as beneficiary of the secondary Trust Account TRACY DEE ANN CORONA .

<u>**Demand of Jurisdiction for the court:**</u>

6. <u>**Original Jurisdiction**</u> for the county known as San Diego, being the district court, not within the DISTRICT OF COLUMBIA or DISTRICT.



## **Affidavit in Support**

## **as a friend for the court of original jurisdiction**

I, Tracy Dee Ann Corona being of lawful age and of competent mind do hereby

claim the following on the nineteenth day of June in the year two thousand nine as

being the truth as witnessed, under judgment of the Eternal Creator, the living

God.

1. I, Tracy Dee Ann Corona did in fact witness the refusal of the man acting as

    judge to bring forth the Original Charging Instrument before the stamp duty

    tax/transfer tax was charged against TRACY DEE ANN CORONA from a

    foreign Sovereign.

2. I, Tracy Dee Ann Corona did in fact witness to the fact that without the

    presentment of the Original Charging Instrument there now was in fact no

    Claim upon which relief could be granted, and was attempting the taking,

    without compensation the private sweat equity of Tracy Dee Ann Corona.

3. I, Tracy Dee Ann Corona did not witness an equity claim being presented to

    Tracy Dee Ann Corona, by an injured man, woman, or foreign Sovereign that

    made any claim upon the sweat equity of Tracy Dee Ann Corona for damages,

    and deny there was any such claim.

4. I, Tracy Dee Ann Corona, did in fact witness the man acting as a judge ~~instruct~~

    ~~myself and my husband to leave the court room and to the fact~~ that THIS

    Commercial Action-Cause [case] was in fact processed without proper said

    disclosure, without clarification of the millage rate charged against TRACY

    DEE ANN CORONA, what the stamp duty tax/transfer tax rate was to transfer

    the charge into cents, and who the Sovereign is charging the stamp duty tax.

    By not clarifying any of these charges, causes Tracy Dee Ann Corona

    confusion about which world Sovereign is charging a stamp duty tax, and

    whether any Stamp Duty Tax was prepaid by Tracy Dee Ann Corona's trustee

    (Yeshua) to Tracy Dee Ann Corona's Sovereign (Yahweh).



5.  I, Tracy Dee Ann Corona, am simply attempting to fulfill my primary private trust agreement and republic by pre pay, any foreign stamp duty tax / transfer tax resulting in a public charge calculated and created with binary code, resulting in a private treaty through the executive branch with a foreign Sovereign over seas.

6.  I, Tracy Dee Ann Corona, am demanding that the record show, that the Clerk of the Court is now charged to perform to the office on the county.
    Now charged and responsible, acting as the court, for THIS dishonor and is now publically and privately liable for any and all damages to Tracy Dee Ann Corona, then for now in THIS matter.

7.  I, Tracy Dee Ann Corona, did not witness, nor did the binary code present any Internal Revenue Service Form in THIS matter, such as a 1099A, 1099OID or the like, and therefore assume that a 3949(a) form and numerous W-9 forms should be presented to the Internal Revenue Service to allow the IRS to investigate THIS Commercial Matter glitch.

8.  I, Tracy Dee Ann Corona, will have no choice, but to notify the appropriate federal agencies, of there being a demand for the entire Qualifying Method for the Clerk of the Court and all B.A.R. members involved in THIS Commercial Matter in the event THIS matter is not deleted from the binary code from which THIS Commercial Matter derived from within twenty-four (24) hours of receiving the Notice.

\
\
\



I, Rabbi Shawn Talbot Rice, Agent holding Power of Attorney for Tracy Dee Ann Corona, did in fact give the truthful testimony and Demand Notice in reference to the Commercial Action-Cause remedy, fore noticed on this the nineteenth day of June in the year of the Messiah, two-thousand nine before a witnessing notary public as being a witness for the public and not to be construed as a change in venue, jurisdiction, location or the like for this non-negotiable private equity.

_____
Tracy Dee Ann Corona
Rabbi Shawn Talbot Rice, Attorney-in-Fact
*de-jure solis*

| Yavapai County | ) | |
|---|---|---|
| | ) | affirmed in truth |
| Arizona | ) | |

I, _____Terry Cauthan_____ a notary public for Yavapai County and Arizona did in fact witness the autographing by hand of this document by Rabbi Shawn Talbot Rice, Attorney-in-Fact for Tracy Dee Ann Corona, who did in fact identify himself to me to be the same on this the nineteenth day of the June in the year of the living Messiah, two-thousand nine [June 19th, 2009].

As witnessed by:

TERRY CAUTHEN
Notary Public - Arizona
Yavapai County
My Commission Expires
May 14, 2012

_____, notary public

Received at: 10:26AM, 6/15/2009

Fm:MyFax - THOMAS SCHAULTS To:Clerk of Court (16197029911)          13:14 06/15/09GMT-04 Pg 01-23

# REJECTED

### - - - NOTICE OF FRAUD, ABUSE OF POWER, FRAUD UPON THE COURT, IN VOLUNTARY SLAVERY, VIOLATIONS OF THE CLEARFIELD DOCTRINE, ASSAULT, KIDNAPPING, TORTURE, OBSTRUCTION OF JUSTICE, VIOLATIONS OF THE OATH OF OFFICE, SEDITION, TREASON, INSURECTION, MISPRISON OF FELONY, CONSPIACY, RACKETEERING, VIOLATIONS OF INTERNATIONAL TREATIES, PIRACY AND PLUNDER ON THE LAND, CRIMES AGAINST MANKIND - - -

## AMICUS CURIAE "notice of injustice"

This lawful Notice is not intended to harass, intimidate, coerce, embarrass, intimidate, offend, create controversy, or violate any lawful procedure but simply to communicate lawful notice. It is presumed that all men know the law. It is further presumed that though this notice is not exhaustive, it is of sufficient detail, to enumerate basic facts; It is further presumed, that justice delayed is justice denied, It is further presumed, that this honorable group can initiate expeditious action on behalf of:

Principal:           Tracy Dee Ann Corona
                     (inmate # A91475198 in Building/pod; PO Box 439049, San Diego, CA).
                     Respond to c/o Thomas Bradford: Schaults
                     1505 king Charles Drive
                     Pittsburgh, Pennsylvania republic near [15237]
                     412-720-9850

Respondents:

RESPONDENTS:
UNITED STATES
MARSHALL SERVICE                           *04 CR 1298-BEN*
                                              *#2*
John Clark DBA-Director

Christopher Dudley- DBA-
Acting Deputy Director

C/O UNITED STATES MARSHALL SERVICE
SUITE 1200
WASHINGTON, DC 20530-1000
202-307-5040 FAX

Southern District of California (S/CA)
U.S. Marshal: George W. Venables
U.S. Courthouse
940 Front Street, Room LL B-71
San Diego, CA 92189

Page 1 of 5



Received at: 10:26AM, 6/15/2009

Fm:MyFax - THOMAS SCHAULTS To:Clerk of Court (16197029911)          13:14 06/15/09GMT-04 Pg 02-23

(619) 557-6620


**In Care of:**
**Thurgood Marshall Federal Judiciary Building,**
**One Columbus Circle NE., Washington, DC 20002-8003**
**Phone, 202-502-4000. Internet, www.fjc.gov**

Barbara J. Rothstein DBA - Director
John S. Cooke –DBA- Deputy Director
Bruce M. Clarke –DBA-Director, Education Division
Ted E. Coleman –DBA- Director, Systems Innovation and Development Office
James B. Eaglin –DBA-Director, Research Division
Mira Gur-Arie –DBA- Director, Interjudicial Relations Office
Bruce A. Ragsdale –DBA-Director, Federal Judicial History Office
Sylvan A. Sobel –DBA-Director, Communications Policy and Design


UNITED STATES DISTRICT COURT APPELLATE
ATTN: CLERK
James R. Browning
United States Courthouse
95 Seventh Street
San Francisco, CA 94103-1518
(619)557-6620
UNITED STATES DISTRICT COURT –SOUTHERN CA
ATTN: CLERK

Edward J. Schwartz Federal Bldg,
Suite 4290
880 Front Street
San Diego, CA 92101
**Phone:**  619-557-6348

> **Phone:  619-557-5620**

> **Internet Web Site:**
> http://www.casb.uscourts.gov

> **ECF link:**
> https://ecf.casb.uscourts.gov


**RE: UNITED STATES DISTRICT COURT SOTHERN**
**DISTRICT CALIFORNIA AND NINTH CIRCUIT**

Page **2** of **5**



**APPELLATE ON CASE # # 04 CR 1298(BEN)-02**

ELECTRONICALLY SUBMITTED BY PHONE, FAX,
EMAIL OR OTHER IMMEDIATE MEANS, TO BE
FOLLOWED BY;

**Registered mail _____; under notary seal**

### AS PUBLIC TRUSTEES, YOUR DUTIES IN THESE REGARDS ARE OBLIGATORY!

....................An express trust is to be distinguished from a constructive trust.[4] They are distinct concepts.[5] An express trust springs from the agreement of the parties, while a constructive trust arises from the construction of equity, in order to satisfy the demands of justice.[6] Also, a constructive trust, unlike an express trust, is remedial in character.[7] A constructive trust, unlike an express trust, is not a fiduciary relation, although the circumstances which give rise to a constructive trust may or may not involve a fiduciary relation.[8] They are similar only in that in both one person holds title to property subject to an equitable duty to hold the property for, or to convey it to, another, and the latter has in each case some kind of an equitable interest in the property.[9]...............................

**- - - NOTICE OF FRAUD, ABUSE OF POWER, FRAUD UPON THE COURT, IN VOLUNTARY SLAVERY, VIOLATIONS OF THE CLEARFIELD DOCTRINE, ASSAULT, KIDNAPPING, TORTURE, OBSTRUCTION OF JUSTICE, VIOLATIONS OF THE OATH OF OFFICE, SEDITION, TREASON, INSURECTION, MISPRISON OF FELONY, CONSPIACY, RACKETEERING, VIOLATIONS OF INTERNATIONAL TREATIES, PIRACY AND PLUNDER ON THE LAND, CRIMES AGAINST MANKIND - - -**

Please find the attached *Libel / Replevin / Stay of Execution Bond* and *Memorandum of Law*. As you are assumed to know, Titles 18 and 26 of United States Code are special law, not positive law wanting for lawful passage by Congress, and thereby inapposite to living men and women who do not knowingly contract to submit to the jurisdiction. The majority of such contracts assumed by the United States to be valid, whether appearance bonds, citations, indictments and even the signature on a fingerprint card, are fraudulent for want of disclosure that they comprise an enticement to confess to being a legal fiction United States person/resident in violation of the Constitutional prohibition against compelling the casting of self-witness, and impart a liability in admiralty where none previously existed.

This document provide legal and lawful **NOTICE** that:

1.  You have received notice of the special law nature of Titles 18 and 26 U.S.C.;

Page **3** of **5**



Received at: 10:26AM, 6/15/2009

Fm:MyFax - THOMAS SCHAULTS To:Clerk of Court (16197029911)          13:14 06/15/09GMT-04 Pg 04-23

2.  You are required by your oaths of office to release all prisoners who have been incarcerated and detained with respect to "violations" of such titles, in the absence of written evidence that they willingly and knowingly elected to submit to the jurisdiction after proper disclosure of their option to decline the privilege;

3.  Upon future citing of this notice and bond by any man or woman on the land, natural born American citizen or national, or any citizen or national of any of the several un-incorporated states in non-violent matters involving commercial crimes and liabilities pursuant to 27 C.F.R. 27.11 and 28 U.S.C. 3002, you will immediately cease and desist all restraint and distraint for your want of jurisdiction, venue and authority to continue, and

4.  Any violation of items 2 or 3 above hereafter will comprise your specific confession of tort against a living man and/or woman or men and/or women as the case may be and instant loss by the offender and yourself by extension of any immunity, qualified, absolute, real or imagined, for all acts of omission and commission; and specific consent by you and the offender(s) to immediate assessment of the tort claims, and waiver of all immunities, against your respective public bond(s) through the various underwriters.

5.  All actors allegedly acting upon Letters of Marque and Reprissal are required to demonstrate such letters within 3 days, upon the particular real parties in interest; along with their applicable oaths of Office and Public Bonds; or stipulate to trafficking in slaves, involuntary slavery, assault, battery, sedition, insurrection, Treason, violations of the Clearfield doctrine, conspiracy, racketeering, crimes against mankind, violations of international treaty law, etc. et al:

6.  The Principal noted above is of the age of majority and has re-vested title in December of 2008; All interested parties have been properly / legally notified.

7.  UN- CONSTITUTIONAL ACTS, are void ab-inito. Any court without jurisdiction cannot issue valid orders, they are void, ab-inito.

8.  The Principal in this case is now an inmate, without lawful authority, because of void judgements. The District courts, the appellate courts, and even the Supreme court have denied to respond even to a Great Writ /petition of Habeus Corpus; in excess of 5 weeks.

9.  Since the matter is simply commercial, there being no injured party, the bonds submitted and verified as her remedy in commerce have been consistently ignored.

This matter has been calendared by the undersigned for a maximum of ten days, after proof of notice, by electronic media or other means; at which time failure or deficiency of response will be certified by the notary as your consent to and agreement with all of the terms and provisions herein including attachments, having had the opportunity and failed to plead. No technical issues (repugnant frauds) such as inadequate service, shall be considered as a valid excuse for the continuation of these morally, ethical, and lawful violations of the fundamental rights (un-lienable) of living souls.

Page 4 of 5



Received at: 10:26AM, 6/15/2009

Fm:MyFax - THOMAS SCHAULTS To:Clerk of Court (16197028911)          13:14 06/15/09GMT-04 Pg 05-23

Signed and scaled this _____ day of _____, 2009

PRINCIPAL

By_____

CUSIP NUMBER _____

SURETY # 1

By_____

CUSIP NUMBER _____

SURETY # 2

By_____

CUSIP NUMBER





1  Tracy Dee Anne Corona,
   Bond# (D) 021051107
2  Inmate # A91475198
   BUILDING / POD
3  PO Box 439049
   San Diego, California 92143



4

5

6              UNITED STATES DISTRIC COURT

7            SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,          )
                                      )  Case No.: 04 CR 1298(BEN)-02
9       Plaintiff,                    )
                                      )  **MEMORANDUM OF POINTS AND**
        Vs.                           )  **AUTHORITIES FOR ORDER TO SHOW**
10 RICHARD D. CORONA,                 )  **CAUSE**
                                      )
   TRACY D. CORONA,                   )
11                                    )
        Defendants                    )
12 ───────────────────────────────   )
   TRACY D. CORONA,                   )
13                                    )
        Counter-Plaintiff,            )
                                      )
14      Vs.                           )
                                      )
   UNITED STATES OF AMERICA;          )
15                                    )
   QUEEN ELIZABETH OF BUCKINGHAM      )
16                                    )
   PALACE; Roger T. Benitez, d/b/a    )
17                                    )
   Judge et al; W. Samual Hamrick,    )
18                                    )
   Jr., d/b/a, Clerk of the Court;    )
19                                    )
   ALL UNITED STATES ATTORNEYS AND    )
20                                    )
   OFFICERS INVOLVED 1...1000,        )
21                                    )
        Counter-Defendants,           )
                                      )
22 ───────────────────────────────   )
   Tracy Corona, Real Party in        )
23 Interest for TRACY D. CORONA,      )
                                      )
   revested Third Party               )
24 Intervenor/Creditor.               )
   ───────────────────────────────   )

25

 

1  Tracy Dee Anne Corona,
   Bond# (D) 021051107
2  Inmate # A91475198
   BUILDING / POD
3  PO Box 439049
   San Diego, California 92143

4                                          **REJECTED**

5

6              UNITED STATES DISTRIC COURT

7           SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )
                                    ) Case No.: 04 CR 1298(BEN)-02
9       Plaintiff,                  )
                                    )
         Vs.                        ) **MEMORANDUM OF POINTS AND**
10                                  ) **AUTHORITIES FOR ORDER TO SHOW**
   RICHARD D. CORONA,               ) **CAUSE**
                                    )
   TRACY D. CORONA,                 )
11                                  )
        Defendants                  )
12                                  )
   TRACY D. CORONA,                 )
13                                  )
        Counter-Plaintiff,          )
                                    )
         Vs.                        )
14                                  )
   UNITED STATES OF AMERICA;        )
15                                  )
   QUEEN ELIZABETH OF BUCKINGHAM    )
16                                  )
   PALACE; Roger T. Benitez, d/b/a  )
17                                  )
   Judge et al; W. Samual Hamrick,  )
18                                  )
   Jr., d/b/a, Clerk of the Court;  )
19                                  )
   ALL UNITED STATES ATTORNEYS AND  )
20                                  )
   OFFICERS INVOLVED 1…1000,        )
21                                  )
        Counter-Defendants,         )
22                                  )
   Tracy Corona, Real Party in      )
23 Interest for TRACY D. CORONA,    )
   revested Third Party             )
24 Intervenor/Creditor.             )

25

1. The United States Constitution states in Article 1 section 10, "no state shall pass any law . . . impairing the obligation of contract."

2. The California State Constitution (1849) states in Article 1, section 16, "No bill of attainder, ex post facto law, or law impairing the obligation of contracts, shall ever be passed."

3. Bouvier's maxims of law state, "Consensus facit legem. Consent makes the law. **A contract is a law between the parties**, which can acquire force only by consent."

4. Bouvier's maxims of law state, "Contractus legem ex conventione accipiunt. **The agreement of the parties makes the law of the contract.** Dig. 16, 3, 1, 6."

5. Bouvier's maxims of law state, "Conventio vincit legem. **The agreement of the parties overcomes or prevails against the law.** Story, Ag. See Dig. 16, 3, 1, 6."

6. Bouvier's maxims of law state, "Le contrat fait la loi. **The contract makes the law.**"

7. Bouvier's maxims of law state, "Qui destruit medium, destruit finem. **He who destroys the means, destroys the end.** 11 Co. 51; Shep. To. 342."

8. U.S. Supreme Court cases <u>Federal Crop Insurance Corporation v. Merrill</u>, 332 U.S. 380 (1947), the United States Supreme Court citied <u>Utah Power & Light Co. v. United States</u>, 243 U.S. 389, 409, 391; <u>United States v. Stewart</u>, 311 U.S. 60, 70, 108, and in re Floyd Acceptances, 7 Wall 666 to follow the below ruling:

"*Whatever the form in which Government functions, anyone entering into an arrangement with the Government takes the risk of having to accurately ascertain that he who purports to act for the Government stays within the bounds of his authority.*"



1

2   9.   Clearfield Trust Company v. United States, 318 U.S. 363, states

3      "The United States does business on business terms. It is not
       excepted from the general rules governing the rights and duties of
4      drawees by the largeness of its dealings and its having to employ
       agents to do what if done by a principal in person would leave no
5      room for doubt."

6

7   10. Cochran et. Al. v. St. Paul & Tacoma Lumber Co. states,

8      "A United States District Court is purely a creature of legislative
       branch of government, generally provided for by Constitution, but
       not a constitutional court in stricter sense, and its jurisdiction
9      comes from Congress."

10  11. United States v. Burr, 309 U.S. 242, states,

11     "When governments enter the world of commerce, they are subject to
       the same burdens as any private firm or corporation."

12  12. The court operates in commerce. Title 27 Code of Federal

13     Regulations Part 72, section 11, states,

14
        **Commercial crimes**. Any of the following types of crimes (Federal or
15     State): **Offenses against the revenue laws**; burglary; counterfeiting;
       forgery; kidnapping; larceny; robbery; illegal sale or possession of
16     deadly weapons; prostitution (including soliciting, procuring, pandering,
       white slaving, keeping house of ill fame, and like offenses); extortion;
       swindling and confidence games; and attempting to commit, conspiring to
17     commit, or compounding any of the foregoing crimes. Addiction to narcotic
       drugs and use of marihuana **will be treated as if such were commercial**
18     **crime.**

19  13. The case of Commonwealth of Pennsylvania v. Fix, 9 Fed Supp 272,

20     demonstrates that when governments enter the world they do so in the

21     "dual system of government" whereby

22     "when a state engages in private business, it divests itself, so far
       as its transactions in that private business are concerned, of its
23     sovereign character, and takes that of a private citizen. Instead of
       communicating to that private business its privileges and
24     prerogatives, it descends to the level of a private citizen. As to
       transactions in such private business, it cannot claim the
25     privileges or immunities of a sovereign."

    14. The case of LEBRON v. NATIONAL RAILROAD PASSENGER CORPORATION [aka

       AmTrak], 513 U.S. 374 (1995) demonstrates that when government



1   enters the world of commerce it devolves to the status of a mere

2   private corporation.

3   15. Therein, counter-plaintiff has the unalienable Right to elect to

4   participate and contract or not.

5   16. Another example of this practice can be found at 26 USC 6013(g),

6   "Election to treat nonresident alien individual as resident of the
    United States (1) In general A nonresident alien individual with

7   respect to whom this subsection is in effect for the taxable year
    shall be treated as a resident of the United States –".

8   This one section demonstrates that people have the volition to

9   choose their status in that relation.

10  17. Commerce involves contracts. Contracts involve contract law. A

11  breach of contract is actionable. The case at Bar involves an

12  alleged breach of agreement.

13  18. The Social Security Treaty is under the British Buckingham Palace

14  under the Queen as demonstrated by the "Statutory Instrument 1997

15  No. 1778, The Social Security (United States of America) Order

16  1997…At the Court at Buckingham Palace, the 22nd day of July

17  1997…The Queen's Most Excellent Majesty in Council…Whereas at London

18  on the 13th February 1984 an Agreement on social security between

19  the Government of the United Kingdom of Great Britain and Northern

20  Ireland and the Government of the United States of America

21  (hereinafter referred to as "the Agreement") and an Administrative

22  Agreement for the implementation of the Agreement (hereinafter

23  referred to as "the Administrative Agreement")[1] were signed on

24  behalf of those Governments and effect was given to the Agreement by

25  the Social Security (United States of America) Order 1984

    (hereinafter referred to as "the Principal Order")[2]:…"



19. The Supreme Court has additionally ruled that all contracts with government, express or implied, are maritime in their nature, *The Glide*, 167 U.S. 606; and *The Corsair*, 145 U.S. 342, and therefore of admiralty jurisdiction, *American Ins. Co. v. Canter* (1828) 1 U.S. (Pet.) 511, 545; whereas "A case in admiralty does not, in fact, arise under the Constitution or Laws of the United States."

20. Therefore, when the government engages in agreements that involve admiralty/maritime law/jurisdiction (e.g. Social Security) the government devolves to that status of a mere private party. Therefore, when the government devolves to private party status their enforcement of breaches of agreement or regulatory infractions (aka victimless crimes) become commercial and rules of contract breach apply. Therein, the remedies for admiralty/maritime breaches of contract apply. And, in accord with Benedict on Admiralty, the only way for a governmental entity to engage an admiralty/maritime agreement on land (like that of Workman's Compensation schemes or Unemployment Insurance) must be done through equity/trust law.

21. The first annual report on Social Security dated 1936 states on page 20, paragraph 2, "Title VIII of the Social Security Act imposes an income tax upon the employees covered by the old-age benefits sections…"

22. Tracy Corona elected to contract for covered employment through Social Security. This is a fact.

23. Therein, the Social Security Treaty agreement demonstrates that there allegedly existed a wages, covered employment agreement with Buckingham Palace (aka UNITED STATES OF AMERICA).

24. Counter-defendants alleged that Tracy Corona allegedly breached said agreement in violation of a statutorily constructed scheme resulting in a criminal charge against the grantor trust/vessel/ship known as TRACY D. CORONA, 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, within the special admiralty jurisdiction in accord with 27 CFR 72.11.

25. As a result of coming to comprehend the agreement upon which she was operating, last fall, Tracy Corona elected to terminate the trust by merging legal and equitable title known as "revesting title." Thereafter, no trust agreement remained. What was left was the residue of trust res held by counter-defendants, which they refused to turn over and reduce to possession of counter-plaintiff when revesting notice was given.

26. Said trust res is the basis/foundation upon which the bonds were issued by counter-plaintiff to counter-defendants to settle any and all Miller Act penal sums and claims for allegedly breaching the Social Security agreement.

Respectfully submitted,

*Tracy Dee Ann Corona*

*Rabbi Stan Talbot Rev, J.D., Atty -in-Fact*

---

Tracy Dee Anne Corona,
Bond# (D) 021051107
Inmate # A91475198
BUILDING / POD
PO Box 439049
San Diego, California 92143



RECEIVED

JUL - 2 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

#/4

1   Tracy Dee Anne Corona,
     Bond# (D) 021051107
2   Inmate # A91475198
     BUILDING / POD
3   PO Box 439049
     San Diego, California 92143

**REJECTED**

4

5

6          UNITED STATES DISTRIC COURT

7        SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,

9       Plaintiff,        ) Case No.: 04 CR 1298(BEN)-02

         Vs.             ) **COUNTERCLAIM**

10  RICHARD D. CORONA,

11  TRACY D. CORONA,

       Defendants

12  TRACY D. CORONA,

13      Counter-Plaintiff,

14      Vs.

     UNITED STATES OF AMERICA;

15  QUEEN ELIZABETH OF BUCKINGHAM

16  PALACE; Roger T. Benitez, d/b/a

17  Judge et al; W. Samual Hamrick,

18  Jr., d/b/a, Clerk of the Court;

19  ALL UNITED STATES ATTORNEYS AND

20  OFFICERS INVOLVED 1...1000,

21      Counter-Defendants,

22  Tracy Corona, Real Party in

23  Interest for TRACY D. CORONA,
     revested Third Party

24  Intervenor/Creditor.

25

090630 -- [Counterclaim], Page 1 of 19

1

**COMPLAINT**

2   1. Tracy Corona ("Real-Party-in-Interest", RPII), in capacity as

3 Authorized Representative and revested legal/equitable title owner for

4 the named defendant TRACY D. CORONA, ("counter-plaintiff") sues

5 counter-defendant. As grounds for its complaint, counter-plaintiff

6 states as follows:

7

8

**JURISDICTION AND VENUE**

9   2. This State Court has been operating with alleged personam

10 jurisdiction since the case began. Whether the court maintains proper

11 subject matter jurisdiction is another matter.

12   3. RPII makes her local habitation on the soil of San Diego county.

13 Venue is appropriate in the court as issues of admiralty, maritime and

14 international equity are applicable.

15

**PARTIES**

16   4. RPII is a house wife, married woman, mother of three children and

17 former legal secretary for husband (California Bar member).

18   5. Counter-plaintiff (UNITED STATES OF AMERICA) is a grantor trust

19 in accord with the Social Security Act under the 1997 British Crown

20 Treaty under Buckingham Palace. Social Security Treaty is under the

21 British Buckingham Palace under the Queen as demonstrated by the

22 "Statutory Instrument 1997 No. 1778, The Social Security (United

23 States of America) Order 1997…At the Court at Buckingham Palace, the

24 22nd day of July 1997…The Queen's Most Excellent Majesty in

25 Council…Whereas at London on the 13th February 1984 an Agreement on

social security between the Government of the <u>United Kingdom of Great</u>

<u>Britain and Northern Ireland and the Government of the United States</u>



1  of America (hereinafter referred to as "the Agreement") and an

2  Administrative Agreement for the implementation of the Agreement

3  (hereinafter referred to as "the Administrative Agreement")[1] were

4  signed on behalf of those Governments and effect was given to the

5  Agreement by the Social Security (United States of America) Order 1984

6  (hereinafter referred to as "the Principal Order")[2]:…"

**INTRODUCTION**

7

8  6. Counter-Plaintiff brings this action to enforce the release of

9  RPII, recover the losses incurred in connection with Counter-

10  plaintiff's unalienable Rights to search and seizure, contractual

11  rights protected by the Queen of England in her capacity as Defender

12  of the Faith in accord with P.L. 97-280, and securities property

13  rights within the special admiralty/maritime rules in the nature of

14  Supplemental Rule C. RPII noticed the court regarding Counter-

15  defendant's inability to prosecute under Titles 18 and 26 United

16  States Code as Title 18 was never enacted in 1948. RPII posted

17  numerous bonds to setoff any potential liabilities, which were ignored

18  by Judge Benitas and Clerk of Court W. Samual Hamrick, Jr. ~~RPII had an~~

19  ~~agreement with her husband to file "married filing separately", which~~

20  ~~RPII did for named defendant. RPII spouse, a California Bar member,~~

21  ~~Richard D. Corona, then filed "married filing jointly" and added RPII~~

22  ~~name to his filing (unbeknownst to RPII) joining his British Crown~~

23  ~~based, contractual individual income tax liabilities to hers. Court~~

24  ~~case followed thereafter.~~

**FACTS COMMON TO ALL COUNTS**

25

7. Counter-defendants lacked subject matter jurisdiction to charge

counter-plaintiff as this court lacked subject matter jurisdiction.

8. Counter-defendants and agents therein kidnapped RPII with lack of subject matter jurisdiction as all actions since indictment were a mere nullity for lack of subject matter jurisdiction.

9. Counter-plaintiff believes administrative process of tendering bonds for Miller Act alleged penal sum settlement of any possible, alleged claims by counter-defendants to satisfaction to all parties concerned as of at least a year ago.

## COUNT I
### (Lack of Subject Matter Jurisdiction)

10. Counter-plaintiff incorporates the allegations in paragraphs 1 through 9 above.

11. Counter-plaintiff noticed the court of lack of subject matter jurisdiction when she/RPII filed documents notice the court that Title 18 USC was not passed in 1948 and therefore could not be used to prosecute alleged Title 26 USC offenses. Brief and exhibits are a matter of record both with the court and the Provost Marshal's Office.

12. Without subject matter jurisdiction the court lacked any authority to hear the case, ergo all actions taken by counter-defendants are a mere nullity in law acting like that of pirates with or without a Letter of Marque and Reprisal, which has never been produced.

## COUNT II
### (Breach of Agreement)

13. Counter-plaintiff incorporates the allegations in paragraphs 1 through 9 above.

14. **Breach of contract (i.e. agreement)** is defined by Ballentine's Law dictionary 3rd Ed. as "A failure without legal excuse to perform any promise which forms a whole or a part of a contract, including the



1  refusal of a party to recognize the existence of the contract or the

2  doing of something inconsistent with its existence. City Bank v.

3  Erskine & Sons, 158 Ohio St 450, 110 NE2d 598; a nonperformance of any

4  contractual duty of immediate performance; the breach may be total or

5  partial, and may take place by failure to perform acts promised . . .

6  or hindrance. . . Restatement, Contracts § 312."

7     15. Counter-plaintiff at all times has and does work for the private

8  sector with the expectation that remuneration would occur. RPII did

9  prepare process, file and pay over individual income taxes for the

10  named defendant, TRACY D. CORONA. ~~Co-defendant, husband, Richard D.~~

11  ~~Corona, created an alleged criminal tax liability when he alleg~~edly

12  ~~superseded counter-plaintiff tax filing by filing "married filing~~

13  ~~jointly" adding counter-plaintiff to his income tax liability~~

14  ~~countering counter-plaintiff tax filing, "married filing separately."~~

15  ~~This was told to defense counsel from the beginning and he and the~~

16  ~~court failed to deal with the issue.~~

17     16. The individual income tax emanates from the Statutory Instrument

18  1997 No. 1778, The Social Security (United States of America) Order

19  1997 and demonstrated by the First Annual Report on Social Security

20  (1936) wherein it reads on page 20, paragraph 2, "Title VIII of the

21  Social Security Act imposes an income tax upon the employees covered

22  by the old-age benefits sections..."

23     17. Queen Elizabeth has a known legal duty to regulate the affairs

24  of Buckingham Palace and all of her (The Crown's [pick one]) agents

25  wherever they may operate by whatever agreements they may engage.



18. Furthermore, Queen Elizabeth is a defender of the Faith as demonstrated by the King James Bible and therein is now in violation of Exodus 22:22 among other Biblical statutes.

19. Without a proper charging statute the court lacks subject matter jurisdiction to bring the charges to the court.

20. In accordance with <u>Brady vs. United States, 397</u> U.S. 742 (1970), it is functionally impossible to waive an unalienable right with doing so knowingly, willingly, intentionally, and intelligently. RPII is incarcerated against her will. Counter-plaintiff reminds the court that it is a maxim of law that "No one comes before a court of equity in chains." RPII is in chains.

21. WHEREFORE, counter-plaintiff and RPII demands that RPII be released from custody immediately.

COUNT III

(Unlawful Conversion)

22. Plaintiff incorporates the allegations in paragraphs 1 through 21 above.

23. <u>Unlawful conversion</u> is defined by Ballentine's Law dictionary 3rd Ed. as "A distinct act of dominion wrongfully exerted over another's personal property in denial of or inconsistent with his title or rights therein, or in derogation, exclusion, or defiance of such title or rights. 18 Am J2d Conversion § 1. It is an essential tortious act, an unlawful act, an act which cannot be justified or excused in law. 18 Am J2d Conversion § 1."

24. The nature of the act of conversion; "to constitute a conversion the act must be such as to indicate as assertion . . . of a right of control or dominion over the property, adversely to the owner;"



Consolidated Co. v. Curtis, 1892 1 Q.B. 495 (Eng). The expression of conversion means that the defendants have exercised a wrongful dominion or control over the property in violation of the plaintiff's rights.

> "It is not necessary to a conversion that it be shown that the wrongdoer has applied it (the property) to his own use. If he has exercised a dominion over it in exclusion, or in defiance of, or inconsistent with, the owner's right, that in law is a conversion, whether it be for his own or another person's use." Bristol v. Burt, 7 Johns 254 (N.Y.).

25. **Unlawful conversion** requires that the following elements be performed; 1) property in counter-plaintiff and 2) a wrongful conversion by the counter-defendants. Counter-plaintiff labored. Counter-plaintiff tendered bonds to offset any and all charges in the court. Counter-defendants accepted said financial bond instruments in accord with 28 USC 2041 and the Miller Act for alleged penal sums derived from the stated charges. Counter-defendants held RPII property, labor/future labor, in trust as trustee by and through the Certificate of Live Birth, the Social Security Trust agreement, among other mechanisms. Counter-defendants converted said labor to own possession and then transferred said labor to a third party with or without a court order or authorization by counter-plaintiff and did not release counter-plaintiff from liability or RPII from custody.

26. Counter-defendants unlawfully converted counter-plaintiff's property to their own benefit. The actions by counter-defendants were a constructive fraud and false.

27. Counter-defendants owed counter-plaintiff and RPII a duty of due care to not convert counter-plaintiff property without performance in offset and release from custody.

28. As a result of the said unlawful conversion by constructive fraud counter-defendants conversion of counter-plaintiff's property through false representations, counter-plaintiff has sustained loss in maternal relations, and endangerment of endearment as well as consequential and other damages. Counter-plaintiff incurred other reasonably foreseeable loss as result of wrongful conversion by counter-defendants. Counter-plaintiff was forced into bondage by counter-defendants.

29. WHEREFORE, counter-plaintiff and RPII demands that RPII be released from custody immediately.

## COUNT IV

### (Negligent Misrepresentation)

30. Counter-plaintiff incorporates the allegations in paragraphs 1 through 29 above.

31. **Negligence of bailee** is defined by Ballentine's Law dictionary 3rd Ed. as "The failure of bailee to exercise that degree of diligence and care in respect to the property in his possession under the bailment which the nature of his employment, the character of the bailment, and the attendant circumstances make it reasonable to expect of him. 8 Am Jd Bailm §198."

32. **Negligent misrepresentation** does not require the maker of a misrepresentation to know that the representation is false. As defined by California statute, negligent misrepresentation is "[t]he assertion, as a fact, of that which is not true, by one who has no reasonable ground for believing it to be true". California Civil Code, section 1710(2), by comity.

33. The approved jury instruction for negligent misrepresentation is more helpful than the statutory definition: **Negligent misrepresentation** requires that the following elements be proved;

    1. The defendants must have made a representation as to a past or existing material fact;

    2. The representation must have been untrue;

    3. Regardless of his actual belief the defendants must have made the representation without any reasonable ground for believing it to be true;

    4. The representation must have been made with the intent to induce plaintiff to rely upon it;

    5. The plaintiff must have been unaware of the falsity of the representation; must have acted in reliance upon the truth of the representation and must have been justified in relying upon the representation;

6. And, finally, as a result of the reliance upon the truth of the representation, the plaintiff must have sustained damage.

34. Counter-defendants knew or should have known that Title 18 USC was not passed in 1948, could not have been used to prosecute alleged regulatory infractions (victimless crimes) and that the posted bonds by counter-plaintiff did in fact offset any and all alleged liability for alleged charges.

35. Through representations by counter-defendants, counter-defendants knew or should have known that they were false a.k.a. constructive fraud. It appears to counter-plaintiff that counter-defendants knew or should have known that damage would occur in said negligent misrepresentation, which are charged in law as constructive fraud.

36. Counter-defendants owed counter-plaintiff a fiduciary duty of due care not to be negligent in making false representations or through conduct of constructive fraud to transfer the property of counter-plaintiff to a third party.

37. As a result of counter-defendant's negligence in making the representations as well as constructive fraud, counter-plaintiff and RPII sustained personal losses in efforts to perform her maternal duties as well as consequential and other damages. Counter-plaintiff also incurred other reasonably foreseeable losses as a result of the omissions and statements of counter-defendants. Counter-plaintiff was forced into bondage by counter-defendants.

38. WHEREFORE, counter-plaintiff and RPII demands that RPII be released from custody immediately.

## COUNT V

### (Breach of Fiduciary Duty)

39. Plaintiff incorporates the allegations in paragraphs 1 through 38 above.

40. **Fiduciary capacity** is defined by Ballentine's Law dictionary 3rd Ed. as "The position of one in whom special trust and confidence is reposed, and who is bound in equity and good conscience to act in good faith with due regard to the interest of the person reposing the confidence. Illinois v. Riggins, 132 NE2d 519."

41. The duty of a fiduciary is to act in a position of trust, good faith, candor and responsibility, on behalf of another. The duty is one of the best-defined responsibilities under the law and is very strictly enforced by the courts.

42. When counter-plaintiff entered a plea counter-plaintiff entered a constructive trust agreement for judge (as well as prosecutor and public defenders) to act as proper fiduciary to preside over case and charges and to ensure that the charges were valid in subject matter jurisdiction as well as to ensure that the alleged regulatory infractions were setoff with tendered bond instruments. Judge, prosecutor and public defenders failed to do so in their fiduciary duties.

43. Fiduciary has a standard of care to ensure that the charges are valid in the conditions precedent and if valid offset in accordance with 28 USC 2041. Said fiduciaries failed to do so.

44. Counter-defendants did acts of constructive fraud and negligence therein breaching this duty of trust as trustees of counter-plaintiff private property, labor, by failing to ensure that the charges were valid in accord with Title 18 USC and setoff in accord with the penal sums established in accord with the Miller Act.

45. As a result of counter-defendants breach by constructive fraud and negligence of its fiduciary duty of trust, counter-plaintiff and RPII has sustained loss in maternal relations, endangerment of endearment as well as consequential and other damages.

46. WHEREFORE, counter-plaintiff and RPII demands that RPII be released from custody immediately.

### COUNT VI

### (Accounting)

47. Plaintiff incorporates the allegations in paragraphs 1 through 46 above.

48. A cause of action for an accounting arises where there is a fiduciary relationship, such as where one party has a dispute with a guardian, trustee, receiver, or other fiduciary that has control over assets of the party complaining. Accountings may also be ordered where the issues in a contract case, for example, are so complicated that it is not clear if the facts can be ascertained any other way and always where the underlying contract has provided for an accounting in the event of a dispute. When the complaining party has no separate access to the records, such as where a fiduciary like a trustee or guardian has the books, an accounting will almost never be denied, since the complaining party may have no other way to ascertain if the fiduciary has carried out his duties faithfully.

49. Elements To successfully plead for an accounting, one should assert the following:

> 1. The existence of a fiduciary relationship or contract demands that are so extensive and
> complicated that it is not clear that money damages alone are adequate.
> 2. Necessity for the accounting.

090630 -- [Counterclaim], Page 11 of 19

3. The remedy sought is one in equity, therefore the court has broad discretion in whether or not it will grant the relief sought. It is important, therefore, to allege sufficient facts to make clear that justice and fairness demand that an accounting be given.

50. Defenses: If the matter into which the other party seeks an accounting is one that is simple on its face, e.g., an oral agreement for performance of a clear-cut duty that involves no fiduciary entrustment of assets, then this should be raised as a defense by way of motion to strike or dismiss.

51. The remedy of an accounting is almost always performed by a judge or special master appointed by the judge. Accountings are almost never submitted to a jury, because it is usually impractical for a jury to undertake the process. Winding up of partnerships almost always involves necessity for accounting to determine respective parties' interests. This also applies to closely held corporations in which the business has come to a standstill because of deadlock between directors.

52. WHEREFORE, counter-plaintiff and RPII demands that RPII be released from custody immediately.

## COUNT VII

### (Account Stated)

53. Plaintiff incorporates the allegations in paragraphs 1 through 52 above.

54. Account Stated: This cause of action arises where parties have engaged in a prior course of dealing with each other (i.e., a history of trade and transactions between them) and debtor refuses to deny the amount claimed by creditor's invoices (or other billing notices or

demands). If the debtor does anything to acknowledge the account stated in the invoices but refuses to pay, creditor can bring this cause of action to collect the debt. The longer the course of dealing and clearer the debtor's acknowledgment, the easier it is to win. This cause of action is frequently abused by people unfamiliar with its elements. Many mistakenly believe they can "invoice" someone for a debt, saying in the invoice, "If we do not hear from you within 10 days," or words to that effect, "we will assume you acknowledge the debt." This may work against naïve or poorly-represented defendants, however it will not work where the essential elements of the cause of action do not exist.

Elements
To successfully plead a case for account stated, one should assert the following:
1. The parties engaged in prior dealings out of which the account arose. Mere statement
of a liquidated amount due on a contract for fixed price alone (that the defendant is clearly obligated to pay) does not give rise to an action for account stated.
2. At the time the account was presented, debtor had a prior liability to pay. There can be
no action for account stated if, when the account was presented, the debtor had no liability to pay.
3. The defendant either expressly or implicitly promised to pay the balance of the account stated. An express promise is easy to prove. An implied promise, however, cannot be established by the defendant's mere failure to dispute the debt. There must be more, such as a well-established practice of periodic billing in the regular course of dealing to which no objection is made within a reasonable time.

55. Defenses: The most common way to defeat an action for account stated is to show that the debt claimed is new, i.e., that there was no prior course of dealing between the parties. If there was prior dealing and a long history of periodic billing that the defendant timely and routinely paid over an extended course of time prior to the invoice in question, the defendant is put to the difficult task of

090630 -- [Counterclaim], Page 13 of 19

1  proving (1) he did not assent to the amount of the debt stated in the

2  invoice or demand, (2) that he had no obligation to do so, (3) that he

3  never received the goods or services for which the invoice applies, or

4  (4) he paid the debt.

5  56. WHEREFORE, counter-plaintiff and RPII demands that RPII be

6  released from custody immediately.

7                              COUNT VIII

8                        (Specific Performance)

9  57. Plaintiff incorporates the allegations in paragraphs 1 through

10  56 above.

11  58. Specific performance is, in a way, the converse of rescission.

12  Where rescission is an action to avoid the consequence of contract,

13  specific performance is an action to force an unwilling party to

14  perform his obligations under the contract. Cases arise frequently in

15  land deals, where a seller enters contract to sell, buyer performs all

16  conditions precedent, and seller refuses to close.

17  59. The elements are;

18      1. Existence of a contract.
       2. Plaintiff performance of all conditions precedent to closing.
19      3. Defendant's refusal to perform.
       4. Absence of an adequate remedy at law, i.e., money damages
          alone are insufficient.
20      5. Plaintiff has suffered damages as a direct result.
       The property need not be land. It could be an extremely unique
21      item of jewelry or an antique painting that cannot be replaced,
       regardless of money available to purchase a substitute. This is
22      the gist of specific performance.
       On the other hand, if the property is not unique (as might be the
23      case with a single plot in a large subdivision, where one plot is
       pretty much like any other), the court may refuse to grant
24      specific performance, since an award of money would allow
       plaintiff to purchase another property substantially identical.

25

   60. WHEREFORE, counter-plaintiff and RPII demands that RPII be

   released from custody immediately.



## COUNT IX

### (Unjust Enrichment)

61. Petitioner incorporates the allegations in paragraphs 1 through 60 above.

62. The gist of unjust enrichment is similar to the cause of action for *quantum meruit* that arises when one person confers a benefit on another under circumstances that would cause a reasonable person to believe he would be compensated by the other. The courts reason that one person should not be unjustly enriched at the expense of another so, even where there is no contract between them to spell out in detail their relative expectations, this cause of action (or *quantum meruit*) will lie to prevent the one from being unjustly enriched at the expense of the other.

63.    The essential elements of fact that must be pled and proven are:

1. Plaintiff conferred a benefit on defendant.
2. Defendant either requested the benefit or knowingly and voluntarily accepted it.
3. Circumstances surrounding the transaction were such that it would be unjust for the defendant to retain the benefit without compensating plaintiff reasonably.

An example that might give rise to this cause of action is seen where an itinerant house-painter asks a homeowner if he can paint the homeowner's house. The homeowner answers, "Of course!", seeing an opportunity to get a free coat of paint and thinking that, because he has not agreed on a price that the is not bound to pay for the job. In fact, the court will imply a contract under such circumstances, awarding the housepainter the fair market value of his services, because it would be unjust to do otherwise. Such cases are sometimes said to arise out of *quasi contract*, i.e., a contract that is not created by the parties themselves but by the court acting in equity to prevent a wrong.

64. The defenses are;

a. Express Contract: This cause of action fails if the defendant can show that an express contract exists, whether verbal or in writing. The idea is that the terms of the express contract

#14

1    are more likely to convey the actual understanding of the
     parties, and they should be held to the terms of that express
2    contract.

  b. Burden: The plaintiff seeking to enforce an implied contract
3    is required to meet a greater burden than one who uses better
     business sense by requiring an express contract before
4    undertaking to render services or deliver valuable goods to
     another.

  c. Payment Accepted: Once plaintiff accepts payment for his
5    services or delivered goods, he cannot then sue for unjust
6    enrichment, and a motion to dismiss will prevail.

7

   65. WHEREFORE, counter-plaintiff and RPII demands that RPII be
8
released from custody immediately.
9
### COUNT X
10
### (Racketeering RICO)
11
   66. Petitioner incorporates the allegations in paragraphs 1 through
12
65 above.
13
   67. The **Racketeer Influenced and Corrupt Organizations Act** (commonly
14
referred to as **RICO Act** or **RICO**) is a United States federal law that
15
provides for extended criminal penalties and a civil cause of action
16
for acts performed as part of an ongoing criminal organization. RICO
17
was enacted by section 901(a) of the Organized Crime Control Act of
18
1970 (Pub.L. 91-452, 84 Stat. 922, enacted October 15, 1970). RICO is
19
codified as Chapter 96 of Title 18 of the United States Code, 18
20
U.S.C. § 1961-1968. While its intended use was to prosecute the Mafia
21
as well as others who were actively engaged in organized crime, its
22
application has been more widespread.
23
   68. Under RICO, a person who is a member of an enterprise that has
24
committed any two of 35 crimes—27 federal crimes and 8 state crimes—
25
within a 10-year period can be charged with racketeering. Those found

guilty of racketeering can be fined up to $25,000 and/or sentenced to

20 years in prison per racketeering count. In addition, the racketeer
090630 -- [Counterclaim], Page 16 of 19



1   must forfeit all ill-gotten gains and interest in any business gained

2   through a pattern of "racketeering activity." RICO also permits a

3   private individual harmed by the actions of such an enterprise to file

4   a civil suit; if successful, the individual can collect treble

5   damages.

6       69. When the U.S. Attorney decides to indict someone under RICO, he

7   or she has the option of seeking a pre-trial restraining order or

8   injunction to temporarily seize a defendant's assets and prevent the

9   transfer of potentially forfeitable property, as well as require the

10   defendant to put up a performance bond. This provision was placed in

11   the law because the owners of Mafia-related shell corporations often

12   absconded with the assets. An injunction and/or performance bond

13   ensures that there is something to seize in the event of a guilty

14   verdict.

15       70. In many cases, the threat of a RICO indictment can force

16   defendants to plead guilty to lesser charges, in part because the

17   seizure of assets would make it difficult to pay a defense attorney.

18   Despite its harsh provisions, a RICO-related charge is considered easy

19   to prove in court, as it focuses on patterns of behavior as opposed to

20   criminal acts. ("Show Down at Gucci" – Time Magazine)

21       71. There is also a provision for private parties to sue. A "person

22   damaged in his business or property" can sue one or more "racketeers."

23   The plaintiff must prove the existence of a "criminal enterprise." The

24   defendant(s) are not the enterprise; in other words, the defendant(s)

25   and the enterprise are not one and the same. There must be one of four

  specified relationships between the defendant(s) and the enterprise. A

#14

1   civil RICO action, like many lawsuits based on federal law, can be

2   filed in state or federal court.

3     72. Both the federal and civil components allow for the recovery of

4   treble damages (damages in triple the amount of actual/compensatory

5   damages).

6     73. Although its primary intent was to deal with organized crime,

7   Blakey said that Congress never intended it to merely apply to the

8   Mob. He once told *Time,* "We don't want one set of rules for people

9   whose collars are blue or whose names end in vowels, and another set

10  for those whose collars are white and have Ivy League diplomas."

11  ("Show Down at Gucci" - Time Magazine)

12    74. Counter-defendants operated in concert to carry out their

13  dastardly deeds against RPII.

14    75. Counter-defendants ensured that a mother of three, a house wife,

15  a former legal secretary, a threat to no one, was tackled, man

16  handled, beaten, abused and incarcerated under color of law.

17    76. WHEREFORE, counter-plaintiff and RPII demands that RPII be

18  released from custody immediately.

19

20    77. The court will notice that counter-plaintiff does not ask for

21  any remuneration as RPII seriously doubts counter-defendants can

22  remedy damage to RPII. Further, RPII believes it would be a waste of

23  time to attempt to collect damages from counter-defendants.

24

25

1

2    RESPECTFULLY SUBMITTED this *July 1,* 2009.

3    *Tracy Dee Ann Corona*

4    *Rabbi Sloan Talbot Reis, J.D., Atty-in-Fact*

5    _____
     Tracy Dee Anne Corona,
     Bond# (D) 021051107
6    Inmate # A91475198
     BUILDING / POD
7    PO Box 439049
     San Diego, California 92143

8    *Tracy Dee Ann Corona*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

#14

Principal:   Name
       Address
       Address

Respondent:   Name
       Agency
       Address
       Address

**Registered mail _____ ; under notary seal**

### - - - NOTICE OF FRAUD - - -

Please find the attached *Libel / Replevin / Stay of Execution Bond* and *Memorandum of Law.* As you are assumed to know, Titles 18 and 26 of United States Code are special law, not positive law wanting for lawful passage by Congress, and thereby inapposite to living men and women who do not knowingly contract to submit to the jurisdiction. The majority of such contracts assumed by the United States to be valid, whether appearance bonds, citations, indictments and even the signature on a fingerprint card, are fraudulent for want of disclosure that they comprise an enticement to confess to being a legal fiction United States person/resident in violation of the Constitutional prohibition against compelling the casting of self-witness, and impart a liability in admiralty where none previously existed.

This document provide legal and lawful **NOTICE** that:

1. You have received notice of the special law nature of Titles 18 and 26 U.S.C.;

2. You are required by your oaths of office to release all prisoners who have been incarcerated and detained with respect to "violations" of such titles, in the absence of written evidence that they willingly and knowingly elected to submit to the jurisdiction after proper disclosure of their option to decline the privilege;

3. Upon future citing of this notice and bond by any man or woman on the land, natural born American citizen or national, or any citizen or national of any of the several un-incorporated states in non-violent matters involving commercial crimes and liabilities pursuant to 27 C.F.R. 27.11 and 28 U.S.C. 3002, you will immediately cease and desist all restraint and distraint for your want of jurisdiction, venue and authority to continue, and

4. Any violation of items 2 or 3 above hereafter will comprise your specific confession of tort against a living man and/or woman or men and/or women as the case may be and instant loss by the offender and yourself by extension of any immunity, qualified, absolute, real or imagined, for all acts of omission and commission; and specific consent by you and the offender(s) to immediate assessment of the tort claim against your respective public bond(s) through thevarious underwriters.

This matter has been calendared by the undersigned for ten days at which time failure or deficiency of response will be certified by the notary as your consent to and agreement with all of the terms and provisions herein including attachments, having had the opportunity and failed to plead.

Signed and sealed this _10th_ day of _Sept_, 20_09_

PRINCIPAL

By _Mary DuAnn Corona, Beneficiary_
     CUSIP NUMBER _021051107_

SURETY

By_____
     CUSIP NUMBER _____

SURETY

By_____
     CUSIP NUMBER _____

cc: list

CAN ADD NOTARY PUBLIC JURAT, OR TURN THIS INTO AFFIDAVIT OR AFFIRMATION,
OR PLACE IT ON THE LAND.

