1   **11. PROOF OF SERVICE**

2                    **CERTIFICATE OF SERVICE**

3

4   **Republic of** _____)
5   **Subscribed and Affirmed**           )
6   **County of** _____)

7   I, _____, the undersigned mailer/server, being of sound mind and under no duress, do hereby
8   certify, attest and affirm that the following facts are true and correct, to wit:

9   1.   That, at the city of _____, County of _____and the Republic of _____(statename), on the
10       _____, 20___, that, on behalf of (name)_____, a natural person, the undersigned personally
11      deposited  the following documents (listed below) inside the envelope,  sealed them and transmitted them via the
12      carrier indicated in item 2 below, to wit:

| Item # | Document Description | Number of pages |
|---|---|---|
| 1 | Cover Letter | 97 |
| 2 | Enclosure (1): Certified copy of Certificate of Naturalization by Notary or Certified Copy of Birth Certificate (certified by Notary stamp at the end of this letter) | 2 |
| 3 | Enclosure (2): Affidavit as Oath of Allegiance Pursuant to 8 U.S.C. §1452(b)(2) | 2 |
| 4 | Enclosure (3): FS-581 – Questionnaire Information for Determining U.S. Citizenship | 4 |
| 5 | Enclosure (4) Declaration of Personal Independence | 9 |
| 6 | Enclosure (5):  Why Domicile and Becoming a "Taxpayer" Require Your Consent | 64 |
| 7 | Enclosure (6):  Copy of last U.S. passport (optional) | 1 |
| 8 | Enclosure (7):  Why you are a "national" or "state national" and not a "U.S. Citizen" | 86 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

13
14   Total of ____ ( ) documents with combined total of _____ (__) pages.
15

16   2. That I personally mailed said document(s) via (initial those which apply):

17   _____United States Postal Office, by regular mail, postage prepaid
18   _____United States Postal Office, by **Certified Mail #** ____ ____ ____ ____ ____, Return Receipt Requested
19   _____United Parcel Service (UPS), tracking number  #_____
20   _____Federal Express, tracking number #_____
21   _____Other (specify): _____

22   at said City and State, one (1) complete set of **ORIGINAL/COPIED (circle one)** documents, as described in item 1
23   above, properly enveloped and addressed to (addressee and address):

1.   Secretary of State; U.S. Department of State; 2201 C Street NW; Washington, DC 20520.
     Cert. Mail #:_____

2.   Attorney General; U.S. Department of Justice; 950 Pennsylvania Avenue, NW; Washington, DC 20530-0001
     Cert. Mail #:_____

3.   Secretary of State; State of _____,
     Cert. Mail #:_____

4.   Attorney General; State of _____,
     Cert. Mail #:_____

3.   That I am at least 18 years of age;

4.   That I am not related to _____ by blood, marriage, adoption, or employment, but serve as a "disinterested third party" (herein "Server"); and further,

5.   That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my signature to these affirmations.

(Signature): _____ , Mailer/Server

(Printed name): _____

_____

# NOTARY PUBLIC'S JURAT

BEFORE ME, the undersigned authority, a Notary Public, of the County of _____

_____, Republic of _____(statename), this _____ day of _____, 20___,

_____mailer/server did appear and was identified by _____ and who, upon first being duly sworn and/or affirmed, deposes and says that the aforegoing asseveration is true to the best of his/her knowledge and belief.

WITNESS my hand and official seal.

/s/_____SEAL
                    Notary Public

My Commission Expires On:

## 12. ENCLOSURE (1): CERTIFIED COPY OF BIRTH OR NATURALIZATION CERTIFICATE

## 13. ENCLOSURE (2): AFFIDAVIT AS OATH OF ALLEGIANCE PURSUANT TO 8 U.S.C. §1452(b)(2)

An oath is required for those requesting Certificates of Non-citizen national status pursuant to 8 U.S.C. §1452(b)(2) if they were born outside the statutorily defined "United States". The purpose of the oath contained in this enclosure is to satisfy that requirement, because I was born outside the "United States", as defined in 8 U.S.C. §1101(a)(36), 8 CFR §215.1 on land under the exclusive jurisdiction of a state of the Union and not subject to federal jurisdiction. The "United States" as defined in these statutes and regulations, as I understand it, includes the District of Columbia, the territories and possessions of the United States, and federal enclaves within the states and excludes land under the exclusive jurisdiction of states of the Union. See and rebut Enclosure (7) for details on the statutory meaning of "United States" if you have further questions.

The undersigned, pursuant to my truly and sincerely held religious beliefs at Matthew 5:33-37 and James 5:12, is prohibited from taking oaths in the name of anyone. This constraint is an exercise of the religious rights protected by the establishment and free exercise clauses of the First Amendment to the United States Constitution. See U.S. v. Seeger, 380 U.S. 184, 85 S.Ct. 863 (1965) and 96 Stat. 1211.

> *"Again you have heard that it was said to those of old, 'You shall not swear falsely, but shall perform your oaths to the Lord.' But I say to you, do not swear at all: neither by heaven, for it is God's throne; nor by the earth, for it is His footstool; nor by Jerusalem, for it is the city of the great King. Nor shall you swear by your head, because you cannot make one hair white or black. But let your 'Yes' be 'Yes,' and your 'No,' 'No.' For whatever is more than these is from the evil one."*
> [Matt. 5:33-37, Bible, NKJV]

> *"But above all, my brethren, do not swear, either by heaven or by earth or with any other oath. But let your "Yes" be "Yes," and your "No," "No," lest you fall into judgment."*
> [James 5:12, Bible, NKJV]

Consequently, I shall provide the oath instead as an "affirmation", whereby the word "oath" is defined as "affirmation", in order to avoid violating God's Laws above and my sincerely held religious beliefs in violation of the First Amendment. The U.S. Supreme Court said that taking an oath to a new sovereign is the strongest evidence of removing allegiance to all previous sovereigns, and I cannot and will not remove my allegiance to my only King, Lawgiver, and Judge, God almighty:

> *"Yet, it is to be remembered, and that whether in its real origin, or in its artificial state, allegiance, as well as fealty, rests upon lands, and it is due to persons. Not so, with respect to Citizenship, which has arisen from the dissolution of the feudal system and is a substitute for allegiance, corresponding with the new order of things. Allegiance and citizenship, differ, indeed, in almost every characteristic. Citizenship is the effect of compact; allegiance [and oaths of allegiance] is the offspring of power and necessity. Citizenship is a political tie; allegiance is a territorial tenure. Citizenship is the charter of equality; allegiance is a badge of inferiority. Citizenship is constitutional; allegiance is personal. Citizenship is freedom; allegiance is servitude. Citizenship is communicable; allegiance is repulsive. Citizenship may be relinquished; allegiance is perpetual. With such essential differences, the doctrine of allegiance is inapplicable to a system of citizenship; which it can neither serve to controul, nor to elucidate. And yet, even among the nations, in which the law of allegiance is the most firmly established, the law most pertinaciously enforced, there are striking deviations that demonstrate the invincible power of truth, and the homage, which, under every modification of government, must be paid to the inherent rights of man.....The doctrine is, that allegiance cannot be due to two sovereigns; and taking an oath of allegiance to a new, is the strongest evidence of withdrawing allegiance from a previous, sovereign...."*
> [Talbot v. Janson, 3 U.S. 133 (1795)]

Pursuant to the affirmation of allegiance for naturalization. I hereby stated with my right hand raised on federal "territory" before a witness the following:

> *"I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state or sovereignty [other than the true and Living God, Jesus Christ], of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the armed forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; so help me God."*
> *[SOURCE: http://www.uscis.gov/graphics/aboutus/history/teacher/oath.htm]*

The location of the federal territory where the above affirmation was taken was: _UNITED STATES DISTRICT COURT, SAN DIEGO  CA_. It is my understanding that this land was federal territory within the "United States" as defined above within the exclusive jurisdiction of the "United States". I did so by going to the nearest post office or federal building and enunciating the above oath.

An "oath" can only lawfully be taken to a "sovereign". Public employees and public officers are NOT the "sovereign".

> *"... The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and intrust to whom they please. ...The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."*
> *[Luther v. Borden, 48 US 1, 12 LEd 581 (1841)]*

> *"There is no such thing as a power of inherent sovereignty in the government of the United States .... In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it: All else is withheld."*
> *[Julliard v. Greenman: 110 U.S. 421, (1884)]*

> *"Since in common usage the term 'person' does not include the sovereign, statutes employing that term are ordinarily construed to exclude it."*
> *[U.S. v. Cooper, 312 U.S. 600, 604, 61 SCt 742 (1941)]*

> *"While sovereign powers are delegated to ... the government, sovereignty itself remains with the people.."*
> *[Yick Wo v. Hopkins, 118 U.S. 356, 370 (1886)]*

The above affirmation of allegiance is directed at the "state", consisting of the republics of the United States of America and NOT the private federal corporation that is violating its corporate charter, the U.S. Constitution, as described in 28 U.S.C. §3002(15)(A). This is confirmed by the definition of a "national" found in 8 U.S.C. §1101(a)(21):

> *TITLE 8 > CHAPTER 12 > SUBCHAPTER I > § 1101*
> *§ 1101. Definitions*
>
> *(21) The term "national" means a person <u>owing permanent allegiance to a state.</u>*

Black's Law Dictionary defines the term "state" as all the people within these united republics and *excludes* from the definition anyone working in the government or acting in a representative capacity as a "public official" or federal "employees" pursuant to Federal Rule of Civil Procedure 17(b). To wit:

---

"*State.* *A people permanently occupying a fixed territory bound together by common-law habits and custom into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things within its boundaries, capable of making war and peace and of entering into international relations with other communities of the globe. United States v. Kusche. D.C.Cal., 56 F.Supp. 201 207, 208. The organization of social life which exercises sovereign power in behalf of the people. Delany v. Moralitis, C.C.A.Md., 136 F.2d 129, 130. In its largest sense, a "state" is a body politic or a society of men. Beagle v. Motor Vehicle Acc. Indemnification Corp., 44 Misc.2d 636, 254 N.Y.S.2d 763, 765. A body of people occupying a definite territory and politically organized under one government. State ex re. Maisano v. Mitchell, 155 Conn. 256, 231 A.2d 539, 542. A territorial unit with a distinct general body of law. Restatement, Second, Conflicts, §3. Term may refer either to body politic of a nation (e.g. United States) or to an individual government unit of such nation (e.g. California).*

[...]

*The people of a state, in their collective capacity, considered as the party wronged by a criminal deed; the public; as in the title of a cause, "The State vs. A.B."*
[Black's Law Dictionary, Sixth Edition, p. 1407]

In America, the sovereigns are "We the People" and *not* the government or anyone working in the government. This was confirmed by the U.S. Supreme Court, when it said:

"*The ultimate authority...resides in the people alone...*"
[James Madison, Federalist Paper No. 46]

"*Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts.*"
[Yick Wo v. Hopkins, 118 U.S. 356; 6 S.Ct. 1064 (1886)]

"*The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Through the medium of their Legislature they may exercise all the powers which previous to the Revolution could have been exercised either by the King alone, or by him in conjunction with his Parliament; subject only to those restrictions which have been imposed by the Constitution of this State or of the U.S.*"
[Lansing v. Smith, 21 D. 89, 4 Wendel 9 (1829) (New York)]

"*There is no such thing as a power of inherent sovereignty in the government of the United States...In this country sovereignty resides in the people, and Congress can exercise no power which they have not, by their Constitution entrusted to it. All else is withheld.*"
[Juilliard v. Greenman, 110 U.S. 421 (1884)]

"*In Europe, the executive is synonymous with the sovereign power of a state...where it is too commonly acquired by force or fraud, or both...In America, however the case is widely different. Our government is founded upon compact [consent expressed in a written contract called a Constitution or in positive law]. Sovereignty was, and is, in the people.*"
[Glass v. The Sloop Betsy, 3 (U.S.) Dall 6]

"*From the differences existing between feudal sovereignties and Government founded on compacts, it necessarily follows that their respective prerogatives must differ. Sovereignty is the right to govern; a nation or State-sovereign is the person or persons in whom that resides. In Europe the sovereignty is generally ascribed to the Prince;*

*here it rests with the people; there, the sovereign actually administers the Government; here, never in a single instance; our Governors are the agents of the people, and at most stand in the same relation to their sovereign, in which regents in Europe stand to their sovereigns. Their Princes have personal powers, dignities, and pre-eminences, our rulers have none but official; nor do they partake in the sovereignty otherwise, or in any other capacity, than as private citizens."*
[Chisholm, Ex'r. v. Georgia, 2 Dall. (U.S.) 419, 1 L.ed. 454, 457, 471, 472 (1794)]

It would therefore be a gross distortion of the legislative intent of the Constitution and represent a violation of the Constitution and the above oath for me to swear an oath to any government or man in government or "public servant" or political ruler.  To do so would make the servant greater than his master, which is the American people.  This was confirmed by the writers of the Federalist Papers, when they said:

*"No legislative act contrary to the Constitution can be valid. To deny this would be to affirm that the deputy (agent) is greater than his principal; that the servant is above the master; that the representatives of the people are superior to the people; that men, acting by virtue of powers may do not only what their powers do not authorize, but what they forbid...[text omitted]  It is not otherwise  to be supposed that the Constitution could intend to enable the representatives of the people to substitute their will to that of their constituents. It is far more rational to suppose, that the courts were designed to be an intermediate body between the people and the legislature, in order, among other things, to keep the latter within the limits assigned to their authority. The interpretation of the laws is the proper and peculiar province of the courts.  A Constitution is, in fact, and must be regarded by judges, as fundamental law. If there should happen to be an irreconcilable variance between the two, the Constitution is to be preferred to the statute."*
[Alexander Hamilton, Federalist Paper # 78]

An oath towards the government instead of the sovereign people would also glorify and exalt the servant and create a dulocracy, which would violate the Bible:

*"Dulocracy.  A government where servants and slaves have so much license and privilege that they domineer."*
[Black's Law Dictionary, Sixth Edition, p. 501]

*"Servants, be submissive to your masters with all fear, not only to the good and gentle, but also to the harsh. "*
[1 Peter 2:18, Bible, NKJV]

Therefore, the above oath is directed at the citizens of the republics united by and under the Constitution and *excludes* the following *servants* as the object of said allegiance:

1.  The government.
2.  Public officials.
3.  Public employees.
4.  Laws passed by any of the above which apply only on federal territory and not within a state of the Union where I am situated.

This oath or affirmation toward the "state", which is "We the People" and not their public *servants*, is also mandated by the Bible, which says that the second of two great commandments is to "love our neighbor".  To wit:

*Then one of the scribes came, and having heard them reasoning together, perceiving that He had answered them well, asked Him, "Which is the first commandment of all?"*

*Jesus answered him, "The first of all the commandments is: "Hear, O Israel, the LORD our God, the LORD is one. And you shall love the LORD your God with all your heart, with all your soul, with all your mind, and with all your strength. This is the first*

Declaration of Intention to Change Domicile/Citizenship and Divorce the "United States"
Enclosure (2): Affidavit as Oath of Allegiance Pursuant to 8 U.S.C. §1452(b)(2)

82 of 98

*commandment. And the second, like it, is this: "You shall love your neighbor as yourself. There is no other commandment greater than these."*

*So the scribe said to Him, "Well said, Teacher. You have spoken the truth, for there is one God, and there is no other but He. And to love Him with all the heart, with all the understanding, with all the soul, and with all the strength, and to love one's neighbor as oneself, is more than all the whole burnt offerings and sacrifices."*
*[Mark 12:28-33, Bible, NKJV]*

*For the commandments, "You shall not commit adultery," "You shall not murder," "You shall not steal," "You shall not bear false witness," "You shall not covet," and if there is any other commandment, are all summed up in this saying, namely, "You shall love your neighbor as yourself."*

*Love does no harm to a neighbor; therefore love is the fulfillment of the law.*
*[Romans 13:9-10, Bible, NKJV]*

*"For all the law is fulfilled in one word, even in this: 'You shall love your neighbor as yourself.'"*
*[Gal 5:14, Bible, NKJV]*

The sovereign people in the republics who govern themselves and depend on their servants in government or their fellow men for NOTHING but the right to be left alone and to be protected from harm by others are my neighbors and I am commanded by my God to love them. You cannot love someone without wanting to come to their aid and protection by whatever means possible, including serving in the armed forces if necessary. It is biblical and completely consistent with God's Laws to have allegiance toward my neighbor. However, that allegiance does *not* extend to:

1. Putting any king, ruler, or potentate above the importance of God or any of His Laws found in the Holy Bible. The Bible says it is a SIN to have any king, ruler, or government above either me or above the God who I serve and act as a fiduciary for:

   *"The wicked shall be turned into hell,*
   *And all the nations that forget God."*
   *[Psalms 9:17, Bible, NKJV]*

   *"Then all the elders of Israel gathered together and came to Samuel at Ramah, and said to him, 'Look, you are old, and your sons do not walk in your ways. Now make us a king to judge us like all the nations [and be OVER them]'.*

   *"But the thing displeased Samuel when they said, 'Give us a king to judge us.' So Samuel prayed to the Lord. And the Lord said to Samuel, 'Heed the voice of the people in all that they say to you; for they have rejected Me, that I should not reign over them. According to all the works which they have done since the day that I brought them up out of Egypt, even to this day—with which they have forsaken Me and served other gods— so they are doing to you also [government becoming idolatry]."*
   *[1 Sam. 8:4-8, Bible, NKJV]*

   *"And when you saw that Nahash king of the Ammonites came against you, you said to me, 'No, but a king shall reign over us,' when the Lord your God was your king.*

   *[. . .]*

*And all the people said to Samuel, "Pray for your servants to the Lord your God, that we may not die; for we have added to all our sins the evil of asking a king for ourselves."*
*[1 Sam. 12:12-19, 19, Bible, NKJV]*

2. Having or choosing a domicile within any man-made government or "state" and thereby subjecting myself to any corrupted civil law. Instead, the only laws I consent to be subject to are the criminal laws, because their purpose is to prevent harm to the neighbors who I am commanded to love and protect. I am a "transient foreigner" and a "stateless person" while I am here and I am not allowed to elevate a political ruler above me to govern or rule my life except in fulfillment of the commandment to love my neighbor, which is satisfied through the criminal and not civil laws. See Enclosure (5) for details.

3. Condoning, protecting, aiding, or abetting activities that violate any of God's Laws found in the Bible.

*"He who has [understands and learns] My commandments [laws in the Bible (OFFSITE LINK)] and keeps them, it is he who loves Me. And he who loves Me will be loved by My Father, and I will love him and manifest Myself to him."*
*[John 14:21, Bible, NKJV]*

*"And we have known and believed the love that God has for us. God is love, and he who abides in love [obedience to God's Laws] abides in [and is a FIDUCIARY of] God, and God in him."*
*[1 John 4:16, Bible, NKJV]*

*"Now by this we know that we know Him [God], if we keep His commandments. He who says, "I know Him," and does not keep His commandments, is a liar, and the truth is not in him. But whoever keeps His word, truly the love of God is perfected in him. By this we know that we are in Him [His fiduciaries]. He who says he abides in Him [as a fiduciary] ought himself also to walk just as He [Jesus] walked."*
*[1 John 2:3-6, Bible, NKJV]*

4. Obeying an earthly law that conflicts with any one of God's Laws found in the Holy Bible.
5. Condoning or allowing the government to abuse its taxing powers to redistribute wealth or for "social engineering". This is socialism and it constitutes idolatry that makes government into a false god. See:
*Socialism: The New American Civil Religion*, Form #05.016
http://sedm.org/Forms/FormIndex.htm
6. Subsidizing the activities of political rulers who are oppressing, abusing, or hurting anyone within the "state". The Declaration of Independence says it is my *duty* to throw off such rulers and find new safeguards for my future security.
7. Obeying laws that do not apply to the jurisdiction where I am domiciled or physically present at the time. This would constitute idolatry towards government and the political rulers in courts who are intent on unlawfully enlarging their jurisdiction. It would also violate the first four commandments of the Ten Commandments and therefore compel me to violate my religious beliefs.
8. Voluntarily entering into any contracts or commercial relationships whatsoever with the government, such as Social Security, Medicare, FICA, or income taxation under Subtitle A of the Internal Revenue Code.

*" Come out from among them [the idolaters who make government a false god]*
*And be separate, says the Lord.*
*Do not touch what is unclean,*
*And I will receive you."*
*[2 Cor. 6:17, Bible, NKJV]*

---

*And I heard another voice from heaven saying, "Come out of her[the Totalitarian, Socialist Legislative Democracy that is a Corporation instead of a government], my people, lest you share in her sins, and lest you receive of her plagues. For her sins have reached to heaven, and God has remembered her iniquities. Render to her just as she rendered to you, and repay her double according to her works; in the cup which she has mixed, mix double for her. In the measure that she glorified herself and lived luxuriously, in the same measure give her torment and sorrow; for she says in her heart, 'I sit as*

*queen, and am no widow, and will not see sorrow.' Therefore her plagues will come in one day—death and mourning and famine. And she will be utterly burned with fire, for strong is the Lord God who judges her.*
*[Rev. 18:4-8, Bible, NKJV]*

9.  Condoning, subsidizing, or participating in any usurpation of power by political rulers through "words of art" found in the written law, which are introduced to deceive people into unlawfully enlarging federal jurisdiction and destroying the separation of powers that is the foundation of the federal Constitution and was put there for the protection of our liberties. See:

*The Meaning of the words "includes" and "including"*, Form #05.014
http://sedm.org/Forms/FormIndex.htm

## 14. ENCLOSURE (3): FS-581 QUESTIONNAIRE INFORMATION FOR DETERMINING U.S. CITIZENSHIP

## 15. ENCLOSURE (4): DECLARATION OF PERSONAL INDEPENDENCE

This Declaration is addressed to you, individually, personally and collectively; the bankers, the bureaucrats, the agents, the administrators, the corporate entities, the officers, the officials, the commissioners, the politicians, the President, the speakers, the senators, the representatives, the congressman, the governors, the judges and the lawyers of, by, and for the present de facto corporate states of the United States and the de facto corporate United States who have usurped the Peoples' rightful American republican form of Constitutional government *mandated* by Article 4, section 4 of the Constitution.

When in the course of human events, it becomes necessary for People to dissolve the forced political bands which have connected them with others, and to assume among the powers of the earth, the separate and equal station to which the laws of nature and of nature's God entitle them, a decent respect to the opinions of mankind requires that I should declare the cause which impel me to separate from their insolvent, pretended government. I therefore must state the usurpation and seditious and tyrannical behavior of the present de facto system in each of the 50 states and the United States.

I have never willingly surrendered any of my constitutional rights up to this time, and yet, through chicanery and deceit and legal sophistry, you have abused my own ignorance of the law to deceive me into involuntary servitude of the present insolvent, corrupt, de facto administrators of the United States or the 50 American states. In the process, you have committed treason of the highest order and have violated your oath:

> *"I swear that I will support and defend the Constitution against all enemies, foreign and domestic."*

In fact, by operation of excessive greed and love of money, you have allowed the illegal enforcement of our income tax laws by a corrupt judiciary to trample our God-given rights found in the Bill of Rights.

> *"The love of money is the root of all evil."*
> *[1 Tim. 6:10, Bible, NKJV]*

You have allowed tyrant judges, shameless lawyers, and a corrupt IRS to extort, harass, and terrorize law-abiding citizens who do not want to participate in or benefit from the income tax system or Social(ist) Security programs. You have allowed idolatrous citizens to abuse their voting power for selfish gain in the process of allowing corrupt politicians to buy votes using money borrowed from their children's inheritance. You have turned this once great country into a debtor nation full of socialists that is hostile to liberty and freedom in every respect. In the process, you have sold our children into slavery to pay off debts accumulated by the sins of their parents in clear violation of 18 U.S.C. §1581. Treason! Thomas Jefferson, our founding father, warned of this evil:

> *"Funding I consider as limited, rightfully, to a redemption of the debt within the lives of a majority of the generation contracting it; every generation coming equally, by the laws of the Creator of the world, to the free possession of the earth He made for their subsistence, unincumbered by their predecessors, who, like them, were but tenants for life."*
> *[Thomas Jefferson to John Taylor, 1816. ME 15:18]*

> *"[The natural right to be free of the debts of a previous generation is] a salutary curb on the spirit of war and indebtment, which, since the modern theory of the perpetuation of debt, has drenched the earth with blood, and crushed its inhabitants under burdens ever accumulating."*
> *[Thomas Jefferson to John Wayles Eppes, 1813. ME 13:272]*

> *"We believe--or we act as if we believed--that although an individual father cannot alienate the labor of his son, the aggregate body of fathers may alienate the labor of all their sons, of their posterity, in the aggregate, and oblige them to pay for all the enterprises, just or unjust, profitable or ruinous, into which our vices, our passions or our personal interests may lead us. But I trust that this proposition needs only to be*

*looked at by an American to be seen in its true point of view, and that we shall all consider ourselves unauthorized to saddle posterity with our debts, and morally bound to pay them ourselves; and consequently within what may be deemed the period of a generation, or the life of the majority."*
*[Thomas Jefferson to John Wayles Eppes, 1813. ME 13:357]*

*"It is incumbent on every generation to pay its own debts as it goes. A principle which if acted on would save one-half the wars of the world."*
*[Thomas Jefferson to A. L. C. Destutt de Tracy, 1820. FE 10:175 ]*

*To preserve [the] independence [of the people,] we must not let our rulers load us with perpetual debt. We must make our election between economy and liberty, or profusion and servitude. If we run into such debts as that we must be taxed in our meat and in our drink, in our necessaries and our comforts, in our labors and our amusements, for our callings and our creeds, as the people of England are, our people, like them, must come to labor sixteen hours in the twenty-four, give the earnings of fifteen of these to the government for their debts and daily expenses, and the sixteenth being insufficient to afford us bread, we must live, as they now do, on oatmeal and potatoes, have no time to think, no means of calling the mismanagers to account, but be glad to obtain subsistence by hiring ourselves to rivet their chains on the necks of our fellow-sufferers."*
*[Thomas Jefferson to Samuel Kercheval, 1816. ME 15:39]*

You have violated the United States Constitution when creating interstate compacts with other States and foreign states, which fundamentally changed the form and substance of the Republican form of government to that of a totalitarian socialist democracy.

You have raped and debauched the specie by which governs the mode of the medium of money, and have bankrupted the Nation as a whole through conspiracy and sedition under treaty. The U.S. Constitution, under <u>Article I</u>, Section 10 of the U.S. Constitution, which still reads:

*"No state shall...coin money, emit bills of credit, make any thing but gold and silver a tender in payment of debts..."*

Following the civil war, in 1868, you coerced legislators of the southern states to ratify the 14<u>th</u> Amendment at gunpoint, which subsequently created a new class of U.S. citizenship originally meant only for slaves and which carried with it less than full constitutional rights. The cite below clarifies this from *Elk v. Wilkins*, <u>112 U.S. 94</u> (1884):

*"By the thirteenth amendment of the constitution slavery was prohibited. The main object of the opening sentence of the fourteenth amendment was to settle the question, upon which there had been a difference of opinion throughout the country and in this court, as to the citizenship of <u>free negroes,</u> (Scott v. Sandford, 19 How. 393;) and to put it beyond doubt that all persons, white or black, and whether formerly slaves or not, born or naturalized in the United States, and owing no allegiance to any alien power, should be citizens of the United States and of the state in which they reside. Slaughter-House Cases, 16 Wall. 36, 73; Strauder v. West Virginia, <u>100 U.S. 303</u>, 306. "*
*[Elk v. Wilkins, <u>112 U.S. 94</u> (1884)]*

You then deceived everyone born in the nation into falsely believing that they were "U.S. citizens" with inferior rights, and thereby created a contractual nexus within equity law under Section 4 of the 14<u>th</u> Amendment to violate the prohibitions against direct taxation found in <u>Article 1</u>, Section 2, Clause 3 and <u>Article 1</u>, Section 9, Clause 4 of the U.S. Constitution. I'm not a freed slave nor do I want to be treated as a second class citizen like the freed slaves were, with no Bill of Rights. May God's judgment be upon you for trying to use words of art in the law and deceptive government forms containing LIES to <u>entice me into slavery to my government</u>!

*"Single acts of tyranny may be ascribed to the accidental opinion of a day. But a series of oppressions, pursued unalterably through every change of ministers, too plainly proves a deliberate systematic plan of reducing us to slavery".*

---

*Declaration of Intention to Change Domicile/Citizenship and Divorce the "United States"*
*Enclosure (4): Declaration of Personal Independence*

1         [Thomas Jefferson]

2    You allowed a corrupt, lame-duck secretary of state, Philander Knox, to fraudulently declare the 16th Amendment ratified in
3    1913. When the Supreme Court would not authorize the direct tax you sought using the 16th Amendment, you obfuscated
4    the tax code to fool law-abiding citizens with "words of art" such as a "trade or business" into thinking that they were liable
5    for a tax they didn't owe. The product of this debauchery has been such a complicated tax code that few truthfully or
6    completely understand today.

7    You subsequently sold your nation into debtor slavery by passing the Federal Reserve Act of 1913, which turned over
8    control of our nation's money supply to PRIVATE banking interests which you then refused to audit or oversee. This was
9    one of the greatest acts of treason this country has ever seen and the judgment of God is upon your for that. In the process,
10   you lawlessly and illegally delegated powers that you had _no constitutional authority_ to delegate and which violated the
11   public trust. Thomas Jefferson warned of this evil, when he said:

12         *"If the American people ever allow private banks to control the issue of their currency*
13         *first by inflation and then by deflation, the banks and corporations that will grow up*
14         *around them will deprive the people of all property until their children will wake up*
15         *homeless on the continent their fathers conquered".*
16         *[Thomas Jefferson in 1802 in a letter to then Secretary of the Treasury, Albert Gallatin]*

17   In 1929, you allowed the Federal Reserve to manipulate the money supply so low as to create an induced national crisis and
18   depression situation that then became the nexus to further illegally expand the powers of the national government. In that
19   same year, on March 9, 1933, you passed the Trading with the Enemy Act to create a state of national emergency. You
20   used this as an opportunity to plunder all the gold and silver from sovereign citizens and thereby coerce them to accept the
21   paper money they didn't want and which the Constitution did not authorize. That state of national emergency, still in
22   existence today, illegally expanded the powers of the president and the national government under the guise of a
23   government-induced national emergency. Hitler did the same thing when he passed Article 48, the German Emergency
24   Power Law:

25       *German Emergency Power Law*

26         *"If the public safety and order in the German Reich are seriously disturbed or*
27         *endangered, the President of the Reich may...suspend in whole or in part the*
28         *fundamental rights established [including] inviolability of person, inviolability of*
29         *domicile, freedom of opinion and expression, freedom of assembly and association,*
30         *secrecy in communication and inviolability of property."*

31   You then abused this crisis and through demagoguery and lies implemented the _socialist security system_ that, like a cancer,
32   began eating away at our liberties, one by one in the slow death of a republic. This began the relentless march of the
33   _totalitarian socialist democracy_ that we now find ourselves in, and which I will have no part of. You lied when you started
34   the socialist security program by telling us that the number you gave us (spoken of unfavorably in the Bible, in Revelation
35   13:16-18) would _not_ be used for identification. Now, you have written all kinds of laws that make it nearly impossible to
36   function in society without that number. Now everyone must violate their Christian beliefs and accept "the mark of the
37   beast", in full violation of the First Amendment.

38         *"And he causeth all, both small and great, rich and poor, free and bond, to receive a*
39         *mark in their right hand, or in their foreheads:*

40         *And that no man might buy or sell, save he that had the mark, or the name of the beast, or*
41         *the number of his name.*

42         *Here is wisdom. Let him that hath understanding count the number of the beast: for it is*
43         *the number of a man; and his number is Six hundred threescore and six."*
44         *[Revelation 13:16-18, the Bible]*

---

1   You then offered up the American States, and therefore the property of all the inhabitants, as collateral to pay the foreign
2   organization, the International Monetary Fund and bank, in 1945. You authorized the private International Monetary Fund,
3   via Federal Reserve Banks, to control the issue of our currency, by inflation and deflation and fiat de facto dollars, to the
4   extent that people today are being deprived of all their property, driven homeless, and controlled by the very same banking
5   cartel that forced our forefathers to this country for refuge, all to pay your bankruptcy-not mine. Their manipulation of the
6   money supply has introduced a new kind of invisible tax called inflation that amounts to about 3 percent per year, but
7   which would not occur if you had followed the Constitution and only allowed gold or silver money.

8   You have created, by sophistry, a class of people known as United States citizens that has caused domestic unrest amongst
9   those of us, who still call ourselves Americans by birth of Blood, Soil, and Crown (Crown meaning God, whence all rights
10  come). We threw off all Kings over two hundred years ago, only to be enslaved by men of your despicable political ilk.

11  You have secretly entered compacts with foreign states, organizations and powers, which caused the bankrupt status of not
12  only the 50 American State governments, but put all Americans into involuntary bankruptcy and forced me into slavery,
13  peonage, and involuntary servitude, under a fraudulent, tyrannical, seditious foreign oligarchy.

14  These foreign powers, operating through the Fund and Bank under Bretton Woods Agreement Act, rule the governments of
15  the separate States of America and United States, by compacts, pactum and the like, and have erected a dictatorship over
16  the people of America, who are non-residents to such compact, thereby making it, as it applies to me, nadum pactum.

17  The Secretary of Treasury, as Governor of the Fund and Bank, and not an officer of the United states in the normal sense
18  that people perceive, controls all aspects of forced pecuniary contributions (taxation). He is also the Receiver and Trustee
19  in bankruptcy of the United states to collect and pay the Fund and Bank, all at the cost of my freedom under Foreign
20  Constitutions, agreements, Piquancy, Confederations, Alliances, and under pretenses of emergency, March 9, 1933,
21  December 16, 1950, March 23, 1970, and August 15, 1971, which you yourselves created.

22  As a bankrupt system, you commit a crime whenever you loan money, for under all principles of law and reason, bankrupt
23  persons are forbidden to loan money, nor are they allowed to institute criminal mala prohibits actions against the people,
24  and neither can the foreign principal.

25  Through the unconstitutional operation of our tax laws and the requirement to use Social Security Numbers, you have
26  conspired to deprive Americans of their privacy by making it virtually impossible to conduct a financial transaction without
27  incriminating oneself in violation of the Fifth Amendment.

28  The Secretary of Treasury, Secretary of State, and the Attorney General are foreign principals of the Fund and Bank under
29  agreement. They are forbidden to be paid by the United States, under Title 22 of the United States Code and Bretton
30  Woods Agreement, thereby holding a colorable law character of public office, while in reality being paid by the Fund and
31  Bank and holding a Title of Nobility, extracting the wealth (labor) from me and other Americans who profess to be
32  Nonresidents to this pretended de facto government (the System). Their foreign agents, revenue enforcers, are never
33  registered so that we might know the true character of the agents when they bear false witness against us when destroying
34  nonresident Americans through legal plunder.

35  You have forced me, by fraud, indirectly, into foreign contracts by application, i.e., Social Security, in order to live and
36  exercise my God-given right to exist, in violation of your pretended constitutions. Because you have made it impossible for
37  me to quit the Social Security Program, you have, in effect, virtually *outlawed personal responsibility.*

38  You have caused injustice when: taking away the forum of common courts for Americans; controlled the slavery of all
39  judges making them dependent on your will and obligated to illegally pay an income tax that creates a conflict of interest in
40  violation of 28 U.S.C. 144 and 18 U.S.C. §208:

41      *"In the general course of human nature, A POWER OVER A MAN's SUBSISTENCE*
42      *AMOUNTS TO A POWER OVER HIS WILL."*
43      [Alexander Hamilton, The Federalist, No. 79]

44  You have overlooked the tyranny, debauchery, and transgressions of these courts and thereby transformed our nation into a
45  government of men instead of laws. You have failed to correct injustice in the Supreme Court when it denied certiorari for

cases which it clearly should have heard, especially as it relates to taxation and appeal from the circuit courts. The federal courts have thereby become an arm of the Executive branch, indicated by the Executive gold fringed flag and seal, and not the arm of independent justice under God's Law of Natural right; have hidden the true justice in the courts at law, as true despots do, so that a man of average or above average intelligence cannot find the true Courts; replaced the Courts with international vice-admiralty tribunals because of the compacts with foreign powers, to which, YOU, under the guise of government, have become servant; this then makes the judges nothing more than civil affairs operatives under military power, and they too are not registered, in violation of the Foreign Registration Laws of this country.

You allow the National Conference Commissioners of State Law, being lawyers, judges and the law profession belonging to a private American Bar Association, exclusively to write the laws for America, then rubber stamp them under the guise of a representative Congress of the people in direct violation of your pretended constitutions and in violation of your oaths that you pretend to take.

You have assigned the exclusive power to litigate cases before your tribunals to the bar association, to which most of you belong. This is in violation of the Titles of Nobility Clauses of the pretended constitutions, which deprives me of a jury of my peers, and counsel of my choice, as no alien American can sit on your juries, for they are all shilling homage juries and shilling defense attorneys.

You have allowed an unconscionable contracting foreign agency (IRS), in concert with the Agency for International Development, to illegally collect your debt, to which I never agreed and consented, which eats out my substance, all in order to pay for your greed, in violation of your peonage laws (see 42 U.S.C. §1994 and 18 U.S.C. §1581). This same IRS illegally enforces a Subtitle A of the Internal Revenue Code outside the District of Columbia. I.R.C. Subtitle A describes an indirect excise tax upon a "trade or business", which is a "word of art" that is defined in 26 U.S.C. §7701(a)(26) to mean a "public office". 4 U.S.C. §72 requires that all public offices shall be exercised ONLY in the District of Columbia and not elsewhere, and there is no statutory authority for public offices elsewhere. Consequently, this tax may not lawfully be enforced outside the District of Columbia except as expressly provided by Congress. You have looked the other way while this agency and the federal courts raped and pillaged Americans in states of the Union, because you didn't have the decency to control your own lust for power and money and the debt that feeds it which must be paid off with extorted tax dollars.

You have twisted the definitions of words, as true sophisticators, to suit the means by which you enslave the masses, which deprives them of the right to: travel, work, farm, own property in allodium, free from taxation, as it should be, and to be let alone.

> *"Woe to you lawyers! for you have taken away the keys of knowledge; you did not enter yourselves, and you hindered those who were entering."*
> *[Luke 11:52 woe unto lawyers who write a law to deliberately be confusing or who use or interpret a law that is written in a confusing way to hide the truth or deceive people for their own selfish gain]*

You create Mala Prohibita crimes under foreign pactum, then coerce me to sign instruments containing perjury statements under this pactum, against my consent, or be fined or jailed, in order to live.

You are the biggest whoremongers of the people's liberty by being sophisticators, legalist, and miscreants of the highest order, in your legal plunder with the foreign organizations and powers that now control us. You have destroyed my freedoms and unalienable (nontransferable) rights given to men by my God (not your Mammon), by your arbitrary dominion over me and mine.

You have come full circle, and then some, in your absolute despotism when imprisoning and killing innocent Americans for exercising their God-given rights.

At every stage of these tyrannical oppressions I have petitioned for redress, only to be denied any semblance of true Justice; my repeated petitions have been ignored and then answered by repeated injury. You have destroyed my Peace, Welfare, Dignity, and Happiness, the damage to which have been higher than mere money can repay. According to Natural Law and reason, you should be hanged for your seditious behavior, odious actions and contrived emergencies that have never been

legally declared over. You have been deaf to the voice of Justice and of consanguinity. Nor have you been wanting, for information has been conveyed to you from the American nonresidents of your arbitrary dominion and usurpation. The time for correction is now!

I must, therefore, denounce your way against me and other Americans so I can live under God's Laws which you proclaimed under P.L. 97-280, not the Noahide law you passed in P.L. 102-14, which destroys this Christian Nation and which shows your pretended constitutions for that which they are. For God, the true Lawgiver (see Isaiah 33:22), acknowledged in the Preamble of each American State, said, "After the doings of the land of Egypt, wherein ye dwelt, shall ye not do: and after the doings of the land of Canaan, whither I bring you, shall ye not do: neither shall ye walk in the [government] ordinances. Ye shall do _My_ judgments, and keep _Mine_ ordinances, to walk therein: I am the Lord your God. Ye shall therefore keep _My_ statutes, and _My_ judgments: which if a man do, shall he live in them: I am the Lord." Leviticus 16:3-5. "Thou shalt make no covenant with them [government] nor with their gods. They shall not dwell in thy land, least they make thee sin against me; for if thou serve their gods, it will surely be a snare unto thee." Exodus 23:32-33.

> "Behold, the nations are as a drop in the bucket, and are counted as the small dust on the scales."
> [Isaiah 40:15, Bible, NKJV]

> "All nations before Him are as _nothing_, and they are counted by Him _less than nothing and worthless_."
> [Isaiah 40:17, Bible, NKJV]

> "He brings the princes to nothing; He makes the judges of the earth useless."
> [Isaiah 40:23, Bible, NKJV]

> "Indeed _they are all worthless; their works are nothing_; their molded images are wind and confusion."
> [Isaiah 41:29, Bible, NKJV]

You have failed to live up to Romans 13 true intent. As usurping Miscreant Legislators of separate States of America and the United States you have failed. Your laws do not protect me, for you will not protect me from your foreign principal (You are no longer controlled by the people who GRANTED your power). Robin v. Hardaway, 1 Jefferson 109 (1772) states:

> "A legislature must not obstruct our obedience to Him from whose punishment they cannot protect us."

Therefore, we, as the people of America, who gave you the power you now enjoy, must revoke _all_ your granted power, and reform or destroy the organization that has no place in America because of the evil and injustice you have institutionalized and fostered in the name of vanity, idolatry, greed and lust for power.

Upon finding of your fraud, I now declare total separation, retroactively to the very beginning of my life as it should of been, from your arbitrary dominion and seditious actions. My liberties are in imminent danger; they are imperative to my Natural Rights, Duties, Privileges, Immunities, Life, and Property, and that of my posterity. I declare my separate and equal and sovereign station, and exercise my right and duty to throw off and abolish the insolvent de facto, fraudulent, seditious state and United States from my life, for you can no longer truthfully call yourselves "government". When it comes to money, "mafia" has become a more appropriate term to describe your behavior.

> "But money demands of you the highest virtues, if you wish to make it or to keep it. Men who have no courage, pride, or self-esteem, men who have no moral sense of their right to their money and are not willing to defend it as they defend their life, men who apologize for being rich—will not remain rich for long. They are the natural bait for the swarms of looters that stay under rocks for centuries, but come crawling out at the first smell of a man who begs to be forgiven for the guilt of owning wealth. They will hasten to relieve him of the guilt—and of his life, as he deserves.

1       *"Then you will see the rise of the double standard--the men who live by force [the*
2       ***government and the IRS and scumbag lawyers[,*** *yet count on those*
3       *who live by trade to create the value of their looted money--the* ***men who are the***
4       ***hitchhikers of virtue. In a moral society, these are the criminals,***
5       ***and the statutes are written to protect you against them. But***
6       ***when a society establishes criminals-by-right and looters-by-law-***
7       ***-men who use force to seize the wealth of DISARMED victims--***
8       ***then money becomes its creators' avenger.*** *Such looters [IRS] believe it*
9       *safe to rob defenseless [made ignorant of the law by sneaky lawyers and politicians*
10      *who run the public education system, in this case] men, once they've passed a law to*
11      *disarm them. But their loot becomes the magnet for other looters, who get it from them*
12      *as they got it. Then the race goes, not to the ablest at production, but to those most*
13      *ruthless at brutality.* ***When force is the standard, the murderer wins***
14      ***over the pickpocket. And then that society vanishes, in a spread***
15      ***of ruins and slaughter.***

16      *"Do you wish to know whether that day is coming? Watch money.* <u>***Money is the***</u>
17      <u>***barometer of a society's virtue.***</u> *When you see that trading is done, not by*
18      *consent, but by compulsion--when you see that in order to produce, you need to obtain*
19      *permission from men who produce nothing--when you see that money is flowing to*
20      *those who deal, not in goods, but in favors--when you see that men get richer by graft*
21      *and by pull than by work, and your laws don't protect you against them, but protect*
22      *them against you--when you see corruption being rewarded and honesty becoming a*
23      *self-sacrifice--you may know that your society is doomed. Money is so noble a medium*
24      *that it does not compete with guns and it does not make terms with brutality. It will not*
25      *permit a country to survive as half-property, half-loot.*

26      *"Whenever destroyers [the* <u>*IRS*</u>*, the* <u>*Federal Reserve*</u>*, and the* <u>*Dept of INjustice*</u>*] appear*
27      *among men, they start by destroying money, for* ***money is men's protection***
28      ***and the base of a moral existence.*** *Destroyers seize gold and leave to its*
29      *owners a counterfeit pile of paper. This kills all objective standards and delivers men*
30      *into the arbitrary power of an arbitrary setter of values. Gold was an objective value,*
31      *an equivalent of wealth produced. Paper is a mortgage on wealth that does not exist,*
32      *backed by a gun aimed at those who are expected to produce it.* ***Paper is a check***
33      ***drawn by legal looters upon an account which is not theirs:***
34      ***upon the virtue of the victims.*** *Watch for the day when it becomes, marked:*
35      *'Account overdrawn.'*

36      *"When you have made evil [government looting through fraud, obfuscation and*
37      *complication of the tax laws, and through vote for sugar-daddies who promise loot] the*
38      *means of survival, do not expect men to remain good. Do not expect them to stay moral*
39      *and lose their lives for the purpose of becoming the fodder of the immoral. Do not*
40      *expect them to produce, when production is punished and looting rewarded. Do not*
41      *ask, 'Who is destroying the world?' You are."*
42      *[Ayn Rand, Atlas Shrugged]*

43 It is stated in the Declaration of Independence:

44      *"That to secure these rights governments are instituted among men.... that whenever any*
45      *form of government becomes destructive to these ends, it is the right of the people to alter*
46      *or abolish it..."*

1   It is recognized in every American State Preamble, that God gave me my natural Rights, NOT you. We are to transmit the
2   same unimpaired to succeeding generations. YOU HAVE FAILED! For as that great principled Man, Patrick Henry
3   Stated on June 5,1788, and I ask all of You:

4   *"for where, Sir[s] is the responsibility? The yeas and nays will show you nothing, unless*
5   *they be fools as well as knaves: For after having wickedly trampled on the rights of the*
6   *people, they would act as fools indeed, were they [you] to publish and divulge [your]*
7   *iniquity, when they [you] have it equally in their [your] power to suppress and conceal*
8   *it."*

9   *"...Where is the responsibility-that leading principle in the British government?  In that*
10  *government a punishment, certain and inevitable, is provided: But in this, there is no real*
11  *actual punishment for the grossest maladministration.   They [you] may go without*
12  *punishment, though they [and now you] commit the most outrageous violations on our*
13  *immunities.  That paper may tell me they [you] will be punished.  I ask, by what law?*
14  *They[you] must make the law -for there is no existing law to do it. What--will they [you]*
15  *make a law to punish themselves [you haven't yet]? This, sir, is my great objection to the*
16  *constitution, that there is no true responsibility--and that the preservation of our liberty*
17  *depends on the single chance of men being virtuous enough to make laws to punish*
18  *themselves,"*
19  *[Patrick Henry, Stated on June 5, 1788]*

20  You, the Lawmakers, the lawyers, and the judges, by your actions have long relinquished your trust and last ounce of
21  virtue. Therefore, I, an American, declare I will regain my Sovereign status in my native country of America, under God's
22  Law, and will keep it Independent from the United Nations World Order, or any other unlawful control.  I will protect
23  myself from your legal plunder and looting with whatever means necessary.

24  *"When governments fear the people there is freedom.  When the people fear governments*
25  *there is slavery."*
26  *[Thomas Jefferson]*

27  History has shown how tyrants have been punished. May He have Mercy on your souls, for the Americans dispensing your
28  punishment will not.

29  This Sovereign American is servant only to my Lord, the Supreme Being, and not at the mercy of your pagan god, Baal.

30  The Declaration of Independence states the following:

31  *"We hold these truths to be self-evident, that all men are created equal, that they are*
32  *endowed by their Creator with certain unalienable rights, that among these are life,*
33  *liberty and the pursuit of happiness. That to secure these rights, governments are*
34  *instituted among men, **deriving their just powers from the consent of the governed**."*
35  *[Thomas Jefferson]*

36  Over the years, the United States government has wantonly and ever more blatantly disregarded the constitutional
37  constraints on its power and usurped the power of the states in violation of the Tenth Amendment and has thus exceeded
38  the authority delegated to it by the sovereign people in the Constitution.  Most of the powers it exercises today are
39  completely without legal authority or justification. Through its criminal agents in a corrupt federal judiciary, it has abused
40  sovereign immunity and official immunity in order to make areas under its control within the "federal zone" into havens for
41  financial terrorists at the IRS, who recklessly disregard my sacred property and constitutional rights for which the
42  government was instituted to protect from the beginning.  The only lawfully sanctioned protector of my rights has thus
43  become its *worst* abuser and violator.  In this regard, the "D.C." in the term "Washington, D.C." has come to mean for me
44  "District of Criminals". Henceforth, the U.S. government no longer has my *consent* to exercise *any* authority beyond that
45  needed to protect my life, liberty, property, and my Constitutional rights. Because I had a natural right to protect these God
46  given endowments *before* there ever was a government, the exercise of these sovereign stewardship functions over my own
47  person and property through participation in civil functions such as serving on jury duty, voting, and serving in the military,

1  *cannot* and should not be turned into taxable or statutory privileges, and to do so is unconscionable *treason*. Henceforth,
2  any jurisdiction the U.S. government might attempt to assert over this sovereign American beyond that needed by me to
3  participate in the above civil functions is, by implication of the words of Thomas Jefferson in the Declaration of
4  Independence, *nonconsensual and unjust,* and in conflict with God's Laws and will be treated as the naked trespasses of a
5  criminal terrorist organization known as the U.S. government.

6  There are many other corruptions of our de jure republic too numerous to list here which give rise to this firm decision of
7  mine. You may read about these numerous usurpations below:

> *Highlights of American Legal and Political History CD*
> http://sedm.org/ItemInfo/Disks/HOALPH/HOALPH.htm

## 16. ENCLOSURE (5): WHY DOMICILE AND BECOMING A "TAXPAYER" REQUIRE YOUR CONSENT

This pamphlet was downloaded from the following address, as form #05.002:

http://sedm.org/Forms/FormIndex.htm

The above memorandum of law is covered by a mandatory Member Agreement found at:

http://www.sedm.org/MemberAgreement/MemberAgreement.htm

## 17. ENCLOSURE (6): COPY OF LAST U.S. PASSPORT

This enclosure is optional.

## 18. ENCLOSURE (7): WHY YOU ARE A "NATIONAL" OR A "STATE NATIONAL" AND NOT A "U.S. CITIZEN"

This memorandum of law may also be downloaded from the following address, as form #05.006:

http://sedm.org/Forms/FormIndex.htm

The above memorandum of law is covered by a mandatory Member Agreement found at:

http://www.sedm.org/MemberAgreement/MemberAgreement.htm

*Declaration of Intention to Change Domicile/Citizenship and Divorce the "United States"*
*Enclosure (7): Why You Are a "National" or a "State National" and not a "U.S. Citizen"*
                                                                                    *98 of 98*

Citizen of the Illinois or Pennsylvania / Republic's

In Propria Persona, Sui Juris

## MEMORANDUM OF LAW - CLASSES OF CITIZENSHIP

1.   The Constitution for the United States of America recognizes several classes of people who exist in this Union of States, as described in Article 1, Section 2, Clause 3 (1:2:3).

2.   This Court is herewith mandated to take judicial notice of the Constitution for the United States of America, the Constitution of the California Republic, the Statutes at Large of the United States of America, and all case law presented herein, pursuant to the Federal Rules of Evidence, Section 201, et seq., and Article 4, Section 1 (4:1) of the Constitution for the United States of America (1787).

3.   Excluding "Indians not taxed", since they are not under consideration in this matter, we are left with two other classes of individuals defined in 1:2:3 of the U.S. Constitution, to wit: "free Persons" and "three-fifths of all other Persons".

4.   The term "three fifths of all other Persons" referred to the Black slave population and all others of races other than "white" who could not and did not have Common Law Citizenship of one of the several States of the Union, at the time the Constitution was adopted. (For an in-depth analysis of this fact, see the cases of Dred Scott v. Sandford, 19 How. 393 (1856);  U.S. v. Rhodes, 1 Abbott 39;  Slaughter House Cases, 16 Wall. 74 (1873);  Van Valkenburg v. Brown, 43 Cal. 43 (1872);  U.S. v. Wong Kim Ark, 169 U.S. 649 (1898);  and K. Tashiro v. Jordan, 201 Cal. 239 (1927);  et al.)

5.   The Thirteenth Amendment, officially and lawfully ratified in 1865, served only to abolish slavery within the corporate United States.  No race other than the white race could claim Common Law Citizenship of one of the several States, which Citizenship was afforded the protection of the Constitutions.  (This is discussed in depth in Dred Scott v. Sandford supra).

6.   Further proof that this argument applies to the State of California is found in Article 2, Section 1 of the Original California Constitution (1849) which states in part: "Every WHITE male citizen of the United States, and every WHITE male citizen of Mexico ..." [emphasis added].  Obviously, this provision excluded all other races from being Common Law Citizens of California and from having the full protection of the State and Federal Constitutions.  This was the case even before the famous Dred Scott decision.  It is most notable that the California Constitution was altered after the so-called

1

14th Amendment so as to delete all references to "white" male Citizens, and today it refers only to "persons".

7.  Following the decision in Dred Scott supra, Congress allegedly enacted and ratified the so-called 14th Amendment to the Constitution for the United States of America to afford "statutory citizenship" status to those who were deemed excluded from this Common Law status under the Supreme Court's interpretations of the Constitution. This event unfolds in detail in the case law surrounding the 13th and 14th Amendments, with a very significant difference which is of great importance to the instant matter.

8.  Such cases as the Slaughter House Cases supra; Twining v. New Jersey, 211 U.S. 78 (1908); K. Tashiro v. Jordan supra; among many others, all declared that under the Law, "there is a clear distinction between a Citizen of a State and a citizen of the United States".

9.  A famous French statesman, Fredrick Bastiat, noted in the early 1800's that if freedom were to be destroyed in America, it would result from the question of slavery and from the failure to equate all races and all humans as "equals". The Accused is not responsible for the errors of the past and elects not to dwell at length on this subject. However, the so-called 14th Amendment must now be discussed and, as abhorrent as it may sound, it is a matter of fact and law that this is the position (intentional or unintentional) which forms the basis of the law with which we live today.

10.  In brief, as a result of the 13th Amendment, the U.S. Supreme Court decided that the Union of States known as the United States of America was founded by "white" people and for "white" people, and only "white" people could enjoy the Rights, Privileges and Immunities afforded and protected by the Federal and State Constitutions. This fact is most eloquently set forth in Dred Scott v. Sandford supra, in stating that "... if a black nation were to adopt our Constitution verbatim, they would have the absolute right to restrict the right of citizenship only to the black population if they chose to do so ...."

11.  To overcome the decision in Dred Scott supra, the so called 14th Amendment to the Constitution for the United States of America was allegedly ratified "at the point of a bayonet", and was "declared" to be a part of that Constitution in the year 1868. However, an examination of the ratification by the several States shows that various improper proceedings occurred which, in effect, nullify the Amendment. "I cannot believe that any court, in full possession of its faculties, could honestly hold that the amendment was properly approved and adopted." State v. Phillips, 540 P.2d. 936 (1975); see also Dyett v. Turner, 439 P.2d. 266 (1968) for historical details.

12.  Accused Common Law Citizen Thomas Bradford Schaults will not digress into an in-depth dissertation of the bogus ratification of the so-called 14th Amendment, because the only necessary point to be made here is that the so-called 14th Amendment

had a profound effect upon the Union of these United States, and this effect continues to the present time.

13.   The Original Constitution for the United States of America (1787) refers to Common Law Citizens of the several States in the Preamble, in Article 4, Section 2, Clause 1 (4:2:1), and in numerous other sections.   Always, the word Citizen is spelled with an upper-case "C" when referring to this class of Common Law Citizen as a "Citizen of the United States", i.e., as a "Citizen of one of the United States".   See People v. De La Guerra, 40 Cal. 311, 337 (1870).

14.        In contrast, the so-called 14th Amendment utilizes a lower-case "c" to distinguish this class of citizens whose status makes them "subject to the jurisdiction thereof" as a statutory "citizen of the United States".   Similarly, "Person" was spelled with an UPPER-CASE "P" prior to the so-called 14th Amendment, as opposed to "person" with a lower-case "p" in Section 1 of the amendment itself.

15.   In law, each word and each use of the word, including its capitalization or the lack of capitalization, has a distinctive legal meaning.   In this case, there never was the specific status of a "citizen of the United States" until the advent of the 1866 Civil Rights Act (14 Stat. 27) which was the forerunner of the so-called 14th Amendment. (See Ex Parte Knowles, 5 Cal. 300 (1855).   The definition of the "United States" is discussed in the next section of this Memorandum.)

16.   Before the so-called 14th Amendment was declared to be a part of the U.S. Constitution, there were a number of State "residents" who could not enjoy "Common Law Citizenship" in one of the several States under that Constitution, because they were not "white".   The effect of the so-called 14th Amendment was to give to all those residents a citizenship in the nation-state that was created by Congress in the year 1801 and named the "United States".   (See 2 Stat. 103; see also U.S. v. Eliason, 41 U.S. 291, 16 Peter 291, 10 L.Ed. 968 (1842); U.S. v. Simms, 1 Cranch 255, 256 (1803).)   The original Civil Rights Act of 1866 was not encompassing enough, so it was expanded in the year 1964;  but the legal effect was the same, namely, to grant to "citizens of the United States" the equivalent rights of the Common Law white Citizens of the several States.   In reality, however, those "equivalent rights" are limited by various statutes, codes and regulations and can be changed at the whim of Congress.

17.   Under the Federal and State Constitutions, "... We the People" did not surrender our individual sovereignty to either the State or Federal Government.   Powers "delegated" do not equate to powers surrendered.   This is a Republic, not a democracy, and the majority cannot impose its will upon the minority simply because some "law" is already set forth.   Any individual can do anything he or she wishes to do, so long as it does not damage, injure or impair the same Right of another individual.   The concept of a corpus delicti is relevant here, in order to prove some "crime" or civil damage.

3

18.   The case law surrounding the 13th and 14th Amendments all rings with the same message: "These amendments did not change the status of Common Law Citizenship of the white Citizens of one of the several States of the Union" (now 50 in number).

19.   This goes to the crux of the controversy because, under the so-called 14th Amendment, citizenship is a privilege and not a "Right".  (See American and Ocean Ins. Co. v. Canter, 1 Pet. 511 (1828);  Cook v. Tait, 265 U.S. 47 (1924).)

20.   It was never the intent of the so-called 14th Amendment to change the status of the Common Law Citizens of the several States.  (See People v. Washington, 36 C. 658, 661 (1869);  French v. Barber, 181 U.S. 324 (1900);  MacKenzie v. Hare, 60 L.Ed. 297). Intent is always decisive and conclusive on the courts.

21.   However, over the years, the so-called 14th Amendment has been used to create a fiction and to destroy American freedom through administrative regulation.  How is this possible?  The answer is self-evident to anyone who understands the law, namely, a "privilege" can be regulated to any degree, including the alteration and even the revocation of that privilege.

22.   Since the statutory status of "citizen of the United States, subject to the jurisdiction thereof" (1866 Civil Rights Act) is one of privilege and not of Right, and since the so   called 14th Amendment mandates that both Congress and the several States take measures to protect these new "subjects", then both the Federal and State governments are mandated to protect the privileges and immunities of ONLY these "citizens of the United States".  (See Hale v. Henkel, 201 U.S. 43 (1906).)

23.   Of course, the amount of protection afforded has a price to pay, but the important fact is that the "privilege" of citizenship under the so-called 14th Amendment can be regulated or revoked because it is a "privilege" and not a RIGHT.  It is here that the basic, fundamental concept of "self-government" turns into a King "governing his subjects".

24.   One can be called a "freeman", but that was a title of nobility granted by a King. To be really free encompasses a great deal more than grants of titles and privileges.

25.   Over the years since 1787, because our forefathers would have rather fought than bow to involuntary servitude, the "powers that be" have slowly and carefully used the so-called 14th Amendment and the Social Security Act to force primary State Citizenship into relative extinction, in the eyes of the courts.  Nevertheless, this class of Common Law Citizens is not extinct yet;  it is simply being ignored, in order to maintain and enlarge a revenue base for Congress.

26.   Since the State of California has been mandated by the so-called 14th Amendment to protect the statutory "citizens of the United States", and since the People in general have been falsely led to obtain "Social Security Numbers" as "U.S. citizens",

4

the State of California, under prompting by the Federal Government, has used the licensing and registration of vehicles and people under the "equal protection" clause for the "Public Welfare" to perpetuate a scheme of revenue enhancement and regulation. This scheme has been implemented, in part, by promoting the fiction that the Common Law "Citizens of a State of the Union of several States" can be regulated to the same degree as statutory "citizens of the United States".

27.  I, [DEFENDANT], contend that both the State of California and the Federal Government (known as the "United States") are committing an act of GENOCIDE upon the Common Law State Citizens of the several States by perpetrating and perpetuating the "fiction of law" that everyone is a statutory "citizen of the United States".

This allegation is now discussed by proving exactly what the "United States" means and in what capacity it now operates.

## WHAT IS THE "UNITED STATES"?

28.  As we begin, it must be noted that this Common Law State Citizen alleges "fraud" by the State and Federal Governments for failing to inform the People that they are all included (through the use of a fiction of law) in that statutory class of persons called "citizens of the United States".

29.  The use of this fiction of law is particularly abhorrent in view of the fact that, when arbitrarily applied to everyone, the States lose their sovereignty, the Common Law Citizens of the State lose their fundamental rights, and the "citizens of the United States" lose the guidelines which established their "civil rights". The net effect is that these actions have lowered everyone's status to that of a "subject".

30.  There is a clear distinction between the meanings of "United States" and "United States of America". The People of America have been fraudulently and purposely misled to believe that these terms are completely synonymous in every context.

31.  In fact, in Law the term "United States of America" refers to the several States which are "united by and under the Constitution"; the term "United States" refers to that geographical area defined in Article 1, Section 8, Clause 17 (1:8:17) and in Article 4, Section 3, Clause 2 (4:3:2) of the Federal Constitution.

32.  In 1802, the "Congress Assembled" incorporated a geographical area known as the "United States". The "United States" is, therefore, a nation-state which is separate nd unique unto itself. Furthermore, even though the "United States" is not a member of the "Union of States united by and under the Constitution", it is bound by that Constitution to

restrict its activities in dealing with the several States and with the Common Law Citizens of those States. Under 1:8:17 and 4:3:2 of the Constitution for the United States of America (1787), Congress has exclusive power to legislate and regulate the inhabitants of its geographical territory and its statutory "citizens" under the so called 14th Amendment, wherever they are "resident", even if they do inhabit one of the 50 States of the Union.

33.  The term "United States" has always referred to the "Congress Assembled", or to those geographical areas defined in 1:8:17 and 4:3:2 in the U.S. Constitution. The proof of this fact is found in the Articles of Confederation.

ARTICLES OF CONFEDERATION

Whereas the Delegates of the United States of America in Congress Assembled did on the fifteenth day of November in the year of our Lord One Thousand Seven Hundred and Seventy Seven, and in the Second Year of the Independence of America agree to certain Articles of Confederation and perpetual union between the States of ....

ARTICLE I.  The title of this confederacy shall be "The United States of America".

ARTICLE II.  Each State retains its sovereignty, freedom and independence, and every power, jurisdiction and right, which is not by this confederation expressly delegated to the United States, in Congress Assembled.

NOTE:  The term "United States" as used therein refers expressly to "Congress Assembled" on behalf of the several States which comprise the Union of States (now 50 in number).

34.  As can readily be seen from the quote below, with three separate and distinct definitions for the term "United States", it becomes absolutely necessary to separate and define each use of this term in law. It is equally as necessary to separate and define to whom the law applies when there are two classes of citizenship existing side-by-side, with separate and distinct rights, privileges and immunities for each. Such a separate distinction is not made in the Internal Revenue Code. Citizens of the California Republic are nowhere defined in this Code, or in its regulations, but are expressly omitted as such and identified indirectly at best (see IRC 7701(b)(1)(B)).

The term "United States" may be used in any one of several senses. It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in a family of nations. It may designate territory over which sovereignty of

the United States extends, or it may be the collective name of the States which are united by and under the Constitution.

[Hooven & Allison Co. v. Evatt, 324 U.S. 652 (1945)]

[65 S.Ct. 870, 880, 89 L.Ed. 1252]

[emphasis added]

35. The term "United States", when used in its territorial meaning, encompasses the areas of land defined in 1:8:17 and 4:3:2, nothing more. In this respect, the "United States" is a separate Nation which is foreign with respect to the States united by and under the Constitution, because the "United States" as such has never applied for admission to the Union of States known as the "United States of America". Accordingly, statutory "citizens of the United States", who are "subject to the jurisdiction thereof", are defined in the wording of the so called 14th Amendment and of The Civil Rights Acts. At best, this so-called Amendment is a "private Act", rather than a public act, which designates a class of people who are unique to the territorial jurisdiction of the District of Columbia, the Federal Territories and Possessions, and the land which has been ceded by the Legislatures of the 50 States to the foreign nation-state of the "United States" for forts, magazines, arsenals, dock-yards and "other needful buildings" (see 1:8:17 and 4:3:2). Collectively, this territorial jurisdiction is now termed "The Federal Zone" to distinguish it uniquely from the nation as a whole and from the 50 States of the Union. The "nation" can, therefore, be defined as the mathematical union of the federal zone and the 50 States (using the language of set theory).

36. The District of Columbia is technically a corporation and is only defined as a "State" in its own codes and under International Law (e.g., see IRC 7701(a)(10)).

37. The several States which are united by and under the Constitution are guaranteed a "Republican" (or "rule of law") form of government by Article 4, Section 4 of the Constitution. However, the foreign nation-state created by Congress and called the "United States", in its territorial sense, is a "legislative democracy" (or "majority rule" democracy) which is governed by International Law, rather than the Common Law.

38. The U. S. Supreme Court has ruled that this foreign nation has every right to legislate for its "citizens" and to hold subject matter and in personam jurisdiction, both within (inside) and without (outside) its territorial boundaries, when legislative acts call for such effects (Cook v. Tait supra).

39. As a foreign nation under International law, which is derived from Roman Civil Law (see Kent's Commentaries on American Law, Lecture 1), it is perfectly legal for this nation to consider its people as "subjects" rather than as individual Sovereigns. The protections of the State and the Federal Constitutions do not apply to these "subjects" unless there is specific statutory legislation granting specific protections (e.g., The Civil

Rights Act). The guarantees of the Constitution extend to the "United States" (i.e., the federal zone) only as Congress has made those guarantees applicable (Hooven supra).

40. California is a Republic. How does this International Law come into play in the California Republic? The answer to this question is presented in the following section.

FAILURE TO DISCLOSE

41. Because only "white" people could hold primary Common Law State Citizenship under the Constitution, Congress created a different class of "citizen" and then legislated rights, privileges and immunities which were intended to be mirror images of the Rights, Privileges and Immunities enjoyed by the Common Law Citizens of the several States.

42. Unfortunately, the nation-state of the "United States" (District of Columbia) is a democracy and not a Republic. It is governed basically under authority of International Law, rather than the Common Law, and its people hold citizenship by "privilege" rather than by "Right".

43. Certain power-mad individuals, commonly known today as the Directors of the Federal Reserve Board and the twelve (12) major international banking families, have used the so called 14th Amendment to commit "legal genocide" upon the class of Common Law Citizens known as the Citizens of the several States. This has been accomplished by the application of Social Security through fraud, deception and non-disclosure of material facts, for the purpose of reducing the Union of States to a people who are once again enslaved by puppet masters, in order to gather revenue for the profit of international banks and their owners.

44. It is a fact so well known and understood that it is indisputable, that "any privilege granted by government is regulatable, taxable and subject to any restrictions imposed by the legislative acts of its governing body", including alteration and even revocation by that governing body.

45. If necessary to do so, the Accused Thomas Bradford Schaults will submit an offer of proof to show that the "Social Security Act" is, in fact, a private act applying only to the territory of the "United States", acting in its limited municipal capacity, and to its statutory "citizens of the United States", under the so called 14th Amendment. Yet, this Act has been advertised and promoted throughout the several States of the Union as being "mandatory upon the public in general", rather than a "private" act.

46. The effect in law is that, when Common Law Citizens of the several States apply for and receive Social Security Numbers, they voluntarily surrender their primary Common Law Citizenship of a State and exchange it for that of a statutory "citizen of the United States". It is most interesting that any State has the power to "naturalize" a non-Citizen, but today everyone is naturalized as "citizens of the United States" under

8

purview of the so-called 14th Amendment. The long-term effect of this procedure is that the Common Law white State Citizens are an endangered species, on the verge of extinction, and only the "subject class citizens" will survive to be ruled at the whim and passion of a jurisdiction which was not intended by our Founding Fathers or the Framers of the original U.S. Constitution.

## JURISDICTION OF THE COURT

47.   Section 1 of the so-called 14th Amendment has had a far  reaching effect upon the several States of this Union, because Congress mandated that it would protect its new statutory "citizens" and that each of the States would also guarantee to protect these special statutory "citizens".

48.   This Nation was founded upon the fundamental principles of the Common Law and self-government, with limited actual government. In contrast, the "subjects" of the "United States" are considered to be incapable of self-government and in need of protection and regulation by those in authority.

49.   The majority of statute law is civil and regulatory in nature, even when sanctions of a criminal nature are attached for alleged violations.

50.   Among the rights secured by the Common Law in the Constitution in "criminal" cases are the right to know the "nature and cause" of an accusation, the right to confront an accuser, and the right to have both substantive and procedural due process.

51.   It is a fact that the District Court, in Internal Revenue cases, DOES NOT disclose the nature and cause of the accusation, does not afford "substantive" due process, and rarely produces a "corpus delicti" to prove damage or an injured party.

52.   The final proof is that the rights given to an accused in an Internal Revenue case are "civil rights", rather than Constitutional Rights. The District Court can hear a Constitutional question, but it cannot rule upon the merits of the question, because the Constitution does not apply to regulatory statutes. They are set in place to regulate and protect the statutory "citizens of the United States" who cannot exercise, and are not given, the right of individual self  government.

53.   The Federal Constitution mandates that "counsel" be present at all phases of the proceedings. In contrast, District Court often conducts arraignment proceedings without either counsel for the defense or counsel for the prosecution being present.

CONCLUSION

54.   This Court is proceeding under a jurisdiction which is known to the Constitution, but which is foreign to the intent of the Constitution, unless applied to those individuals who do not have Common Law access by "Right" to the protection of the State and Federal Constitutions.

55.   Whether this jurisdiction be named International Law, Admiralty/Maritime Law, Legislative Equity, Statutory Law or any other name, it is abusive and destructive of the Common Law Rights of the Citizens of the several States. The Constitutions of the California Republic and the United States of America mandate that these rights be guaranteed and protected by all agencies of government.  This is the supreme Law of our Land.

56.   The limit of police power and legislative authority is reached when a statutory "law" derogates or destroys Rights which are protected by the Constitution and which belong to the Common Law Citizens of the several States who can claim these Rights.

57.   Thomas Bradford Schaults  is a white, male Common Law Citizen of the Sovereign California Republic.  This declaration of status is made openly and notoriously on the record of these proceedings.

58.   As an individual whose primary Common Law Citizenship is of the California Republic, Thomas Bradford Schaults  claims all the Rights, Privileges and Immunities afforded and protected by the Constitutions of the California Republic (1849) and of the United States of America (1787), as lawfully amended.

59.   Thomas Bradford Schaults  has never, to the best of his knowledge and belief, knowingly, intentionally and voluntarily surrendered his original status as a Common Law Citizen of the several States, to become a so-called 14th Amendment Federal citizen who is subject to the jurisdiction of the "United States".

60.   This Court is proceeding in a legislative jurisdiction which allows a "civil" statute to be used as evidence of the Law in a "criminal proceeding", and affords only "civil rights", "procedural due process" and the right to be heard on the facts evidenced in the statute, rather than the Law and the facts.

61.   It is now incumbent upon the Court to seat on the Law side of its jurisdiction and to order the plaintiff to bring forth an offer of proof that the Accused Thomas Bradford Schaults  can be subjected to a jurisdiction which uses civil statutes as evidence of the fundamental Law in criminal cases, which refuses to afford all Rights guaranteed by the Constitution and available to the Accused in criminal matters, and which practices

10

procedural due process to the exclusion of substantive due process, wherein only the "facts" and not the "facts and Law" are at issue.

62. Should the prosecution fail to bring forth proof that the Accused Thomas Bradford Schaults has surrendered his original status as a Common Law "California State Citizen" for one that is essentially in "legislative/regulatory equity", then this Court has no alternative but to dismiss this matter of its own motion in the interests of justice, for lack of jurisdiction.

Dated            , 2005

Respectfully Submitted

Thomas Bradford Schaults
Citizen of the Illinois / Pennsylvania Republic's

In Propria Persona, Sui Juris

# WHY DOMICILE AND INCOME TAXES ARE VOLUNTARY

Last revised: 1/26/2007

1. Definition.................................................................................5
2. "Domicile"="allegiance" and "protection"...................................6
3. Domicile is a First Amendment choice of political affiliation .................9
4. "Domicile" and "residence" compared ....................................12
5. Choice of Domicile is a voluntary choice..................................14
6. Divorcing the "state": Persons with either no domicile or a domicile in the Kingdom of Heaven...........................................16
7. You can only have one Domicile and that place and government becomes your main source of protection ........................................19
8. Affect of domicile on citizenship and synonyms for domicile ...............21
9. It is idolatry for a Christian to have an earthly domicile ....................22
10. Legal presumptions about domicile...........................................25
11. How the government interferes with your ability to voluntarily choose a domicile and receive all of the benefits of that choice..........28
12. Domicile on government forms...............................................31
13. The Driver's License Trap: How the state manufactures privileged "residents"...................34
14. Summary and Conclusions......................................................40
15. Resources for further research and rebuttal.................................44
16. Questions that Readers, Petit Jurors, and Grand Jurors Should be Asking the Government ..........................................44

## LIST OF TABLES

Table 1: Taxable persons under I.R.C. ............................................. 5
Table 2: Affect of domicile on citizenship status.................................. 21
Table 3: Example forms that determine domicile.................................. 32

## TABLE OF AUTHORITIES

### Constitutional Provisions

Declaration of Independence............................................... 16, 46
First Amendment...............................................11, 14, 29, 33, 34, 41, 46, 48, 49
Thirteenth Amendment...................................................... 50

### Statutes

15 U.S.C. §2............................................................... 21
18 U.S.C. §1201........................................................... 50
18 U.S.C. §1951........................................................... 21, 51
18 U.S.C. §2381........................................................... 42
26 U.S.C. §6013(g) or (h).................................................. 5, 17
26 U.S.C. §6091........................................................... 28
26 U.S.C. §7448(j)(1)(B)(vi)................................................ 28
26 U.S.C. §7701........................................................... 38
26 U.S.C. §7701(a)(14)..................................................... 17

26 U.S.C. §7701(a)(26)................................................................................................................ 17
26 U.S.C. §7701(a)(30)........................................................................................................ 17, 26
26 U.S.C. §7701(a)(4)................................................................................................................ 27
26 U.S.C. §7701(a)(9) and (a)(10)............................................................................ 12, 27, 43, 50
26 U.S.C. §7701(b)(1)(A)........................................................................ 17, 21, 22, 28, 43
26 U.S.C. §7701(b)(4)(B)................................................................................................... 5, 17
26 U.S.C. §911.......................................................................................................................... 44
28 U.S.C. §1603(b)(3)................................................................................................................. 6
28 U.S.C. §1605(a)(2)............................................................................................................... 42
4 U.S.C. §110(d)....................................................................................................................... 42
42 U.S.C. 1994.......................................................................................................................... 21
5 U.S.C. §552(a)(2)............................................................................................................ 26, 27
5 U.S.C. §556(d)....................................................................................................................... 28
8 U.S.C. §1101(a)(22)(B)................................................................................................. 5, 21, 22
8 U.S.C. §1401.......................................................................................................................... 43
8 U.S.C. 1448............................................................................................................................. 8
Buck Act, 4 U.S.C. §106........................................................................................................... 42
California Election Code, Section 349........................................................................................ 13
California Elections Code section 349........................................................................................ 47
California Revenue and Taxation Code, Section 17017............................................................... 38
California Revenue and Taxation Code, Section 17018............................................................... 38
California Vehicle Code, Section 12502..................................................................................... 39
California Vehicle Code, Section 12505............................................................................... 37, 39
California Vehicle Code, Section 12511..................................................................................... 38
California Vehicle Code, Section 12805..................................................................................... 38
California Vehicle Code, Section 14607..................................................................................... 35
California Vehicle Code, Section 14607.6.................................................................................. 36
California Vehicle Code, Section 516................................................................................... 36, 37
Cook v. Tait, 265 U.S. 47 (1924).............................................................................................. 44
Foreign Sovereign Immunities Act, 28 U.S.C. §1605(a)(2)......................................................... 5
I.R.C. Section 162..................................................................................................................... 30
Internal Revenue Code Sections 7701(a)(39) and 7408(d)........................................................ 43
Internal Revenue Code Subtitle A............................................................................................. 42

# Regulations

26 CFR § 1.871-4...................................................................................................................... 27
26 CFR § 1.871-5...................................................................................................................... 28
26 CFR §1.871-1(a)............................................................................................................... 5, 17
26 CFR §1.871-1(b)(i).............................................................................................................. 17
26 CFR §1.871-2(a)................................................................................................................... 22
26 CFR §301.7701-5................................................................................................................. 42

# Cases

Abood v. Detroit Bd. of Ed., 431 U.S. 209, 97 S. Ct. 1782, 52 L. Ed. 2d 261, 95 L.R.R.M. (BNA) 2411, 81 Lab. Cas.
    (CCH) ¶ 55041 (1977)........................................................................................................... 10
Alden v. Maine, 527 U.S. 706 (1999) ........................................................................................ 11
Boyd v. State of Nebraska, 143 U.S. 135 (1892) ................................................................. 16, 40
Chae Chan Ping v. U.S., 130 U.S. 581 (1889) ........................................................................... 15
Chisholm v. Georgia, 2 U.S. (2 Dall.) 419, 1 L.Ed 440 (1793)................................................... 11
Chisholm, Ex'r. v. Georgia, 2 Dall. (U.S.) 419, 1 L.ed. 454, 457, 471, 472 (1794) .................... 40
City of Dallas v Mitchell, 245 S.W. 944 (1922)......................................................................... 14
Conflicts in a Nutshell, David D. Siegel and Patrick J. Borchers, West Publishing, p. 24............ 47
Cook v. Hudson, 511 F.2d 744, 9 Empl. Prac. Dec. (CCH) ¶ 10134 (5th Cir. 1975).................... 9
Cruden v. Neale, 2 N.C., 2 S.E. 70 (1796) ................................................................................ 17
First Amendment Law, Barron-Dienes, West Publishing, ISBN 0-314-22677-X, pp. 266-267 ....... 14

*Copyright Sovereignty Education and Defense Ministry, http://sedm.org*
Form 05.002, Rev. 1-26-2007                                                             EXHIBIT:_____

Fong Yu Ting v. United States, 149 U.S. 698 (1893) ....................................................................... 7, 16, 26
Hanauer v. Woodruff, 82 U.S. (15 Wall.) 439 (1872) ..................................................................... 15
Juilliard v. Greenman: 110 U.S. 421 (1884). ................................................................................. 13
Lathrop v. Donohue, 367 U.S. 820, 81 S. Ct. 1826, 6 L. Ed. 2d 1191 (1961)................................ 9
Luther v. Borden, 48 U.S. 1 (1849)............................................................................................... 11, 49
Luther v. Borden, 48 U.S. 1, 12 LEd 581 (1849) ........................................................................... 13
McCloud v. Testa, 97 F.3d 1536, 12 I.E.R. Cas. (BNA) 1833, 1996 FED App. 335P (6th Cir. 1996)................ 10
Miller Brothers Co. v. Maryland, 347 U.S. 340 (1954)............................................................. 6, 28, 30
Milwaukee v. White, 296 U.S. 268 (1935)........................................................................................ 31
Minor v. Happersett, 21 Wall. 162, 166-168 (1874) ...................................................................... 7, 21
Minor v. Happersett, 88 U.S. 162 (1874)......................................................................................... 45
Newman-Green v. Alfonso Larrain, 490 U.S. 826 (1989) ............................................................. 17, 18
Olmstead v. United States, 277 U.S. 438, 478 (1928)...................................................................... 43
Ortiz-Pinero v. Rivera-Arroyo, 84 F.3d 7 (1st Cir. 1996)............................................................... 10
Parrish v. Nikolits, 86 F.3d 1088 (11th Cir. 1996).......................................................................... 10
Perry v. United States, 294 U.S. 330, 353 (1935) .......................................................................... 14
Plessy v. Ferguson, 163 U.S. 537, 542 (1896) ............................................................................... 51
Proprietors of Charles River Bridge v. Proprietors of, 36 U.S. 420 (1837)................................. 39
Railway Emp. Dept. v. Hanson, 351 U.S. 225, 76 S. Ct. 714, 100 L. Ed. 1112 (1956)................ 9
Rutan v. Republican Party of Illinois, 497 U.S. 62, 110 S. Ct. 2729, 111 L. Ed. 2d 52, 5 I.E.R. Cas. (BNA) 673 (1990)... 9
Rutan v. Republican Party of Illinois, 497 U.S. 62 (1990).............................................................. 48
Talbot v. Janson, 3 U.S. 133 (1795).......................................................................................... 8, 20, 45
United States v. Cruikshank, 92 U.S. 542 (1875)............................................................................ 13
Vickery v. Jones, 100 F.3d 1334 (7th Cir. 1996), cert. denied, 117 S. Ct. 1553, 137 L. Ed. 2d 701 (U.S. 1997)................ 10
Yick Wo v. Hopkins, 118 U.S. 356 (1886) ...................................................................................... 13

## Other Authorities

1 John 2:15 ..................................................................................................................................... 23
1 Kings 11:9-13, Bible, NKJV ........................................................................................................ 18
1 Peter 2:1 ...................................................................................................................................... 23
1 Sam. 14:24................................................................................................................................... 8
1 Sam. 8:4-20 ................................................................................................................................. 9
106 A.L.R. Fed. 396 ....................................................................................................................... 10
107 A.L.R. Fed. 21 ......................................................................................................................... 10
108 A.L.R. Fed. 117 ....................................................................................................................... 10
109 A.L.R. Fed. 9 ........................................................................................................................... 9
19 Corpus Juris Secundum, Corporations, §886 ............................................................................ 39
2 Peter 3:7 ...................................................................................................................................... 23
2 Tim. 1:8-9.................................................................................................................................... 34
28 Corpus Juris Secundum, Domicile, §4 Domicile and Resident Distinguished............................ 29
28 Corpus Juris Secundum, Domicile, §5 Necessity and Number .................................................. 29
28 Corpus Juris Secundum, Domicile, §9 Domicile by Operation of Law........................................ 29
97 L. Ed. 2d 903 ............................................................................................................................. 9
American Jurisprudence 2d, Constitutional law, §546: Forced and Prohibited Associations ......... 10
Authorities on the word "domicile" ................................................................................................. 44
Black's Law Dictionary, Sixth Edition, p. 1407.............................................................................. 45
Black's Law Dictionary, Sixth Edition, p. 281................................................................................ 8
Black's Law Dictionary, Sixth Edition, p. 782................................................................................ 22
Black's Law Dictionary, Sixth Edition, p. 1387 ............................................................................. 6
Black's Law Dictionary, Sixth Edition, p. 485 ......................................................................... 6, 46, 47
Black's Law Dictionary, Sixth Edition, p. 1498.............................................................................. 22
Conduct and Belief: Public Employees' First Amendment Rights to Free Expression and Political Affiliation. 59 U Chi LR
  897, Spring, 1992 ........................................................................................................................ 10
Conflicts in a Nutshell by David D. Siegel and Patrick J. Borchers, ISBN 0-314-160669-3, 3rd Edition, West Group, p. 16
  ..................................................................................................................................................... 23
Conflicts in a Nutshell, David D. Siegel and Patrick J. Borchers, West Publishing, p. 24.................. 34

Cooley, Law of Taxation, 4th Ed., pgs 88-89 ........................................................................................ 7
Defending Your Right to Travel ......................................................................................................... 40
Deut. 6:13 ............................................................................................................................................. 8
Deuteronomy 10:14 ........................................................................................................................... 18
Developing Evidence of Citizenship and Sovereignty ..................................................................... 44
Do You Have a Right to Police Protection? ......................................................................................... 7
Eccl. 2:18-23 ...................................................................................................................................... 12
Eph. 2:10 ............................................................................................................................................ 34
Eph. 2:4-6, Bible, NKJV ................................................................................................................... 33
Eph. 5:11 ............................................................................................................................................ 31
Esther 3:8-9 ................................................................................................................................... 19, 24
Federal Rule of Civil Procedure 8(d) ............................................................................................... 44
Federal Rule of Civil Procedure Rule 17(b) .................................................................................... 27
Federal Rules of Civil Procedure, Rule 17(b) ............................................................................ 31, 39
First Amendment Law, Barron-Dienes, West Publishing, ISBN 0-314-22677-X, p. 432 ............... 33
Gal. 5:18 ............................................................................................................................................. 19
Galatians 5:1 ...................................................................................................................................... 25
Government Conspiracy to Destroy the Separation of Powers, Form #05.025 ................................. 6
Hebrews 11:13 .................................................................................................................................... 23
Isaiah 33:22, Bible, NKJV ................................................................................................................ 19
Isaiah 45:12 ........................................................................................................................................ 18
James 1:27 .......................................................................................................................................... 25
Jeremiah 1:5 ....................................................................................................................................... 33
Jesus Is an Anarchist ......................................................................................................................... 19
John 12:25 .......................................................................................................................................... 25
John 14:30-31 ..................................................................................................................................... 25
John 15:18-25 ..................................................................................................................................... 19
John 15:19 .......................................................................................................................................... 25
Legal Notice of Change in Citizenship/Domicile Records and Divorce from the United States, Form #06.005 ... 43
Legal Notice of Change in Citizenship/Domicile Records and Divorce From The United States, Form #06.005 ... 44
Legal Notice of Change in Domicile/Citizenship Records and Divorce from the United States, Form #06.005 ... 17, 26
Luke 16:13 ...................................................................................................................................... 20, 41
Matt. 22:15-22 .................................................................................................................................... 18
Matt. 4:10, Bible, NKJV .................................................................................................................... 23
Matt. 4:8-11 ........................................................................................................................................ 24
Matt. 8:19-20 ...................................................................................................................................... 25
New Bible Dictionary. Third Edition. Wood, D. R. W., Wood, D. R. W., & Marshall, I. H. 1996, c1982, c1962;
    InterVarsity Press: Downers Grove .............................................................................................. 20
Numbers 30:2 ....................................................................................................................................... 8
Philippians 3:20 ................................................................................................................................. 23
Psalms 139:14-17 ............................................................................................................................... 34
Psalms 89:11-13 ................................................................................................................................. 18
Public Employees and the First Amendment Petition Clause: Protecting the Rights of Citizen-Employees Who File
    Legitimate Grievances and Lawsuits Against Their Government Employers. 90 NW U LR 304, Fall, 1995 ... 10
Reasonable Belief About Income Tax Liability, Form #05.007 ......................................................... 44
Rev. 18:1-8 ......................................................................................................................................... 43
Rev. 19:19 ...................................................................................................................................... 21, 52
Romans 12:2 ....................................................................................................................................... 24
The Federalist, No. 46 ........................................................................................................................ 13
The Law of Nations, p. 87, E. De Vattel, Volume Three, 1758, Carnegie Institution of Washington ... 22
We The People Are The American Government, Nancy Levant ......................................................... 40
When Freedoms Conflict: Party Discipline and the First Amendment. 11 JL &Pol 751, Fall, 1995 ... 10
Why you are a "national" or a "state national" and not a "U.S. citizen", Form #05.006 ................... 44

1           *"The taxpayer-- that's someone who works for the federal government but doesn't have to take the civil service*
2           *examination." -- President Ronald W. Reagan*

## 3  1.  Definition

4  Both state and federal income taxation is based almost entirely upon what is called "domicile". Domicile is a voluntary
5  choice we make, and because it is voluntary, then all taxes based on it are voluntary and avoidable. We will explain this
6  shortly. An examination of the Internal Revenue Code and implementing regulations confirms that there are only three
7  proper legal "persons" who are the subject of the I.R.C., and that two of the three require one's "domicile" to be in the
8  District of Columbia:

9  **Table 1: Taxable persons under I.R.C.**

| # | Tax status | Place of inhabitance | Declared domicile | Conditions under which subject to I.R.C. (if they volunteer)? | Notes |
|---|---|---|---|---|---|
| 1 | "citizen" | District of Columbia | District of Columbia | Earnings connected with a "trade or business" within the District of Columbia while abroad. | File using IRS form 2555. See 26 CFR §1.1-1(c ) for imposition of tax. "citizens" living abroad and outside of federal jurisdiction are referred to as "nationals" but not "citizens" under 8 U.S.C. §1101(a)(22)(B). |
| 2 | "resident" | District of Columbia | District of Columbia | All income earned within the District of Columbia connected with a "trade or business" | See 26 CFR §1.1-1(c) for imposition of tax. See 26 U.S.C. §7701(b)(1)(A) for definition of "resident" |
| 3 | "nonresident alien" | Outside of District of Columbia | Foreign country, including states of the Union | Income from within the District of Columbia under 26 U.S.C. §871. | File using form 1040NR. See 26 U.S.C. §871 for taxable sources. 26 U.S.C. §7701(b)(1)(B) for definition of "nonresident alien" |
| 4 | "alien" | District of Columbia | Foreign country, including states of the Union | Only subject to income taxes on "income" from foreign country connected with a "trade or business" and coming under an income tax treaty with the foreign country. | Do not file. Not subject to the I.R.C. because not domiciled in the District of Columbia |

10  Options 1 and 2 above have "domicile" within the District of Columbia as a prerequisite. People born in and domiciled
11  within states of the Union fall under status 3. If "nationals" (who are not "citizens" under 8 U.S.C. §1401) living in states
12  have no earnings from the District of Columbia, then even if they choose to volunteer, they cannot be "liable" to pay any of
13  their earnings to the IRS. Note also that the "aliens" mentioned in option 4 above, even if they live in the District of
14  Columbia, are not even mentioned in the I.R.C. They only become subject to the code by either becoming involved in a
15  "trade or business", which is a public office and a voluntary activity involving federal contracts and employment, or by
16  declaring the District of Columbia to be their legal "domicile". Making the District of Columbia into their "domicile" or
17  engaging in a "trade or business" (which is defined as a public office) are the only two activities that can transform "aliens"
18  into "residents" subject to the Internal Revenue Code   "aliens" or "nonresident aliens" may voluntarily elect (choose) to
19  treat the District of Columbia as their domicile and thereby become "residents" in accordance with the following
20  authorities:

21  1.  26 U.S.C. §6013(g) or (h).
22  2.  26 U.S.C. §7701(b)(4)(B).
23  3.  26 CFR §1.871-1(a).
24  4.  The Foreign Sovereign Immunities Act, 28 U.S.C. §1605(a)(2), which says that those who conduct "commerce" within
25      the legislative jurisdiction of the United States (in the federal zone) surrender their sovereign immunity.

26        *TITLE 28 > PART IV > CHAPTER 97 > § 1605*
27        *§ 1605. General exceptions to the jurisdictional immunity of a foreign state*

28        *(a) A foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in*
29        *any case—*

1  *(2) in which the action is based upon a commercial activity carried on in the United States by the foreign*
2  *state; or upon an act performed in the United States in connection with a commercial activity of the foreign*
3  *state elsewhere; or upon an act outside the territory of the United States in connection with a commercial*
4  *activity of the foreign state elsewhere and that act causes a direct effect in the United States;*

5  We also caution that a "nonresident alien" can also unwittingly become a "U.S. person" with an effective domicile in the
6  District of Columbia by incorrectly declaring his or her citizenship status on a government form as that of either a statutory
7  "U.S. citizen" under 8 U.S.C. §1401 or a statutory "resident alien" under 26 U.S.C. §7701(b)(1)(A), instead of a "national"
8  but not a citizen under 8 U.S.C. §1101(a)(21) and 8 U.S.C. §1452.  This results in a surrender of sovereign immunity under
9  28 U.S.C. §1603(b)(3), which says that "U.S. citizens" and "residents" may not be treated as "foreign states".  This is by far
10  the most frequent mechanism that your unscrupulous government uses to maliciously destroy the sovereignty of persons in
11  states of the Union and undermine the Separation of Powers Doctrine: Using ambiguous terms on government forms and
12  creating and exploiting legal ignorance of the people.  This process by public servants by systematically and illegally
13  destroying the separation of powers is thoroughly documented below:

> *Government Conspiracy to Destroy the Separation of Powers*, Form #05.025
> http://sedm.org/Forms/FormIndex.htm

14  Domicile is legally defined as follows.  We also include the definition of "situs" to help clarify its meaning:

15  *"domicile.  A person's legal home.  That place where a man has his true, fixed, and permanent home and*
16  *principal establishment, and to which whenever he is absent he has the intention of returning.  Smith v. Smith,*
17  *206 Pa.Super. 310m 213 A.2d 94.  Generally, physical presence within a state and the intention to make it*
18  *one's home are the requisites of establishing a "domicile" therein.  The permanent residence of a person or the*
19  *place to which he intends to return even though he may actually reside elsewhere.  A person may have more*
20  *than one residence but only one domicile.  The legal domicile of a person is important since it, rather than the*
21  *actual residence, often controls the jurisdiction of the taxing authorities and determines where a person may*
22  *exercise the privilege of voting and other legal rights and privileges."*
23  *[Black's Law Dictionary, Sixth Edition, p. 485]*

24  _____

25  *"Situs.  Lat. Situation; location; e.g. location or place of crime or business.  Site; position; the place where a*
26  *thing is considered, for example, with reference to jurisdiction over it, or the right or power to tax it.  It imports*
27  *fixedness of location.  Situs of property, for tax purposes, is determined by whether the taxing state has sufficient*
28  *contact with the personal property sought to be taxed to justify in fairness the particular tax.  Town of Cady v.*
29  *Alexander Const. Co., 12 Wis.2d 236, 107 N.W.2d 267, 270."*

30  *Generally, personal property has its taxable "situs" in that state where owner of it is domiciled.  Smith v.*
31  *Lummus, 149 Fla. 660, 6 So.2d 625, 627, 628.  Situs of a trust means place of performance of active duties of*
32  *trustee.  Campbell v. Albers, 313 Ill.App. 152, 39 N.E.2d 672, 676."*
33  *[Black's Law Dictionary, Sixth Edition, p. 1387]*

34  Notice in the definition of "domicile" above the absence of the word "consent" and replacing it with the word "intent" to
35  disguise the true nature of what they are saying.  Lawyers and politicians don't want you to know that they need your
36  consent to make you into a "taxpayer" with a "domicile" within their jurisdiction, even though this is in fact the case.  More
37  on this later.

## 2.  "Domicile"="allegiance" and "protection"

39  The U.S. Supreme Court describes the relationship of domicile to taxation as follows:

40  *"Thus, the Court has frequently held that domicile or residence, more substantial than mere presence in*
41  *transit or sojourn, is an adequate basis for taxation, including income, property, and death taxes. Since the*
42  *Fourteenth Amendment makes one a citizen of the state wherein he resides, the fact of residence creates*
43  *universally reciprocal duties of protection by the state and of allegiance and support by the citizen. The latter*
44  *obviously includes a duty to pay taxes, and their nature and measure is largely a political matter. Of course,*
45  *the situs of property may tax it regardless of the citizenship, domicile, or residence of the owner, the most*
46  *obvious illustration being a tax on realty laid by the state in which the realty is located."*
47  *[Miller Brothers Co. v. Maryland, 347 U.S. 340 (1954)]*