*09MC782*

*FILED*

Tracy Dee Ann: Corona. Real Party
TRACY DEE ANN CORONA, LEGAL TRUST
c/o 56891 Fat Elk Road
Coquille, Oregon near (97423)

And

Justine Lorraine: Rice, Real Party
JUSTINE LORRAINE RICE, LEGAL TRUST
c/o 760 Harbor Cliff Way, Unit 116
Oceanside, California near (92054)

October 1, 2009

**Certified Mail # 7007 1490 0005 1095 9834**
**Return Receipt Requested**

Mr. Charlie Cleaves, US Marshall
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 Front Street
San Diego, CA 92101

Re: *USA v. CORONA, TRACY D. (2); Commercial Action: #04-CR-1298; and*
*USA V. RICE, JUSTINE LORRAINE (1); Commercial Action: #09-CR-0226*

Dear Mr. Cleaves:

This letter is being written to you to advise you of the wrongs and atrocities that have taken place in the District Court and continue to take place specifically under the oppressive officer (aka "Judge" Roger T. Benitez). This would also include other officers of the Court (i.e., US Marshalls, US Attorneys and Public Defenders).

First of all, regarding the treatment of Justine Lorraine Rice, on September 14, 2009 Ms. Rice was brought before the Court to terminate her attorney and act in her own capacity as a private civilian. On that day, one of your U.S. Marshalls refused to allow Ms. Rice to bring in her own legal documents for her court hearing. It is not the duty of the US Marshalls to determine what

is considered to be legal documents. Ms. Rice has every right to bring whatever working papers and legal documents which pertained to her case into the Courtroom with her.

Before Ms. Rice's sentencing, she had previously been appointed a public defender. During this time she was under severe anxiety and stress, not understanding the charges, etc. During this time She was forced under duress to sign a plea agreement to charges she did not understand and was told if she did not she could receive up to 30 years in prison. To this day, Ms. Rice does not understand the charges and told her public defender she was not sure about signing. Unbeknownst to her, she had 14 days to rescind her signature on her plea agreement. Her attorney never told her to she was allowed to rescind this plea and immediately filed the document against her wishes with the prosecutor and the court. This is gross negligence and malpractice. This is what led up to her sentencing on September 28, 2009.

At the sentencing, any defendant is provided an opportunity for allocution. This is allowed under the Federal Rules of Criminal Procedure under Rule 32 and according to *State v. Pruitt, Mo.*, 169 S.W. wd 399, 400. Ms. Rice was told by Judge Benitez that she had only five minutes to allocute. No where is it written that any defendant has a time limit. This is obstruction and abuse of power. Before Ms. Rice was finished allocating before the Court, she was handcuffed by your Marshalls and thrown out of the courtroom back into the holding cell where all inmates could hear her sentencing and she could not rebut any part or participate in the hearing. In addition, she was ridiculed and humiliated by your U.S. Marshalls who told all the other inmates that she was "a bad girl" thereby having to submit to such humiliation. I don't believe this is professional conduct of your U.S. Marshalls and should be reprimanded for such behavior.

In addition to this outrageous behavior by a sitting Federal Judge, Mrs. Corona had much of the similar treatment. While her case is currently on appeal, she has been before the Judge on several occasions. She fired her lawyer in October of 2008. Judge Benitez refused to honor such choice which is allowable under the law. She has been filing documents as evidence on her case. Mr. Benitez has ordered her documents not to be filed, has taken some documents off the docket and is now stamping rejected on any and all documents or communications. This is obstruction of justice in full bloom without any regard to law. The criminal justice system seems to be exactly that, criminal and corrupt! Where do you stand Mr. Cleaves? Where can we get our justice?

As Christian women we are assured of our heavenly justice and vengeance on judgment day, then the tables will be turned and those who have committed this violence on our lives, liberty and property, especially our loved ones.

We have been active in our local communities in San Diego through charities and our churches. We have no prior criminal history. We do not do drugs, have never done drugs or participated in any illegal activity of such. We have learned the corruption of the courts, which operate in commerce and have no lawful authority against the living breathing men and woman without an injured party or damage to a person or their property. We are being persecuted by an unqualified Judge with a bad temperament. This is public knowledge as stated by the American Bar Association regarding the investigation into Roger Benitez. They know, and we would suspect, most of the Judges in this Court would agree to that fact. Why do you work for such a corrupted,

unqualified Judge? He should not be sitting on the bench! Because we are standing up for our rights, he is intentionally harming us and our families out of spite. He mocks and laughs at us in Court. We find nothing funny about the corruption of judges.

Enclosed is the latest letter sent to the Clerk of the Court and Mr. Benitez. By law, if Mr. Benitez does not have an oath of office on file he must release us immediately. If the Clerk is not holding that Oath of Office, he must be investigated immediately. These are their fiduciary responsibilities to us as Trustees under Public Law 48, Chapter 48, Stat.112.

Mr. Benitez said for and on the record that he would not even consider our request and just laughed. Enclosed are also other documents for your review and possible education. What would you do if it was your family member being wronged by the corrupt judicial system?

Mr. Cleaves, we seek your assistance to help us get released from this unlawful incarceration. All we want is to live in peace as our Lord requires and start to put our lives back together. Our families are in pain. Mrs. Corona's youngest is only 11 and does not understand how her mother could be torn out of her life. Please explain to us how drug dealers and alien smugglers who cause harm to our society and our children don't get long sentences yet we, without criminal histories, get unreasonable sentences, with, of course, no programs to reduce our time because we are not drug users, alcoholics or bad parents. We know its all about the money. Do you?

Enclosed is the legal definition of "Appearance". Don't you find it rather interesting that "appearances" are voluntary submission to the court's jurisdiction? We, Ms. Rice and Ms. Corona have never voluntarily submitted but we have been put there by force for no true crime.

This is just the tip of the iceberg in dealing with this corrupted system and with Judge Benitez. We are both sentenced but request of you that we not be transferred from CCA in the near future so we may continue pursuing our rights if you can find no way to intervene on our behalf. Ms. Rice has been incarcerated 8 months (of a 37 month sentence) and Ms. Corona 6 months (of a 30 month sentence). We have caused no problems here at CCA, have had no problems with fellow inmates or officers. Ms. Corona has worked in the kitchen and as a food server.

We would appreciate your contacting us to discuss the above.



Sincerely,

Justine Lorraine: Rice, Beneficiary,
Creditor and Real Party In Interest

Tracy Dee Ann: Corona, Beneficiary,
Creditor and Real Party In Interest

Tracy Dee Ann: Corona. Real Party
TRACY DEE ANN CORONA, LEGAL TRUST
And
Justine Lorraine: Rice, Real Party
JUSTINE LORRAINE RICE, LEGAL TRUST
c/o 760 Harbor Cliff Way, Unit 116
Oceanside, California near (92054)



September 17, 2009



CALIFORNIA REPUBLIC

Certified Mail # 7007 1490 0005 1097 9870
Return Receipt Requested

W. Samuel Hamrick, d/b/a
CLERK OF THE COURT, Respondent
Roger T. Benitez, d/b/a JUDGE, Respondent
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
880 Front Street
San Diego, CA 92101

# F.O.I.A./Privacy Act Demand Under Seal For Qualifying Methods, Rank, Bond, Insurance And Commission

Re: _USA v. CORONA, TRACY D. (2); Commercial Action: #04-CR-1298; and_
_USA V. RICE, JUSTINE LORRAINE (1); Commercial Action: #09-CR-0226_

To Respondents jointly and severally, and all acting as officers and nominees thereof:

Pursuant to your corporate obligation, Freedom of Information Act [5 U.S.C. Section 552] and Privacy Act of 1974 [5 U.S.C. 552(a)] demand is hereby made for Respondents acting severally, any and/all actors and/or attorneys claiming interest in the above-noted commercial action/cause to timely exhibit:

W. Samuel Hamrick, d/b/a
CLERK OF THE COURT
Roger T. Benitez, d/b/a, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
September 17, 2009/Page Two

1. **The complete qualifying methods** for Respondents' respective offices and standing to operate under the military colors currently on display, in particular Respondents':

   a. **Personnel Qualification Standard**(s) (all qualifying tests, courses, awards and standards which qualify Respondents' rank and authority);

   b. **Military Commission**(s) evidencing Respondents' authority to operate under the United States maritime (admiralty) flag and law venue;

   c. **Military Commission**(s) evidencing Respondents' authority to operate under the flag and law venue of the United States Military Armed Forces;

   d. **Bond**(s), policy, number, underwriter's name/address/phone);

   e. **License**(s)(as opposed to membership certificates) to practice law per specific statutory mandate;

   f. **Letter**(s) of marque and reprisal evidencing Respondents' license to arrest, detain, hold and/or plunder a vessel, assumed to be on the high seas under a maritime (admiralty) jurisdiction, under presumption of enemy of the state/States status;

   g. **Military rank**(s);

   h. **Insurance policy**(ies), policy number, underwriter's name, address and phone number;

   i. **Oath**(s) of office (corporate, constitutional, republican)

   j. **Bar Association Affiliation**(s), card, membership number, name of association;

   k. **Bar Association Insurance Policy**, certificate number, underwriter's name, address and phone number;

   l. Certified copy of all citizenship/naturalization documents (foreign and domestic) and;

   m. **Dry-land Authority** evidencing Respondents' authority to operate on the land in *de jure* venue without criminally impersonating an office.

2. **ALL CONTRACTS**: Real or imagined, express, implied or construed, with real parties (Tracy Dee Ann Corona and Justine Lorraine Rice) and trust accounts (TRACY DEE ANN CORONA and JUSTINE LORRAINE RICE) which evidence a voluntary election to submit to the corporate venue and jurisdiction(s);

3. **ALL TRUSTS**: Real or imagined, express, implied or construed which identify real parties (Tracy Dee Ann Corona and Justine Lorraine Rice) specific status as trustee in the noted commercial action/cause and Respondents' specific status as beneficiary thereof;

4. **ALL ACCOUNTING**: Public and private, for the noted commercial cause/action;

W. Samuel Hamrick, d/b/a
CLERK OF THE COURT
Roger T. Benitez, d/b/a JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
September 17, 2009/Page Three

5. **ALL BONDS AND SECURITIES** pertaining to or derived from the noted commercial action/cause;

6. **ORIGINAL CHARGING INSTRUMENT** for the noted commercial action/cause (SECURITY-BOND, WARRANTS, SUMMONS, POWERS OF ATTORNEY, etc.) bearing a wet ink signature raised seal and supporting affidavit providing authority to impair the property of real parties (Tracy Dee Ann Corona and Justine Lorraine Rice) as beneficiary of trust account TRACY DEE ANN CORONA (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) and JUSTINE LORRAINE RICE (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)

7. **AFFIDAVIT OF INJURED PARTY** under penalty of perjury for misstatements;

8. **ORIGINAL ARREST WARRANT**(S) and the like bearing a judge's wet ink signature, a raised seal, and a true bill regarding the noted commercial action-cause against the property of real parties (Tracy Dee Ann Corona and Justine Lorraine Rice) as beneficiary of trust account TRACY DEE ANN CORONA (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) and JUSTINE LORRAINE RICE (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)

9. **DEMAND FOR THE COURT'S JURISDICTION**; EVIDENCE OF ORIGINAL JURISDICTION: for the county known as San Diego being the non-corporate venue United States District Court, Southern District of California without (foreign to) the DISTRICT OF COLUMBIA.

10. **EVIDENCE** that qualified TRACY DEE ANN CORONA and Tracy Dee Ann Corona; JUSTINE LORRAINE RICE and Justine Lorraine Rice as: (a) being a *Vessel on the High Seas and Enemy of the state/State*; (b) being a Citizen, Officer, Official within the DISTRICT OF COLUMBIA; Detailed Accounting for all Privileges, Credits Dividends and Stock Shares Received by TRACY DEE ANN CORONA and Tracy Dee Ann Corona; JUSTINE LORRAINE RICE and Justine Lorraine Rice that would require a Stamp Duty Tax, Transfer Fee (Tax), Tax, Commercial Warrant, Seizure of Arrest.

It is hereby demanded that you provide the above women, Tracy Dee Ann Corona and Justine Lorraine Rice, the above information as required by law, to prove Respondents had any lawful authority to plunder our life, liberty and property and deny us our pursuit of happiness, all without an injured party or victim. We are non-military, non-combatants, and are not enemies of the state/State. We are not "legal corporate fictions" but are private civilians who have been and continue to be unlawfully incarcerated, and do not nor have we ever fallen under the jurisdiction of the maritime/military of this U.S. District Court, but who stand under the **Civilian Flag of Peace and the flag of the California Republic**, *de jure*.

You are hereby demanded to provide these documents within the time requested herein below. Otherwise, we will consider Respondents "pirates" on the land under 18 U.S.C. Section 1652.

W. Samuel Hamrick, d/b/a
CLERK OF THE COURT
Roger T. Benitez, d/b/a JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
September 17, 2009/Page Four

In addition, enclosed please find a CONSTRUCTIVE NOTICE WORKSHEET FOR PUBLIC SERVANTS which is required pursuant to the Foreign Registration Act, Title 50 USC and Title 22 USC. The same is self explanatory.

We look forward to your immediate response. Should you not provide the requested information, this is to give you legal notice that Respondents and all BAR and US Attorneys continue to commit fraud, racketeering, treason, insurrection, sedition, impeding the exercise of our rights, extortion, scheme to defraud, etc., including violation of Public Law Chapter 48, 48 Stat. 112, on us, the living breathing women, without our full knowledge and consent, which has never been given, nor did we ever willingly give up any of our God-given rights, which cannot be legislated away. These are considered tort acts upon us and we will institute our remedy under the law for investigation into these violations.

The above prosecutions are considered null and void without the above information requested since they were instigated under fraud and deception. In addition you have received notice that Title 18 that has not been properly passed into law. (See Attached), and that pursuant to 27 C.F.R.. 27.11 and 28 U.S.C. 2003 all the above charges are commercial, without a victim or injured party, in which you continue to deny our remedy at law. Further false imprisonment of Tracy Dee Ann Corona and Justine Lorraine Rice is nothing more than involuntary servitude, enticement into slavery, kidnapping, assault, unlawful conversion and unjust enrichment, and crimes against humanity, in violation of International Treaty Law and the Geneva Convention.

*This lawful Notice is not intended to harass, intimidate, coerce, embarrass, offend, create controversy; or violate and lawful procedure but simply to communicate lawful notice. It is presumed that all men know the law. It is further presumed that JUSTICE DELAYED IS JUSTICE DENIED.*

Exhibition is required no later than five (5) business days of receipt of this demand. Exhibitions must be attached to a cover letter wherein each Respondent acting severally authenticates the exhibit in total under penalty of perjury, and must demonstrate evidence of having been timely recorded in the proper venue prior to assuming the duties of the respective offices to avoid being deemed inapposite. This request has been duly recorded to ensure the public record is memorialized. Claimed exemptions must be stated under penalty of perjury.

W. Samuel Hamrick, d/b/a
CLERK OF THE COURT
Roger T. Benitez, d/b/a JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
September 17, 2009/Page Five

All reasonable and necessary fees shall be charged to the above-listed trust accounts which hereby pledge fully payments upon demand.  Failure to so charge does not excuse the reporting obligation.

Sincerely,


Tracy Dee Ann: Corona, Beneficiary,
Real Party In Interest



Justine Lorraine: Rice, Beneficiary,
Real Party In Interest


Cc:      Master Sergeant Becker
         Provost Marshall
         Camp Pendleton

         Special Agent Lopez, CID
         Special Agent Martinez, CID
         Camp Pendleton

         Special Agent Martin
         NCIS
         Camp Pendleton

         Judge Advocate General
         1322 Patterson Avenue, #3000
         Washington, DC 20374

ILS Services, Inc.

Austin Centre #1860

701 Brazos, Suite 500

Austin, Texas 78701

(512) 334-6144/329-646

PRISON LINE:  (512) 899-3300

Fax:  (512) 402-8425

Email:  ilsservicesinc@yahoo.com

August 5, 2008

AUSTIN, TEXAS

## ILS ANNOUNCES MAJOR BREAKTHROUGH ON TITLE 18

ILS Services, Inc., a leading legal research firm headquartered in Austin, Texas, announced that it has been advised that the first person has been released challenging the validity of Title 18.

ILS was advised that a win was issued in West Virginia for one prisoner.

Further research by ILS has also uncovered another significant error in the criminal code.  The federal Title 18 criminal code was codified in 1909, again in 1940, and again in 1948.  In 1909 and 1940 the jurisdictional section for federal courts only authorized prosecution under Title 18 crimes, not under drug crimes or IRS crimes.  The 1940 statute, 18 USC § 546, we never repealed or amended.  That statute, which is still valid, only authorized prosecution for 1909 Title 18 crimes, nothing for Title 21 or Title 26. Furthermore, under the Fair Warning Doctrine, to prosecute someone under a prior statute, a person must be given warning under that statute.   Therefore, no possible prosecution exists under Title 21, Title 26, or under any Title 18 charge other than those listed in the 1909 act, but prior notice is required.

ILS intends to reopen cases by raising the additional error, which would deprive the court of jurisdiction over any criminal case.

# Office of the Clerk
# U.S. House of Representatives
# Washington, DC 20515-6601

September 11, 2006

Thank you for contacting the Office of the Clerk.

After conducting a thorough examination of the journals, I found no entry in the journal of the House of any May 12, 1947 vote on the H.R. 3190 bill, although pages 343-344 of the Journal of the House of Representatives from the 1st Session of the 80th Congress indicates that the bill was amended, purportedly passed, and transmitted to the Senate for concurrence. The Senate took no action on the H.R. 3190 bill prior to the December 19, 1947 sine die adjournment.

Page 5049 of the Congressional Record, 80th Congress, 1st Session indicates 44 Members voting 38 to 6 to amend H.R. 3190 on May 12, 1947. Therefore by counting the total yea and nay vote a quorum was not present.

According to House Rules, when less than a majority of a quorum votes to pass a bill, the journal must show the names of Members present but not voting. I found no record of any names for the May 12, 1947 vote. I hope this information has answered your questions.

Sincerely Yours,

*Karen L. Haas*

Karen L. Haas
Clerk, U.S. House of Representatives

# JUDICIAL NOTICE - TREASON IN AMERICA

WE THE AMERICAN PEOPLE, have the ability to understand the the "ALLEGED" present law and past law, the Constitution. That's right!...I'm saying the Constitution is past tense, as a restrictive document on Congress. I do not make this statement lightly and I can prove it.

The Constitution was a commercial compact between states, giving the federal government limited powers. The Bill of Rights was meant not as our source of rights, but as further limitations on the federal government. Our fore-fathers saw the potential for danger in the U. S. Constitution. To insure the Constitution was not presumed to be our source of rights, the 10th Amendment was added. I will use a quote from Thomas Jefferson, February 15, 1791, where he quotes the 10th Amendment...

"I consider the foundation of the Constitution as laid on this ground; That "all powers not delegated to the United States, by the Constitution, nor prohibited by it to the States, are reserved to the States or to the people." To take a single step beyond the boundaries thus specially drawn around the powers of Congress, is to take possession of a boundless field of power, no longer susceptible of any definition."

The created United States government cannot define the rights of their creator, the American people. Three forms of law were granted to the Constitution, common law, equity (contract law) and Admiralty law. Each had their own jurisdiction and purpose. The first issue I want to cover is the United States flag. Obviously from known history our flag did not have a yellow fringe bordering three sides. The United States did not start putting flags with a yellow fringe on them in government buildings and public buildings until 1959. Of course the question you would ask yourself; why did it change and are there any legal meanings behind this? Oh yes!

First the appearance of our flag is defined in Title 4 sec. 1. U.S.C..

"The flag of the United States shall be thirteen horizontal stripes, alternate red and white; and the union of the flag shall be forty-eight stars, white in a blue field." (Note - of course when new states are admitted new stars are added.)

A foot note was added on page 1113 of the same section which says:

"Placing of fringe on the national flag, the dimensions of the flag, and arrangement of the stars are matters of detail not controlled by statute, but within the discretion of the President as Commander-In-Chief of the Army and Navy." - 1925, 34 Op.Atty.Gen. 483.

The president as military commander can add a yellow fringe to our flag. When would this be done? During a time of war. Why? A flag with a fringe is an ensign, a military flag. Read the following.

"Pursuant to U.S.C. Chapter 1, 2, and 3; Executive Order No. 10834, August 21, 1959, 24 F.R. 6865, a military flag is a flag that resembles the regular flag of the United States, except that it has a YELLOW FRINGE, bordered on three sides. The President of the United states designates this deviation from the regular flag, by executive order; and in his capacity as COMMANDER-IN-CHIEF of the Armed forces."

From the National Encyclopedia, Volume 4:

"Flag, an emblem of a nation; usually made of cloth and flown from a staff. From a military standpoint flags are of two general classes, those flown from stationary masts over army posts, and those carried by troops in formation. The former are referred to by the general name flags. The latter are called colors when carried by dismounted troops. Colors and Standards are more nearly square than flags and are made of silk with a knotted Fringe of Yellow on three sides...........use of the flag. The most general and appropriate use of the flag is as a symbol of authority and power."

The reason I started with the Flag issue is because it is so easy to grasp. The main problem I have with the yellow fringe is that by its use our Constitutional Republic is no more. Our system of law was changed without the public's knowledge. It was kept secret. This is fraud. The American people were allowed to believe this was just a decoration. Because the law changed from Common Law (God's Law) to Admiralty Law (the kings law) your status also changed from sovereign to subject. From being able to own property (allodial title) to not owning property (tenet on the land). If you think you own your property, stop paying taxes, it will be taken under the prize law.

"The ultimate ownership of all property is in the state; individual so-called `ownership' is only by virtue of government, i.e., law, amounting to a mere user; and use must be in accordance with law and subordinate to the necessities of the State." - Senate Document No. 43, "Contracts payable in Gold" written in 1933.

By our allowing to let these military flags fly, the American people have admitted our defeat and loss of status. Read on, you'll see what I mean. Remember the Constitution recognizes three forms of law, being governed by the Law of the Flag is Admiralty law. I will cover this in a minute, the following is a definition of the legal term Law of the Flag.

"...The agency of the master is devolved upon him by the law of the flag. The same law that confers his authority ascertains its limits, and the flag at the mast-head is notice to all the world of the extent of such power to bind the owners or freighters by his act. The foreigner who deals with this agent has notice of that law, and, if he be bound by it, there is not injustice. His notice is the national flag which is hoisted on every sea and under which the master sails into every port, and every circumstance that connects him with the vessel isolates that vessel in the eyes of the world, and demonstrates his relation to the owners and freighters as their agent for a specific purpose and with power well defined under the national maritime law." - Bouvier's Law Dictionary, 1914.

Don't be thrown by the fact they are talking about the sea, and that it doesn't apply to land, I will prove to you that Admiralty law has come on land. Next a court case:

"Pursuant to the "Law of the Flag", a military flag does result in jurisdictional implication when flown. The Plaintiff cites the following: "Under what is called international law, the law of the flag, a shipowner who sends his vessel into a foreign port gives notice by his flag to all who enter into contracts with the

shipmaster that he intends the law of the flag to regulate those contracts with the shipmaster that he either submit to its operation or not contract with him or his agent at all." - Ruhstrat v. People, 57 N.E. 41, 45, 185 ILL. 133, 49 LRA 181, 76 AM.

When you walk into a court and see this flag you are put on notice that you are in a Admiralty Court and that the king is in control. Also, if there is a king the people are no longer sovereign. You're probably saying this is the most incredible thing I have ever heard. YOU have read the proof, it will stand up in court. But wait, there is more, you probably would say, how could this happen? Here's how. Admiralty law is for the sea, maritime law govern's contracts between parties that trade over the sea. Well, that's what our fore-fathers intended. However, in 1845 Congress passed an act saying Admiralty law could come on land. The bill may be traced in Cong. Globe, 28th Cong., 2d. Sess. 43, 320, 328, 337, 345(1844-45), no opposition to the Act is reported. Congress held a committee on this subject in 1850 and they said:



"The committee also alluded to "the great force" of "the great constitutional question as to the power of Congress to extend maritime jurisdiction beyond the ground occupied by it at the adoption of the Constitution...." - Ibid. H.R. Rep. No. 72 31st Cong., 1st Sess. 2 (1850)

It was up to the Supreme Court to stop Congress and say NO! The Constitution did not give you that power, nor was it intended. But no, the courts began a long train of abuses, here are some excerpts from a few court cases.



"This power is as extensive upon land as upon water. The Constitution makes no distinction in that respect. And if the admiralty jurisdiction, in matters of contract and tort which the courts of the United States may lawfully exercise on the high seas, can be extended to the lakes under the power to regulate commerce, it can with the same propriety and upon the same construction, be extended to contracts and torts on land when the commerce is between different States. And it may embrace also the vehicles and persons engaged in carrying it on (my note - remember what the law of the flag said when you receive benefits from the king.) It would be in the power of Congress to confer admiralty jurisdiction upon its courts, over the cars engaged in transporting passengers or merchandise from one State to another, and over the persons engaged in conducting them, and deny to the parties the trial by jury. Now the judicial power in cases of admiralty and maritime jurisdiction, has never been supposed to extend to contracts made on land and to be executed on land. But if the power of regulating commerce can be made the foundation of jurisdiction in its courts, and a new and extended admiralty jurisdiction beyond its heretofore known and admitted limits, may be created on water under that authority, the same reason would justify the same exercise of power on land." -- Propeller Genessee Chief et al. v. Fitzhugh et al. 12 How. 443 (U.S. 1851)

And all the way back, before the U.S. Constitution John Adams talking about his state's Constitution, said:

"Next to revenue (taxes) itself, the late extensions of the jurisdiction of the admiralty are our greatest grievance. The American Courts of Admiralty seem to be forming by degrees into a system that is to overturn our Constitution and to deprive us of our best inheritance, the laws of the land. It would be

thought in England a dangerous innovation if the trial, of any matter on land was given to the admiralty." -- Jackson v. Magnolia, 20 How. 296 315, 342 (U.S. 1852)

This began the most dangerous precedent of all the Insular Cases. This is where Congress took a boundless field of power. When legislating for the states, they are bound by the Constitution, when legislating for their insular possessions they are not restricted in any way by the Constitution. Read the following quote from the Harvard law review of AMERICAN INS. CO. v. 356 BALES OF COTTON, 26 U.S. 511, 546 (1828), relative to our insular possessions:

"These courts, then, are not constitutional courts in which the judicial power conferred by the Constitution on the general government can be deposited. They are incapable of receiving it. They are legislative courts, created in virtue of the general right of sovereignty which exists in the government, or in virtue of that clause which enables Congress to make all needful rules and regulations respecting the territory belonging to the united States. The jurisdiction with which they are invested is not a part of that judicial power which is conferred in the third article of the Constitution, but is conferred by Congress in the execution of those general powers which that body possesses over the territories of the United States." -- Harvard Law Review, Our New Possessions. page 481.

Here are some Court cases that make it even clearer:

"...[T]he United States may acquire territory by conquest or by treaty, and may govern it through the exercise of the power of Congress conferred by Section 3 of Article IV of the Constitution..." "In exercising this power, Congress is not subject to the same constitutional limitations, as when it is legislating for the United States. ...And in general the guaranties of the Constitution, save as they are limitations upon the exercise of executive and legislative power when exerted for or over our insular possessions, extend to them only as Congress, in the exercise of its legislative power over territory belonging to the United States, has made those guarantees applicable." -- Hooven & Allison & Co. vs Evatt, 324 U.S. 652 (1945)

"The idea prevails with some indeed, it found expression in arguments at the bar that we have in this country substantially or practically two national governments; one to be maintained under the Constitution, with all its restrictions; the other to be maintained by Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to exercise."

"I take leave to say that if the principles thus announced should ever receive the sanction of a majority of this court, a radical and mischievous change in our system of government will be the result. We will, in that event, pass from the era of constitutional liberty guarded and protected by a written constitution into an era of legislative absolutism."

"It will be an evil day for American liberty if the theory of a government outside of the supreme law of the land finds lodgment in our constitutional jurisprudence. No higher duty rests upon this court than to exert its full authority to prevent all violation of the principles of the constitution." -- Downes vs Bidwell, 182 U.S. 244 (1901)

These actions allowed Admiralty law to come on land. If you will remember the definition of the Law of the Flag. When you receive benefits or enter into contracts with the king you come under his law which is Admiralty law. And what is a result of your connection with the king? A loss of your Sovereign status. Our ignorance of the law is no excuse. I'll give you an example, something you deal with everyday. Let's say you get a seat belt ticket. What law did you violate? Remember the Constitution recognizes three forms of law. Was it common law? Who was the injured party? No one. So it could not have been common law even though here, the State of N. C. has made chapter 20 of the Motor Vehicle code carry common law penalties, jail time. This was the only thing they could do to cover up the jurisdiction they were operating in. Was it Equity law? No, there is no contract in dispute, driving is a privilege granted by the king. If it were a contract the UCC would apply, and it doesn't. In a contract both parties have equal rights. In a privilege, you do as you are told or the privilege is revoked. Well guess what, there is only one form of law left, admiralty. Ask yourself when did licenses begin to be required? 1933.

 All district courts are admiralty courts, see the Judiciary Act of 1789.

"It is only with the extent of powers possessed by the district courts, acting as instance courts of admiralty, we are dealing. The Act of 1789 gives the entire constitutional power to determine "all civil causes of admiralty and maritime jurisdiction," leaving the courts to ascertain its limits, as cases may arise." -- Waring ET AL,. v. Clarke, Howard 5 12 L. ed. 1847

When you enter a court room and come before the judge and the U.S. flag with the yellow fringe flying, you are put on notice of the law you are in. American's aren't aware of this, so they continue to claim Constitutional rights. In the Admiralty setting the constitution does not apply and the judge, if pushed, will inform you of this by placing you under contempt for continuing to bring it up. If the judge is pressed, his name for this hidden law is statuary law. Where are the rules and regulations for statutory law kept? They don't exist. If statuary law existed, there would be rules and regulations governing it's procedures and court rules. They do not exist!!!

The way you know this is Admiralty, is from the yellow fringed flag and from the actions of the law, compelled performance (Admiralty). The judges can still move at common law (murder etc.) and equity (contract disputes etc.). It's up to the type of case brought before the court. If the case is Admiralty, the only way back to the common law is the saving to suitor clause and action under Admiralty. The court and rules of all three jurisdictions have been blended. Under Admiralty you are compelled to perform under the agreement you made by asking and receiving the king's government (license). You receive the benefit of driving on federal roads (military roads), so you have voluntarily obligated yourself to this system of law, this is why you are compelled to obey. If you don't it will cost you money or jail time or both. The type of offence determines the jurisdiction you come under, but the court itself is an Admiralty court, defined by the flag. Driving without a seat belt under Chapter 20 DMV code carries a criminal penalty for a non common law offense. Again where is the injured party or parties, this is Admiralty law. Here is a quote to prove what I said about the roads being military, this is only one benefit, there are many:

"Whilst deeply convinced of these truths, I yet consider it clear that under the war-making power Congress may appropriate money toward the construction of a military road when this is absolutely necessary for the defense of any State or Territory of the Union against foreign invasion. Under the Constitution Congress has power "to declare war," "to raise and support armies," "to provide and maintain a navy," and to call forth the militia to "repel invasions." Thus endowed, in an ample manner, with the war-making power, the corresponding duty is required that "the United States shall protect each of them [the States] against invasion." Now, how is it possible to afford this protection to California and our Pacific possessions except by means of a military road through the Territories of the United States, over which men and munitions of war may be speedily transported from the Atlantic States to meet and to repel the invader?.... Besides, the Government, ever since its origin, has been in the constant practice of constructing military roads." -- Inaugural Address of James Buchanan, March 4, 1857,..Messages and Papers of the Presidents, 1789-1902.

I want to briefly mention the Social Security Act, the nexus Agreement you have with the king. You were told the SS# was for retirement and you had to have it to work. It sounds like a license to me, and it is, it is a license granted by the President to work in this country, under the Trading with the Enemy Act, as amended in March 9, 1933, as you will see in a moment. Was it really for your retirement? What does F.I.C.A. stand for? Federal Insurance Contribution Act. What does contribution mean at law, not Webster's Dictionary. This is where they were able to get you to admit that you were jointly responsible for the national debt, and you declared that you were a fourteenth Amendment citizen, which I won't go into in this paper or the Erie Railroad v. Tompkins case where common law was over turned. Read the following definition to learn what it means to have a SS# and pay a contribution:

"Contribution. Right of one who has discharged a common liability to recover of another also liable, the aliquot portion which he ought to pay or bear. Under principle of "contribution," a tort-feasor against whom a judgement is rendered is entitled to recover proportional shares of judgement from other joint tort-feasor whose negligence contributed to the injury and who were also liable to the plaintiff. (Note - tort feasor means wrong doer, what did you do to be defined as a wrong doer???) The share of a loss payable by an insure when contracts with two or more insurers cover the same loss. The insurer's share of a loss under a coinsurance or similar provision. The sharing of a loss or payment among several. The act of any one or several of a number of co-debtors, co-sureties, etc., in reimbursing one of their number who has paid the whole debt or suffered the whole liability, each to the extent of his proportionate share. -- (Blacks Law Dictionary 6th ed.)

Guess what? It gets worse. What does this date 1933 mean? Well you better sit down. First, remember World War I, in 1917 President Wilson declared the War Powers Act of October 6, 1917, basically stating that he was stopping all trade with the enemy except for those he granted a license, excluding Americans. Read the following from this Trading with the enemy Act, where he defines enemy: In the War Powers Act of 1917, Chapter 106, Section 2 (c) it says that these declared war powers did not affect citizens of the United States:

"Such other individuals, or body or class of individuals, as may be natives, citizens, or subjects of any nation with which the United States is at war, OTHER THAN CITIZENS OF THE UNITED STATES, wherever resident or wherever doing business, as the President, if he shall find the safety of the United States of the successful prosecution of the war shall so require, may, by proclamation, include within the term "enemy."

Now, this leads us up to 1933. Our country was recovering from a depression and now was declared bankrupt. I know you are saying. Do What, the American people were never told about this? Public policy and National Security overruled the public right to know. Read the following Congressional quote:

"My investigation convinced me that during the last quarter of a century the average production of gold has been falling off considerably. The gold mines of the world are practically exhausted. There is only about $11,000,000,000 in gold in the world, with the United States owning a little more than four billions. We have more than $100,000,000,000 in debts payable in gold of the present weight and fineness. . . As a practical proposition these contracts cannot be collected in gold for the obvious reason that the gold supply of the entire world is not sufficient to make payment." -- Congressional Record, Congressman Dies, March 15, 1933

Before 1933 all contracts with the government were payable in gold. Now I ask you? Who in their right mind would enter into contracts totaling One Hundred billion dollars in gold, when there was only eleven billion in gold in the whole world, and we had about four billion. To keep from being hung by the American public they obeyed the banksters demands and turned over our country to them. They never came out and said we were in bankruptcy but, the fact remains, we are. In 1933 the gold of the whole country had to be turned in to the banksters, and all government contracts in gold were canceled. This is bankruptcy.

"Mr. Speaker, we are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history, the U.S. government." -- Congressman Traficant on the House floor, March 17, 1933

The wealth of the nation including our land was turned over to the banksters. In return, the nations 100 billion dollar debt was forgiven. I have two papers that have circulated the country on this subject. Remember Jesus said "money is the root of all evil" The Congress of 1933 sold every American into slavery to protect their asses. Read the following Congressional quotes:

"I want to show you where the people are being imposed upon by reason of the delegation of this tremendous power. I invite your attention to the fact that section 16 of the Federal Reserve Act provides that whenever the Government of the United States issues and delivers money, Federal Reserve notes, which are based on the credit of the Nation--they represent a mortgage upon your home and my home, and upon all the property of all the people of the Nation--to the Federal Reserve agent, an interest charge shall be collected for the Government." -- Congressional Record, Congressman Patman, March 13, 1933

"That is the equity of what we are about to do. Yes; you are going to close us down. Yes; you have already closed us down, and have been doing it long before this year. Our President says that for 3 years we have been on the way to bankruptcy. We have been on the way to bankruptcy longer than 3 years. We have been on the way to bankruptcy ever since we began to allow the financial mastery of this country gradually to get into the hands of a little clique that has held it right up until they would send us to the grave." -- Congressional Record, Congressman Long, March 11, 1933

What did Roosevelt do? Sealed our fate and our childrens fate, but worst of all, he declared War on the American People. Remember the War Powers Act, the Trading with the enemy Act? He declared emergency powers with his authority being the War Powers Act, the Trading with the enemy Act. The problem is he redefined who the enemy was, read the following: (remember what I said about the SS# being a license to work)

The declared National Emergency of March 9, 1933 amended the War Powers Act to include the American People as enemies:

"In Title 1, Section 1 it says: The actions, regulations, rules, licenses, orders and proclamations heretofore or hereafter taken, promulgated, made, or issued by the President of the United States or the Secretary of the Treasury since March 4, 1933, pursuant to the authority conferred by subdivision (b) of section 5 of the Act of October 6, 1917, as amended, are hereby approved and confirmed."

"Section 2. Subdivision (b) of section 5 of the Act of October 6, 1917, (40 Stat. L. 411), as amended, is hereby amended to read as follows: emergency declared by the President, the President may, through any agency that he may designate, or otherwise, investigate, regulate, or prohibit, under such rules and regulations as he may prescribe, by means of licenses or otherwise, any transactions in foreign exchange, transfers of credit between or payments by banking institutions as defined by the President, and export, hoarding, melting, or earmarking of gold or silver coin or bullion or currency, BY ANY PERSON WITHIN THE UNITED STATES OR ANY PLACE SUBJECT TO THE JURISDICTION THEREOF."

Here is the legal phrase subject to the jurisdiction thereof, but at law this refers to alien enemy and also applies to Fourteenth Amendment citizens:

"As these words are used in the first section of the Fourteenth Amendment of the Federal Constitution, providing for the citizenship of all persons born or naturalized in the United States and subject to the jurisdiction thereof, the purpose would appear to have been to exclude by the fewest words (besides children of members of the Indian tribes, standing in a peculiar relation to the National Government, unknown to the common Law), the two classes of cases, children born of *ALIEN ENEMIES(emphasis mine), in hostile occupation, and children of diplomatic representatives of a foreign state, both of which, by the law of England and by our own law, from the time of the first settlement of the English colonies in America, had been recognized exceptions to the fundamental rule of citizenship by birth within the country." - United States v Wong Kim Ark, 169 US 649, 682, 42 L Ed 890, 902, 18 S Ct 456. Ballentine's Law Dictionary

Congressman Beck had this to say about the War Powers Act:

"I think of all the damnable heresies that have ever been suggested in connection with the Constitution, the doctrine of emergency is the worst. It means that when Congress declares an emergency there is no Constitution. This means its death....But the Constitution of the United States, as a restraining influence in keeping the federal government within the carefully prescribed channels of power, is moribund, if not dead. We are witnessing its death-agonies, for when this bill becomes a law, if unhappily it becomes law, there is no longer any workable Constitution to keep the Congress within the limits of its constitutional powers." - Congressman James Beck in Congressional Record 1933

The following are excerpts from the Senate Report, 93rd Congress, November 19, 1973, Special Committee On The Termination Of The National Emergency United States Senate. They were going to terminate all emergency powers, but they found out they did not have the power to do this so guess which one stayed in, the Emergency Act of 1933, the Trading with the Enemy Act October 6, 1917 as amended in March 9, 1933.

"Since March 9, 1933, the United States has been in a state of declared national emergency....Under the powers delegated by these statutes, the President may: seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and, in a plethora of particular ways, control the lives of all American citizens."

"A majority of the people of the United States have lived all of their lives under emergency rule. For 40 (now 63) years, freedoms and governmental procedures guaranteed by the Constitution have, in varying degrees, been abridged by laws brought into force by states of national emergency....from, at least, the Civil War in important ways shaped the present phenomenon of a permanent state of national emergency." - Senate Report, 93rd Congress, November 19, 1973

You may be asking yourself is this the law, and if so where is it, read the following: In Title 12 U.S.C, in section 95b you'll find the following codification of the Emergency War Powers:

"The actions, regulations, rules, licenses, orders and proclamations heretofore or hereafter taken, promulgated, made, or issued by the President of the United States or the Secretary of the Treasury since March 4, 1933, pursuant to the authority conferred by subsection (b) of section 5 of the Act of October 6, 1917, as amended (12 U.S.C., 95a), are hereby approved and confirmed." - (March 9, 1933, c. 1, Title 1, 1, 48 Stat. 1)

So you can further understand the word Alien Enemy and what it means to be declared an enemy of this government, read the following definitions: The phrase Alien Enemy is defined in Bouvier's Law Dictionary as:

One who owes allegiance to the adverse belligerent. - 1 Kent 73.

He who owes a temporary but not a permanent allegiance is an alien enemy in respect to acts done during such temporary allegiance only; and when his allegiance terminates, his hostile character terminates also; -1 B. & P.163.

Alien enemies are said to have no rights, no privileges, unless by the king's special favor, during time of war; - 1 Bla. Com. 372; Bynkershoek 195; 8 Term 166. [Remember we've been under a declared state of war since October 6, 1917, as amended March 9, 1933 to include every United States citizen.]

"The phrase Alien Enemy is defined in Words and Phrases as: Residence of person in territory of nation at war with United States was sufficient to characterize him as "alien enemy" within Trading with the Enemy Act, even if he had acquired and retained American citizenship." - Matarrese v. Matarrese, 59 A.2d 262, 265, 142 N.J. Eq. 226.

"Residence or doing business in a hostile territory is the test of an "alien enemy: within meaning of Trading with the Enemy Act and Executive Orders thereunder." - Executive Order March 11, 1942, No. 9095, as amended, 50 U.S.C.A. Appendix 6; Trading with the Enemy Act 5 (b). In re Oneida Nat. Bank & Trust Co. of Utica, 53 N.Y.S. 2d. 416, 420, 421, 183 Misc. 374.

"By the modern phrase, a man who resides under the allegiance and protection of a hostile state for commercial purposes is to be considered to all civil purposes as much an `alien enemy' as if he were born there." - Hutchinson v. Brock, 11 Mass. 119, 122.

Am I done with the proof? Not quite, believe it or not, it gets worse. I have established that war has been declared against the American people and their children. The American people that voted for the 1933 government were responsible for Congress' actions, because Congress was there in their proxy. What is one of the actions taken against an enemy during time of War. In the Constitution the Congress was granted the power during the time of war to grant Letters of Marque. What is a letter of Marque? Well, read the following:

A commission granted by the government to a private individual, to take the property of a foreign state, as a reparation for an injury committed by such state, its citizens or subjects. The prizes so captured are divided between the owners of the privateer, the captain, and the crew. - Bouvier's Law Dictionary 1914.

Think about the mission of the IRS, they are a private organization, or their backup, the ATF. These groups have been granted letters of Marque, read the following:

"The trading with the enemy Act, originally and as amended, in strictly a war measure, and finds its sanction in the provision empowering Congress "to declare war, grant letters of Marque and reprisal, and make rules concerning captures on land and water." -- Stoehr v. Wallace 255 U.S.

Under the Constitution the Power of the Government had its checks and balances, power was divided between the three branches of government.

To do anything else means you no longer have a Constitutional government. I'm not even talking about the obvious which we have already covered, read the following:

"The Secretary of the Treasury and/or the Attorney General may require, by means of regulations, rulings, instructions, or otherwise, any person to keep a full record of, and to furnish under oath, in the form of reports or otherwise, from time to time and at any time or times, complete information relative to, any transaction referred to in section 5 (b) of the Act of October 6, 1917." -- Title 12 Banks and Banking page 570.

How about Clinton's new Executive Order of June 6, 1994 where the Alphabet agencies are granted their own power to obtain money and the military if need be to protect themselves. These are un-elected officials, sounds un-Constitutional to me, but read on.

"The delegations of authority in this Order shall not affect the authority of any agency or official pursuant to any other delegation of presidential authority, presently in effect or hereafter made, under section 5 (b) of the act of October 6, 1917, as amended (12 U.S.C. 95a)"

How can the President delegate to un-elected officials power that he was elected to have, and declare that it cannot be taken away, by the voters or the courts or Congress. I tell you how, under martial law, under the War Powers Act. The American public is asleep and is unaware nor do they care about what is going on, because it may interfere with their making money. I guess Thomas Jefferson was right again:

"...And to preserve their independence, we must not let our rulers load us with perpetual debt. We must make our election between economy and liberty or profusion and servitude. If we run into such debts as that we must be taxed in our meat and in our drink, in our necessaries and our comforts, in our labors and our amusements, for our callings and our creeds, as the people of England are, our people, like them, must come to labor sixteen hours in the twenty-four, and give the earnings of fifteen of these to the government for their debts and daily expenses; and the sixteenth being insufficient to afford us bread, we must live, as they now do, on oatmeal and potatoes; have not time to think, no means of calling the mismanager's to account; but be glad to obtain subsistence by hiring ourselves to rivet their chains on the necks of our fellow sufferers..." -- (Thomas Jefferson) THE MAKING OF AMERICA, p. 395 Submitted January 28

"Lloyd Bentsen, of Texas, to be U.S. Governor of the International Monetary Fund for a term of 5 years; U.S. Governor of the International Bank for Reconstruction and Development for a term of 5 years; U.S. Governor of the Inter-American Development Bank for a term of 5 years; U.S. Governor of the African Development Bank for a term of 5 years; U.S. Governor of the Asian Development Bank; U.S. Governor of African Development Fund; and U.S. Governor of the European Bank for Reconstruction and Development." -- Presidential Documents, February 1, 1993.

At the same time, Bentsen was the Secretary of Treasury. Gee, I don't know, this sounds like a conflict of entrust and interest to me, how about you? Also, Congress is the only one under the Constitution able to appropriate money.

How about a few months ago when Secretary of Treasury Ruban sent tons of money to Mexico, without Congress' approval. Also, Secretary of Treasury Ruban was president of the bank that made the loans to Mexico, he was then made Secretary of Treasury and paid Mexico's debt to his bank with taxpayers money. Again, sounds like a conflict of entrust to me.

"Without limitation as to any other powers or authority of the Secretary of the Treasury or the Attorney General under any other provision of this Order, the Secretary of the Treasury is authorized and empowered to prescribe from time to time regulations, rulings, and instructions to carry out the purposes of this Order and to provide therein or otherwise the conditions under which licenses may be granted by or through such officers or agencies as the Secretary of the Treasury may designate, and the decision of the Secretary with respect to the granting, denial or other disposition of an application or license shall be final." -- Section 7, Title 12 U.S.C. Banks and Banking

Do the issues I have brought up sound like this is a Constitutional government to you? I have not covered the main nexus, the money. I didn't make this information up, it is the government's own documents and legal definitions taken from their dictionaries. I wish the hard working Americans in the government that are loyal to an American Republic could read this, the more that know the truth the better.

Originaly placed on the web by James Montgomery, Knowledge is Freedom BBS, 910-869-1945, High Point North Carolina, August 27, 1995.

RELATED VIDEOS: NATIONAL DEBT – TO WHOM DO WE OWE?

http://www.youtube.com/watch?v=30-WtZTH06o&feature=related        PART 1 OF 5

THE MATRIX AND
THE U.S. CONSTITUTION
By: no name (hidden for his safety)

INTRODUCTION:

During my twelve years service as a Judge, I always insisted on the truth and placed justice above law
and order! I could have prepared this article indicia of a research paper however; people tend to lost
interest when articles of this nature become too technical. Science has taught us that, "For every action
there is a positive reaction!" if your life on earth resembles a Matrix, it is because you're seeing things
for the first time, with eyes wide open, but you feel confused! That feeling of confusion is appropriate
because the information you are now digesting, contradicts much of the information you have been
spoon fed throughout your life! I named this paper after the movie "The Matrix," written by the
Wachowsi brothers. After reading this, watch the movie and you will notice many similarities.

In 2002, my brother ran into a problem with the IRS and to help him out, I began to research the Tax
Code. One thing led to another and suddenly I was uncovering information about our government,
which was directly in conflict with the U.S. Constitution and what I have been led to believe throughout
my life. In time I began to interface with people from every state in the Republic, who was doing the
same thing I was doing; some for the same reason and others for different reasons. We began to trade
our research and the facts I uncovered was totally in contradiction to the history of America, which had
been taught to us in public school and the principals of law, I had absorbed during my service as a
Judge. I began to assist people to prepare and file suits in the courts and I filed several of my own. At
one point, because of the information I'm about to provide you; I became extremely depressed. After
about three months, I eventually shook it off and continued on with my research.

My hope in writing this is to help you, the reader, make sense of it all, which will require you to wash
your mind clean of the brainwashing you were subjected to by our government, our government
controlled public schools and church's and reeducate yourself. When you understand the actions, the
reactions will make sense, and it should anger you! Eventually, you will have a choice to make; a choice
that will define: "How to survive life in, The Matrix?". In 'The Matrix' nothing is real however, your
mind has been conditioned to believe it is real! The Matrix is far too big to defeat; no one can escape it,
and we haven't the means of intelligence to beat those in control! Through my research, I discovered
that America is a society of functional illiterates! I remind you that this is not my opinion, I'm just the
messenger!

The people in charge of the Matrix represent the most powerful and intelligent humans on earth. When
gifted children appear in the public schools of the world, they are courted with scholarships, money and
eventually memberships into secret societies! They will be introduced to very persuasive intellectuals,
who, will convince these young gifted people, that it is their place and duty to be a part of the elite who
rule the worlds population, because the rest of the worlds population are too stupid to make decisions
for themselves (their comment – not mine)! When the "New World Order" is officially and openly in
control, only the extremely intelligent will be allowed to propagate. Everyone else will be sterilized or
murdered through staged pandemics, used to eliminate excessive populations! Every Foreign
Revolution, the World Wars, the Depression, Prohibition, Korea, Vietnam, the Middle East conflict and
the Influenza Epidemic during World War I; was planned and orchestrated by these people!

Many early writers researched much of this history and were forced to fund their own publication and the distribution of their work. Most never received the acclaim they deserved, and never knew our government was responsible for their failures! I am prepared to supply anyone interested with mounds of research in support of what I have written herein!

When I've conveyed parts of this information in court documents, the oppositions lawyer, responds to their clients that, "I'm just crazy," and if the judge is within earshot of that comment, he will nod his head in judicial agreement! Well, I guess that caps it! if a lawyer and lawyer judge, both contend that I am crazy! They wouldn't lie to you! .............Or would they?

The motive of our Founding Fathers was totally self-centered. It was their personal greed that inspired them to accept the task of writing the Constitution of the United States and not patriotism! In actuality, the United States is not a land or a place: 'It is a corporation, a legal fiction that existed well before the Revolutionary War.' [See: Republica v. Sween, 1 Dallas 43 and 28 U.S.C. 3002 (15)]

Justices and Magistrates, is a lawyer and member of the Bar. These Judges have the authority to establish local rules of court and those mentioned, have created a local rule that prevents common people from representing any other person in their court or 'to practice law without a license!' A license requires that you produce your Bar Association number. For those who don't know, the Bar Association is simply a 'Lawyers Union,' and when lawyers are accepted into the Bar, they are required to swear allegiance to a foreign power! The American Bar Association is a branch of a national organization titled; "The National Lawyers Guild Communist Party" and can be found recorded in the United States Code at: [28 U.S.C. 3002 section 15a]. They have become so big and entrenched that they no longer fear reprisal!

Whenever I tell people that there is no actual law that makes it a crime to represent another person in court, their reaction is, "liar!" I remind them that Abraham Lincoln and Clarence Darrow never went to law school or passed the Bar, but their reaction is understandable because the Bar is a very powerful organization and its members have infiltrated every nitch of American life and business. How many times in your life have you heard, "You can't practice law without a license?" I've heard it said in numerous movies spanning one hundred years; in my mother's soaps and comedians in jokes and in theatrical skits. I've seen the phrase in print in newspaper articles, magazines and heard it on the radio! Before I learned the truth about this fact, even my personal lawyer made that comment to me! We all have been brainwashed to believe a lie and because we've heard it so often from people we trust, and who are supposed to have our best interest at heart; we all just assume it must be true! How many other lies have you assumed, "it must be true?"

Our America society has been lied to by their government and lawyers more times than you will sign your name in your lifetime, and we have been indoctrinated "brainwashed" to believe that the Constitution was created for "We the People." The purpose behind these lies is to make you believe that you are free, safe, protected and secure, and it is all a hallucination! How many of you have studied each line of the constitution; the Statutes at Large and the Articles of Confederation, armed with a reputable dictionary or a law dictionary from that era.

If you take time to do this, you will soon discover that the true purpose of the Constitution was to create a business plan and to establish a Military Government, for the protection of the Founding Fathers, the Kings commerce, protection of his Agents and the future control of his subject Slaves! Even the preamble of the U.S. Constitution is a clue to the lie and which states, "... to ourselves and our

posterity!" If you never saw the title, "The Constitution," and you were never told what this document was about; what do you think would be your first impression upon hearing or reading: "… to ourselves and our posterity!" The CONSTITUTION is not for "We the People" and AMERICA is a Matrix of misinformation. In the eyes of those in control; America is nothing more than a large Plantation and "We the People" are the Slaves. In many U.S. and World Treaties, the term "high contracting powers" is used to define your Masters! Everyone else is considered by them to be their Slaves!

All of the Founding Fathers had two things in common. They all shared the gift of a good education or were gifted individuals, and they all came from families of business and or their one opportunity to make them powerful and wealthy "………to ourselves and our posterity!" Initially, their plan was to steal America away from the King; despite the fact that King George funded the exploration of the New World, which legally gave him first claim to all new continents discovered.

The seizure of the Americas by the Kings explorers was not as it has been depicted in our history books, presented to us by our government, in our government controlled public schools. Native Americans (the Indians) were murdered, their villages burned, many were enslaved, infected by diseases brought from England and their lands taken by force and the threat of force, by these early explorers! The Indians were labeled savages by these immigrant explorers from England, but the true savages were our English ancestors.

One thing the Founding Fathers did not know, was that all of the Kings lands and all future acquisitions such as the AMERICAS, had been given and pledged by King John to Pope Innocent III and the Holy Roman Church, by the Treaty of 1213. After that fact was proven to the Founding Fathers; King George and representatives from the Vatican; decided to use the Constitutional draft created by the Founding Fathers, to further their plan to control the Colonists! Control attained by bringing the Colonists to their knees in debt! Any way you read it, the Constitution was never written with the intent of benefiting the American people!

Did you know that 98% of the Law Schools in America and England do not include Constitutional Law as a part of their law curriculum? The reason for this phenomenon is because Constitutional Law does not apply to or affect the enforcement of statutes, codes or administrative regulations, which have replaced constitutional law, the common law, public law and penal law and which have been designed to control you; [e.g.] Constitutional Law is taught as an elective at Harvard, Yale and Cambridge, and only for students of law who are planning a future career in government. This should make sense to you as you read on.

In the true History of America, neither side WON the Revolutionary War! At first, the appearance of English troops in the colonies was simply a show of force by King George, intended to intimidate the Colonists and force them to pay him taxes. Factually, back in England, English soldiers refused to take up arms against the Colonists because they were English citizens and relatives.

Mr. Mayer Amschel Bauer, founder of the Rothschild Banking Empire; by this time, owned the King! Mr. Bauer had extended unlimited credit to the king and arranged contracts with him, which permitted the Rothschild Tax Collectors to represent and collect the Kings Tax from the Kings subjects. [This is the origin of the concept behind the establishment of the IRS]. It was Bauer who suggested to King George that he enforce a Tax against the Colonists in the New World, since the tax being collected in England was barely enough to pay the interest on the Kings loans. When English soldiers refused to fight; Mr. Bauer negotiated a contract with unemployed Russian/Germanic soldiers, to fight for King

George, at a cost of 50 cents a day. Bauer then informed King George that he had hired these soldiers in the Kings name but at a cost of $1.00 a day!

King George utilized these soldiers; dressed them in English soldier uniforms and ordered his career Officers to command them. When his show of force in the Colony's failed; Mr. Bauer suggested that King George finance the Colonists in their War efforts against him, and bring the Colonists to their knees in debt. The King succeeded in accomplishing this through his appointed civilian figurehead's in charge of his government of France. Mr. Bauer wanted to expand his Banking Empire into the Colonies. He discovered that the Colonist didn't trade in gold or silver but used script as the basis of their economy. The script money used, were promissory notes printed by the Colonists. All the colonists agreed that they would consider these notes, the lawful currency of the colonies. Mr. Bauer wanted gold or silver and induced the King to demand that his Tax in the Colonies be paid in gold or silver. It was that condition, "that broke the camels back" and caused the "Boston Tea Party!" "Whoever controls the money – controls the country!
[Rothschild]

Surreptitiously, King George infiltrated the Colonies and their feudal attempt to form a new government, using spy's' composed of English lawyers and English aristocrats, loyal to him. The spy's assignment was to infiltrate the new government; carry out the plan to defeat the Colonists through debt and establish regular reports to the King! The Church also had their appointed representative in place to protect and insure that their interest is being observed. Much of the loans received from the French, went into the pockets of the Founding Fathers!

The Founding Fathers eventually conceded to King George and the Holy Roman Church's demands, by and through the intervention and persuasiveness of the Kings spy's. Ironically, the common denominator or glue that eventually bound King George, the Founding Fathers, the English lawyers and English aristocrats together was a secret society called the "Illuminati." Even Paul Revere and Benjamin Franklin, were members of the Illuminati! This secret society had a criminal and deadly past in Europe and in America they were eventually renamed, "The Free and Accepted Masons." The majority of the regular membership of the Free and Accepted Masons; do not know about the "Illuminati influence" within their rank and file! The Illuminati members operate out of special secret societies separate from the regular Masonic membership and are found in every branch of the Free and Accepted Masons of the World.

Think about the Colonists who we have been taught to revere by our public school system! All of these individuals were members of this secret society and all were Traitors. Our history books also instruct us to apotheosize the Founding Fathers, but don't hold them in reverence, hold them in contempt! By and through their intervention, "Slaves you are and Slaves you will ever be!" An example of a man in history we have been taught to revere is Benjamin Franklin. Would it shock you to learn that he was on the Kings payroll and his many trips to England, was actually to report on the colonial government to King George?

The Declaration of Independence is another story omitted from our American history books. Of the fifty-one men involved in the creation of the Declaration of Independence, twenty-one were actually (traitors) and on the Kings payroll. During the Revolutionary War; English Officers were provided the names, addresses and family members of these thirty (loyalists) involved in the creation and signing of the Declaration of Independence. The English soldiers had been ordered to hunt down and murder all thirty (loyalists), their wives, children and all relatives, with further instructions to burn their bodies

inside their homes. The soldiers were to leave no trace of these men and their families; to wipe out their existence for an eternity! The history of civilizations has taught us all that martyrs are dangerous to men of power and King George didn't want to leave any martyrs! It is pretty obvious who provided the detailed information about the thirty (loyalists), their family and addresses.

At first glance, it appeared that Guy Madison of Virginia; was so concerned about lawyers holding any position in American government; that he championed about lawyers holding any position in American government, that he championed the 13th Amendment, which barred lawyers from holding any public office in government! The 13th Amendment was ratified, but never made it into print in our government controlled schoolbooks and public classrooms. The Amendment was surreptitiously removed and replaced by the 14th Amendment. The 15th Amendment became the 14th and so on. Madison's efforts appear admirable but his later actions, as a member of the 1st Congress; suggests that his only real concern was to block lawyers from undermining the theft that he and his compatriots' had planned for America!

Once the cost of the Revolutionary War sufficiently place the Colonists in debt; the English soldiers were ordered to dispense with their efforts, recover their arms and within the next eight years they eventually returned to England. The Colonists were so glad to see the fighting stop that they allowed the soldiers to retreat and exit America peacefully. There is an old legal Maxim that states: "The first to leave the field of battle – loses." Pursuant to this Maxim, the Founding fathers proclaimed the Colonists the victors! Am Maxim is a legal truth that is time honored and incorruptible.

In reality, the War was just a diversion! The colonists had no chance of succeeding in their efforts. Examine the facts for yourself! During this era; England had the largest Army and Navy in the world. King George owned England, Ireland and France, having a combined population of about 60 million subjects. The Colonists were poorly educated, poorly armed and composed of farmers, tradesmen, bonded slaves, women and children and boasted a total population of only 3 million subjects. And considering the undermining that was occurring to their nation by the Kings spy's and the Founding Fathers; the Colonists didn't have a prayer of defeating the English.

Americans have been indoctrinated by our federal and state governments and through government controlled public schools and literature; government controlled media and government-controlled churches [YES, EVEN THE CHURCHES]; to believe that America defeated the English! We celebrate that victory and our so-called Independence each year on the 4th of July, and it is all a bunch of propaganda; a carrot to lead the horse and keep this society stupid and passive! We boast today that our country represents the finest schools in the world, but in reality, we're no smarter than the first Colonists! We only know more about other things because of new technology developments during the last 250 years and yet the average IQ of America is 70.

Documented proof that the Constitution was not for us can be found at: Padelford, Fay & Co. v. The Mayor and Aldermen of the City of Savannah, [14 Georgia 438, 520].

This was a Court case wherein the Plaintiffs sued the City of Savannah, for violating what they believed were their constitutionally protected rights! The decision of the Judge says it all: "But indeed, no private person has a right to complain, by suit in Court, on the ground of a breach of the Constitution, the Constitution, it is true, is a compact but he [the private person] is not a party to is!" [Emphasis added]

The United States Constitution was converted into a (Trust) and the legal definition of a Trust is: "A legal obligation with respect to property given by one person (donor), to another (trustee), to the advantage of a beneficiary (Americans)." The property in this Trust includes all land, your personal possessions that you believe you own and your physical body. The donor of the Trust is the King of England and the Holy Roman Church. The Trustee's are all federal and state public officials, which means that they truly are Agents of a foreign power; the King and the Vatican.

The reason the Constitution was converted into a Trust is because, as a non-trust business plan; The Constitution completely bound the hands of our government officials. By their converting it into a Trust, our public officials; were then free to make any changes they desired to this government, without their constituents knowledge. The rules of a Trust are secret and no trustee can be compelled to divulge those rules, and the trustees can change the rules without notice to the beneficiary.

The one pitfall confronting them and their plan was the fact that by converting the Constitution into a Trust, our public officials had to legally assign a beneficiary, and the beneficiary chosen could not offend or be in contrast to the numerous International Treaties that were in force. Our public officials wanted to stay in control of the Trust as the trustees; however a trustee cannot also be a beneficiary. So even though the Constitution was never designed or written for the Sovereign American people; they unknowingly became the beneficiary of this secret Trust and hence, the creation of the "propaganda" regarding out Constitutional Rights.

All high ranking public officials, lawyers and judges; laugh at the ignorance of people who claim that their Constitutional Rights have been violated! Lawyers are actually taught to treat the members of the general public as inferior individuals! This also explains the 'air of arrogance' that most lawyers convey in their demeanor and speech.

The more powerful Agents of the states and the federal government however, have been stealing the benefits from the Trust through numerous maneuvers that have the appearance of being lawful. In their defense, many former public officials (Agents) were not corrupt to begin with but, by accepting bribes or as the result of enjoying an arranged extramarital relationship, they became the victim of an extortion plot and succumbed to the threat to expose the bribe or their elicit affair, to their constituents. By becoming an (Agent), all was forgiven and forgotten! The people, who arranged the bribes, also arranged the situations and applied the pressure to force honest men to become dishonest! [An example of this could be a sudden demand by a Bank to pay off a loan; based upon a hidden clause in the loan contract and which could result in a foreclosure, bankruptcy and scandal]!

There are not remaining public federal employees in America! All employees who you believe to be a part of America's government, are actually agents of a foreign government and this definition includes the [President]. The federal elections are a joke on us! All of the candidates have been (jointly pre-selected and prescreened) by the National Boards of the Republican and Democratic Parties, well before the Election process. All of our federally elected officials, appointed administrators, federal police and judges; receive their paychecks through the Office of Personnel Management. OPM is a division of the International Monetary Fund, which is owned by the Rockefeller and Rothschild families and their Banking Empires, which operates in tandem with the United Nations. The IRS and Interpol; are owned by the International Monetary Fund, which has been identified in an earlier version of the U.S. Army Manual, as a Communist Organization.

Those Americans, who do not know how to assert their beneficiary status; are treated by the government and their courts, as a corporate fiction. The corporate governments and their courts, only have jurisdiction over corporations. Corporations have no rights or jurisdiction over living people and are only provided considerations, which have been pre-negotiated in contracts by their directors. Otherwise, they're governed totally by commercial law, and so are you.

At this point, I believe I should address a "corporate fiction" for you by creating a situation you can relate to.

SITUATION: [You've decided to go into business for yourself and you thought up a clever name for your business. Everything you've read and the advice received from a lawyer or friend; suggests that you should incorporate your business. To incorporate is to create a business on paper. It isn't real; it is a business in theory, which makes it a fiction! The lawyer or accountant you hired to prepare your corporation; records your business with the state as a state corporation and identifies you as president of the board of directors, not the owner. Your business is now "a corporate fiction" any by recording the business as a state corporation; you no longer own it, the state owns it! You just gave your business away and made yourself an employee]!

Our presumed government representatives have done the same thing to each of us. They changed each of us from "a sovereign" into "a corporate fiction." Your corporate name is easily identifiable, in that it is expressed in all capital letters on all your documents and all communications received from every government agency.

The reason for converting every Sovereign American into a corporate fiction dates back to the Principal of Law under the King! The King is a Sovereign Monarch and dictator, who by his authority, creates the laws that govern his subjects. He is the Source of Law and therefore the law cannot be enforced against him! In America, the Source of Law is the Sovereign People and therefore no laws can be enforced against the Source, except for those specifically agreed to or defined by the original Constitution. Those laws are defined by the original Constitution. Those laws are defined as Theft, Assault and Criminal mischief; but since the Colonists never voted on the Constitution, none of these offenses are enforceable against a living Sovereign. They are enforceable however against a corporation or corporate fiction!

In theory and according to the common law; before any Sovereign can be arrested for one of these crimes; a complaint must be filed with the elected Sheriff. The Sheriff, by his own authority, assembles (a common law jury) of the accused Sovereigns immediate neighbors, called a Grand Jury. The neighbors hear the complaint and evidence presented to them by the complainant. They are permitted to ask questions of any witness and can subpoena anyone else who can shed light on the allegations. A majority must then decide if the accused Sovereign is to be tried by a court. All of this is done without [a judge or prosecutor in attendance]! This is a real Grand Jury proceeding, which is far removed from the joke perpetrated by our corporate government and courts today!

What happened to our Grand Jury rights of old? The Bar Association has successfully stolen that right away from the Sovereign people, little by little, through rewrites of the Judiciary Act, so that now the American public believes that the Grand Jury is an instrument subject to the jurisdiction, right and whim of the prosecuting attorney! The prosecuting attorney controls the entire proceeding and who testifies. The judge then tells the jury what the law is and the members of the panel are always denied the opportunity to view the written law!

All of our governments are corporations and are responsible for the creation of about 800 thousand laws called statutes, which are designed to control the Sovereign people of America. Just like the King; these statutes cannot be enforced against the Source of Law, which are the living breathing, flesh and blood Sovereign people.

All of the Agents in power beginning with the King, the Vatican, the Founding Fathers and now our presumed public officials, wanted to obtain power and control over America and the Constitution pretty much prohibited them from achieving those ends. So they began to devise ways to change the Sovereign Americans into [a corporate fiction]. These Agents also decided and reasoned that they cannot educate the masses, without exposing their treachery, and so our private and public education must be controlled.

Without any real Constitutional basis, the U.S. Department of Education was created. The Constitution made it the responsibility of each state to educate their people and several states challenged the Congress in the courts. The matter was eventually hear by the U.S. Supreme Court, which has never been a Constitutional Article III Court from its inception, which I will explain. The Supreme Court ruled that the federal government was entitled to oversee the educational requirements of "United States Citizens" by virtue of their Constitutional powers to regulate Commerce. Bad law is bad law, no matter how you turn the paper and that ruling gave the federal government the green light to initiate its "brainwashing" process of the American public.

Let me explain how the Court arrived at its ruling because these are not ignorant men. On every form you file to receive "government benefits" and even the "voter registration form," there is a question that asks: Are you a United States Citizen? YES / NO and everyone circles the YES answer. Didn't you? Now look up the definition of a "United States Citizen," in a reputable law dictionary. You will discover that a United States Citizen is a phrase designed to identify a "corporate fiction!" Clever, isn't it? You and every other American had no idea that you were admitting you were a corporate fiction when you circled that YES answer, and you did it under penalty of perjury.

The sovereign states had been abolished in 1790 by the adoption of Article 1 of the Statutes at Large, which converted all the sovereign states into federal districts and gave the federal government lawful jurisdiction everywhere. In consideration of the fact that the federal government is a corporation and that corporations can lawfully own other corporations; and all the American subjects to be educated have admitted under penalty of perjury that they are corporations; the Supreme Court ruled in favor of the corporate federal government. [See how sneaky and trick lawyers can be? And all the more reason why lawyers should never be allowed to serve in government or in judgment of us]!

Under our corporate governments, no Sovereign cal lawfully be tried or convicted of any statutory crime! I recently discovered how to avoid prosecution under the Trust, when a Sovereign is taken before a corporate prosecuting Attorney or a Judge:

First: The Sovereign must in quire if we are on the record, and if not, insist upon it! Say nothing, sign nothing and answer no questions until you are convinced that the proceedings are being recorded!

Secondly: All a Sovereign has to say for the record is: "I am a beneficiary of the Trust, and I am appointing you as my Trustee!"

Thirdly: The Sovereign then directs his Trustee to do his bidding! "As my Trustee, I want you to discharge this matter I am accused of and eliminate the record!"

Fourthly: If the Sovereign suffered any damages as a result of his arrest, he can direct that the Trust compensate him from the proceeds of the Court by saying: "I wish to be compensated for [X] dollars, in redemption."

This statement is sufficient to remove the authority and jurisdiction from any prosecuting attorney or judge. The accused will immediately released from custody, with a check, license or claim he identifies as damage. It doesn't matter what the action involved or how the corporate law as a civil or criminal action classifies it! It works every time.

All of the Codes, Statutes and Regulations throughout the United States are a Will from the Masters to their Slaves. A Will is defined as, "An express command used in a dispositive nature." When individuals in America are charged with a crime and warehoused in a jail; it is because they went against the Will of the Masters, and not because they harmed another person! Remember that: The Will demands from us, all that we are, keeps us in check and promises us nothing!

The police officer, who arrested you, has been "brainwashed" into believing that he is doing the right thing, when in fact he is nothing more than an "armed slave acting as a henchman" and hired to bully and intimidate all other Slaves into submission of the Masters Will. This statement will probably offend most police officers but this is fact and it is not their fault! Most police officers believe they are performing a public service and doing the right thing in the performance of duty. They have been lied to by the government and in most cases police officers are pumped full of lies more so than anybody else.

Recently, the Police have all been ordered to complete (paramilitary training) and were told that this is essential because of the new threat of Terrorism. The people responsible for this training and brainwashing are the same people and foreign Agents who have been controlling all of us since our birth! NOTE: I'll bed that nobody told these police officers that these suspected Terrorists may come at them from their very own government officials!

So now our government officials have our police officers training to act as a military unit. [e.g.] Follow our orders and don't think! They have succeeded in placing these officers on edge, so that their every reaction; will be an over-reaction to the situation, just like Hitler's Gestapo. Near the end of this paper, I will disclose to the reader about a situation that has been planned by our government officials and is soon to unfold! The police paramilitary training and their extensive brainwashing has been implemented specifically for this event.

It is expected that police officers will over-react and begin killing innocent Americans, and once they are no longer of use, the officers and their families will all be ordered to receive vaccinations that will kill all of them. My guess is that after this planned mass genocide has occurred, the Russian and Chinese military will replace them in the field.

Part of the Fraud perpetrated against "We the People" by this Will, is the fact that there are actually no criminal laws in America. The Rules of Procedure used by every Local, State and Federal Court are Civil Rules, not Criminal. Court official simply substitute the word criminal for civil depending upon the case at hand. Rule 1 of the Rules of Civil Procedure reads: "There shall be but one form of action, a civil action." This means that the Criminal laws promulgated and enforced by the police and our

corporate governments are all civil and are being fraudulently enforced against our "corporate fictions" as criminal. When anyone goes to jail, it is for a civil infraction of the Masters Will. That makes all of our jails, debtors prisons! "Does that Ring a Constitutional Bell?"

Title 18, Federal Crimes and Offenses: was never voted on by the Congress, which means that these federal laws are NOT positive law in America. Now, if you were a part of a government conspiracy to destroy America and soon to commit a mass genocide of its population; would you really want to vote Title 18 into positive law? My belief is that the Congress intentionally omitted its passage, so that members of Congress could use that as a defense, should they be caught and tried for Treason! Do you believe the lawyers hired or appointed to represent all the individuals accused of federal crimes, knew about this fact?

You bet they know!

Armed with this fact: Now look at the number of convicted people sitting in federal prisons, who believe they have been lawfully convicted of violating a federal crime! How many do you imagine have been put to death? How many were shot and killed during the arrest? How many were killed attempting to escape from their illegal confinement?

The Internal Revenue Code relies upon Title 18 to convict people of Tax Evasion, which (only applies to corporations). Look at all the people sitting in federal prisons who were convicted of this so-called crime? What makes it worse is the fact that the Queen of England, entered into a Treaty with the federal government for the taxing of alcoholic beverages and cigarettes sold in America. The Treaty is called The Stamp Act and in this Act, the Queen ordained that her subjects, the American people, are exonerated of all other federal taxes. So the federal income tax and the state income taxes levied against all American's is contrary to an International Treaty and against the Sovereign Orders of the Queen. Like it or not, the Queen is our Monarch and Master! The Tax is illegal and still people have been prosecuted and imprisoned, contrary to law!

One hundred percent (100%) of the people sentenced and held in all American Jails have either been convicted of crimes that are not positive law or were convicted of civil crimes, and are being detained there by their consent! That's Right! The lawyers and judges representing our legislature and judicial system, created maneuvers to insure that anyone who is accused of a so-called crime and posts bail, (signs a contract to appear and consents by that contract to the proceedings scheduled). Anyone who applies for a public defender, signs the same contract without knowing it and anyone who privately hires a lawyer to represent them in a Court proceeding, consents to the same contract upon the lawyer filing a "Notice of Appearance!" When you hire a lawyer, you signed a Power of Attorney. He is required to file his Notice of Appearance in that case and that Notice of Appearance offers your consent and binds your appearance to the proceedings!

Absent these aforementioned contracts; the Court cannot proceed against you! When that occurs; the Judge and the Prosecutor, attempt to trick and intimidate you into giving your consent! If you don't know how to invoke your Sovereignty, and you take what they throw at you, and stand your ground; they will be forced to release you after 72 hours has elapsed.

I'm not a bleeding heart liberal who believes that we should open up the jails and let everyone out! There are people in our jails who need to be there, despite the fact that they have been incarcerated illegally! My vote is to leave that hornets nest alone!

We American's are so proud of the fact that we live in a Democracy! Now look up the word "Democracy," in a reputable Law Dictionary, and see the legal meaning. Democracy is defined as: "A Socialist form of government and another form of Communism." Do you remember the lies that President Reagan, the Congress and the Media told America? The lie was that, "The Iron Curtain fell without a shot being fired!" The truth is that the Iron Curtain came down because Communist Europe found an ally in the West and there was no longer a need for walls! PS/ Your Federal Taxes constructed the worlds largest automated vehicle and munitions plant for the Soviet Union, during the dismantling of the Berlin Wall PPS/ The attempt to assassinate President Reagan occurred because he had disclosed to the American people that: "None of the federal income tax aid by the American people is ever deposited into the United States Treasury and is being deposited into the Federal Reserve Bank for its use and benefit!" Shortly after making that statement, Reagan was shot by John Hinkley, who was quickly declared insane, so that there never would be a public trial! If you recall, President Reagan was never the same after that incident! The Masters don't play around – they eliminate problems or radically curve attitudes!

On September 17, 1787, twelve State delegates of the Thirteen State Colony's approved the Unites States Constitution, not the Colonists, and by their doing so, the States became "constitutors." A "constitutor" is defined under civil law as, "One who by simple agreement becomes responsible for the payment of anothers debt." [See: Blacks Law Dictionary, 6th Edition].

Many early immigrants to the United States arrived here as Bonded Slaves. A person of wealth or substance became the [payer] by offering to pay or promising to pay or [bond] the debts of another person, and usually paid the cost of his or her voyage to America. This made the payer a [constitutor] and gave him title as [master] over the debtor [slave] by written contract. A "Bonded Slave" is a corporate fiction. The payer's new title and power as the "Bond Master" of the debtor, causes the immigrant to become "a Bond Slave" and the property of the Master until such time he is paid back in his investment by the Bond Slave or by someone else. This means that the Bond Master can buy and sell these contracts.

If a Bonded Slave was mistreated by his Bond Master; the law did not represent him because the Bond Slave (a corporate fiction) had no human rights afforded to him by any law! Corporate fictions have no rights. If the Bonded Slave desired rights, he was obligated to negotiate them in his contract with the Bond Master before accepting the contract. If the Bonded Slave runs away from his abusive Bond Master; the law in place however, attached a bounty, hunted him down and returned him to the Bond Master. Remember also that the first Slaves in America were (Indian) and then Caucasian, of English, French, Irish, and German ancestry.

The Constitution is not for "We The People:"

As mentioned before, the Colonists were never presented the Constitution to vote on its passage and approval because the Constitution was never written for them and has been rewritten two more times since then, but only our government officials know about that! And now, so do you.

1) Article ONE of the Constitution allows the Congress to borrow against the full faith and credit of the American people without end, it keeps us eternally in debt and makes all loans the government received from the King or any other entity, valid and enforceable against "We the People!" How is that good for us?

2) Article ONE, Section EIGHT, Clause (15) of the Constitution reads that it is the Militias job to execute the laws of the Union. The Militia is a military unit something like the Police or National Guard, and is composed of members of our local community. The new State Constitutions however make Militias illegal except in time of war and authorizes the Police to arrest the members of a Militia, should they attempt to reform their ranks! How is that good for us?

3) Article ONE, Section EIGHT of the Constitution gives the Congress complete power of the Military. What do we do when it's the Congress, who we need to have arrested for Treason and Peonage? How is that good for us?

President Obama has changed the Military Oath. Soldiers no longer swear to support or defend the Constitution, but rather to support and defend the President! Now, isn't that convenient?

4) Article SIX, Section ONE of the Constitution is the law that makes American Citizens responsible to file income tax returns and not because of Title 26 of the United States Code. Parts of our flawed history, taught to you by our government controlled school system, accurately described that the English people had been taxed into a state of poverty by King George and was one of the reasons the Colonists fled Europe for the New World. So how is this good for us?

The IRS is not a U.S. Government Agency, they are Agents of a foreign Power, operating under a private contract and your obligation to pay and file federal taxes is a scam! Only federal employees and persons born in Washington, DC and the federal territories were ever obligated to pay and file, prior to The Stamp Act but we were never informed of that fact.

The National Debt is a Federal Debt, and always has been! The name change was the3 clever use of "propaganda" intended to invoke our civil patriotic pride! The foreign Agents in charge of our government; have been borrowing funds to line their pockets with, to buy influence, make business deals and seal Treaties with Communist Third World Countries and Dictators, which will never benefit "We the People." They have lied to us, enslaved us, imprisoned us and sold our gold to the Vatican in 1933 and invested the proceeds for their selves. The money they have been borrowing since 1933 is not real money but "negotiable debt instruments" which is the same thing as monopoly money. This means that in order to pay off the Federal/National Debt; all they ever had to do was print a money order, without any account numbers on it, for the entire debt, sign it and present it to the lender [The Federal Reserve Bank] and the debt is paid in full!

The foreign agents who purport to be our public officials; are responsible for eliminating the strength of American Labor Unions, the elimination of our jobs, the erosion of our inalienable rights, and have instigated every war or conflict we have ever become involved with in history and (they convinced us that it was the other guys fault)! They have converted us into corporate fictions, and sold us as securities to foreign corporate investors, and have denied us our heritage! Everything they have been doing is designed to undermine our freedom, liberty and representative form of government. Their goal and final blow against, "We the People," is our mass genocide and the total conversion of our government to the communism!

5) The SIXTEENTH AMENDMENT to the Constitution, regardless of the dispute of how it was adopted; permits the Federal Government to assess and collect a direct tax against "We the People." Most Americans do not know that the Federal Government is and always has been financially self sufficient, the result of tariff's imposed upon imports, exports and commerce. Not one penny of the Direct Federal Income Tax, paid through the IRS, is ever for or deposited into the United States Treasury. Those Taxes are deposited into the Federal Reserve Bank for the Masters use. So how is this direct tax good for us?

You may be wondering about no, how the Unites States government can collect taxes from, "We the People", when we are Slaves, own nothing and are not parties to the Constitution? Despite its legality, it is done under a process known as "debt collection" through private contractors [the IRS] and through a private contract, the Unites States Constitution. The IRS belongs to the International Monetary Fund, who also owns the Federal Reserve Bank. The IMF holds the controlling interest in all the banks in America! The IMF is the Rockefeller and Rothschild Empires, along with the eleven wealthiest families in the World. When you see or hear of a Bank closing – it is a diversion and is intended to injure and panic the public! The condition of the economy in the world today is being manipulated by these people. Their schedule for the adoption of the New World Order is close at hand and these public Agents need to scare us into believing that this new form of government is our salvation! Factually, it will only be food for them and it will be our ruin!

6) Article 12 of the Articles of Confederation promises the full faith and credit of the American people to repay all loans made by the United States government. The money borrowed by the Unites States to finance the Revolutionary War came from France. Who owned France? (King George) Who was the opposition in the Revolutionary War? (England). Our Founding Fathers promised our labor, equity, full faith and credit, to repay those debts that will in theory, never come to an end! So how is that good for us?

7) The Bill of Rights was not for your protection. They're laws that represent one mans ability, with the assistance of the State, to control another mans actions, and since they're included under the U.S. Constitution, they're not for you! So how is that good for us?

8) The Thirteenth Amendment barred lawyers from ever holding a seat in public office. The Amendment was ratified however, during the second secret writing of the Constitution, this Amendment was dropped and replaced by the 14th Amendment and the 14th Amendment was replaced by the 15th Amendment and so on. The replacement wasn't done by a Constitutional Convention it was simply omitted! The original Constitution is the Law of the Land and was designed to regulate our government. The 13th Amendment still is positive law but now about 98% of our public officials are lawyers; so if we filed motions to remove them from office, who would sign them? Wasn't that convenient for them?

9) On August 4, 1790, Article ONE of the U.S. Statutes at Large, pages 138-178, abolished the States of the Republic and created Federal Districts. In the same year the former states of the Republic reorganized as Corporations and their legislatures wrote new State Constitutions, absent defined boundaries, which they presented to the people of each State for a vote! Why this time? Because the new State Constitutions fraudulently made the people "Citizens" of the new Corporate States.

A Citizen is also defined by law as a "corporate fiction." The people were bound to the Corporate State and the States were bound to the Corporate United States and fraudulently obligated all of us to pay the debts of the Federal Government owed to the King. This was necessary because the United States was officially bankrupt on January 1, 1788 and the politician's (our Founding Fathers) who benefited the most by these Revolutionary loans, required a guarantee to present to the King. Absent that guarantee, they were personally obligated to repay the debts.

The state constitutions were rewritten again during the Clinton Administration, except now they are called the Constitutions of Interdependence! These Constitutions read just like the Declaration of Independence, except that "We the People" have been eliminated. This is the Magna Carta of the public officials, to protect them under The New World Order Communist Government! The public was never informed of this, like everything else and the media never reported any of the Fraud being perpetrated against America by their public officials.

I could go on and on, discussing Articles and Amendments of the Constitution but suffice it to say that the 'benefits' the government dangled in front of our "naïve noses," has been used as an inducement for us to volunteer; and that all of these 'benefits' are received by us at a terrible cost! When we apply for government benefits, the foreign government in charge, converts our living sovereign person into a corporation and then records our person as, "government asset property". The States used to provide protection, stability and security for the people but over time the focus of their attention has changed to the control of our minds, bodies, spirit and assets. To take a loyalty oath to support, defend and obey the Constitution, now is to swear an oath to you Masters to be ever loyal to them! "Slaves you are and slaves you will ever be!"

More evidence of our Slavery is as follows:

a) The primary control and custody of infants is with the corporate state government through the filing of government issued Birth Certificates, which are held in a State Trust and therein each applicant is recorded under the Department of Transportation as a State owned Vessel and financial asset. A government issued Birth Certificate was never needed as proof of birth because a baptismal record or a family bible entry of birth was and is an exception to hearsay and constitutes legal proof of birth. Had your parents never applied for a government issued Birth Certificate, none of the Federal or State Statutes, Codes or Regulations in place, would be enforceable against you, and no government official or agency could ever tell you how to raise your children; declare you an unfit parent, or take your children away from you!

We all made fun of the Amish of Pennsylvania and yet the government cannot touch them because they do not participate in anything these corporate governments have to offer. The title to their land is recorded as an Ecclesiastical Trust. The Vatican (the Holy Roman Church) actually owns all the land, territories and insular possessions called America and as long as the Amish remain an Ecclesiastical Trust and remain a passive Christian Society, the Vatican will protect them. The Holy Roman Church possesses the power to protect or crush anyone and anything! [See: Tillman v. Roberts, 108 So. 62 [and] Title 26 U.S.C. 7701 [and] 18 U.S.C. Section 8].

b) Social Security is not a Trust or Insurance policy or Insurance against disability. The U.S. Supreme Court has ruled that Social Security is a government giveaway program funded by a government Tax; which is why and how the Congress can periodically dip into the assets of the

fund anytime they want and never have to pay it back! The back of the Social Security card states that the card is the property of the government and not you! Your birth name appears on the front of that card and has been modified, the same way as your birth certificate; from upper and lower case letters to all capital letters, pursuant to the U.S. Government Printing Manual, which instructs government agencies on how to subtly convert a living man into a corporation. The actual Director of our Social Security Fund and Administration is the Queen of England and from which she is paid a generous salary. Your Social Security Card is issued by the United Nations through the International Monetary Fund and your Social Security Number is actually your International Slave Number! On the reverse side of that card is an "E" followed by eight numbers. That is a "cusip" number, which is required on all securities. Yes! You have been converted into a marketable security, like a bond, and your person was offered for sale and sold to domestic and foreign corporate investors.

c) A Marriage License Application is a request to your "Masters" for permission to marry. If you ever had any claim of sovereignty before that date; you lost it completely when you applied for and married under a marriage license. Sovereignty means: "To assert ones independence and to claim to be self-governing." The license isn't necessary and never has been because a marriage has always been just a contract, witnessed by God, between a man and a woman! Who told you that you must apply for a license? It is the official you chose to conduct your ceremony? The official just happens to be a licensed government official and his license prevents him from conducting marriage ceremonies without the issuance of a marriage license. Did Moses or Jesus ever say or profess that God does not recognize a marriage, without a license?

Here's the Fraud behind the License:

Those who apply for and marry pursuant to a marriage license have now added a third party to their marriage contract! The third party is the Master, by and through his Agent, the Corporate State. The marriage license bestows the State with the legal right to decide the fate of the husband, wife and the possessions they procured during their marriage, should the marriage fail. A Corporate Judge and the Judges must now decide by and through the States Corporate Court their divorce first and foremost concern is the "interest of the State." The interest of the bride and groom is now secondary.

[See: VanKosten v. VanKosten, 154 N.E. 146]. A comment by the Judge deciding this divorce says it all. "The ultimate ownership of all property is the State: individual so-called ownership is only bi virtue of government, [i.e.] laws amounting to mere use must be in accordance with law and subordinate to the necessities of the state." [Also See: Senate Document No. 43 of the 73rd Congress, 1st Session] and [Brown v. Welch, U.S. Superior Court].

d) The term "license" is defined in law as, "A permit to do something illegal." [See: Blacks Law Dictionary, 6th or 7th Edition]. Therefore, all licenses are permits to violate the only real law. Inalienable rights are the rights bestowed upon all living men, by God at birth. All other laws are subordinate to God's law. The controlling government wants us to rely on their laws, so they demand that we apply for a license! Another example is a "Drivers License". It is your God given right to travel the roadways of this nation and no government has any right to restrict, tax or license your pursuit of happiness! The only exception is a Driver of a Commercial Vehicle. The governments have a right to regulate Commerce, which means trade. Anyone operating a vehicle in Commerce must be licensed but all others are absolutely free to travel without one!

The foreign Agents in power; have changed the common meanings of words to encapsulate and control every Sovereign. They succeed in this intimidation through the corporate courts and police enforcement by officers who have been brainwashed and reinforced by mandatory training programs.

e)  The use of "Trusts" by the Masters and their Agents; is for a good reason! A Trust by law is secret and neither the Masters nor their agents [the Corporate Government and Courts] can be compelled to expose the rules or regulations of the Trust and those regulations can change with the wind, without notice to the participants! [See: The Law of Trusts].

f)  Slaves cannot own property. Look at the Deed to your home. You are identified as the [Tenant] of the property and never the Owner and your Local and State land tax is actually a "rent or use fee" assessed by the State for the lease on the land. You gave them the land after closing via your lawyer. Did he ever tell you that?

After closing, your lawyer recorded the deed with the Court. The law only suggests recording the deed it doesn't mandate it! Upon recording, you gave the land back to the State, who then leases it back to you for as long as you live there. Isn't that where you have constructed your home, your castle? I'm paying for it, doesn't that make the land mine, you ask?

g)  Foreclosures are nothing more than evictions, based on a different kind of fraud. The illusion of a debt [Mortgage] that never existed. No individual or family who has been foreclosed on and evicted from his or her home in the United States is legal. The only exception to this is owner financing.

Other than owner financing, the people who purchased their homes through a Mortgage Company, actually owned their homes "completely" on the day of the closing. The real legal definition of a "closing" means that all legal interest as to title is concluded. [See: any reputable Dictionary from the 1800's]. The definition has been changed by our government lawyers to conceal the fraud.

[Explanation of the above statement.]

First you must know that the federal government took America off the gold standard in 1933, during a staged bankruptcy called the "Great Depression" and replaced the gold with an economic principal known as, "Negotiable Debt Instruments." [YES, THE GREAT DEPRESSION WAS STAGED!] The government needed to create a catastrophe to implement standards that were designed to steal you possessions and God-given rights!

Behaviorists discovered the process of creating a catastrophe. Take away a persons food, comfort and safety long enough and they won't care or question the illusion provided, as long as their stomach is full, they have shelter, a comfortable bed and the means (real or imagined) to keep or continue their comfort.

President Roosevelt unconstitutionally collected America's gold by Executive Order and sold it to the Vatican by way of China, to conceal its true ownership. The gold in Fort Knox belongs to the Vatican and not eh United States. Absent a gold base, Commerce now essentially trades in "debts". So if you borrowed money for a Mortgage and there's no gold or real value to support the paper called U.S. Currency, what did you actually borrow?

Factually, you borrowed debt. The Mortgage Company committed the ultimate fraud against you because they loaned you nothing to pay off the imaginary balance, not even their own debt instruments. They then told you that you owe them the unpaid balance of your home and that you must pay them back with interest, in monthly installments.

Here's how they did it.
At your Closing, the Mortgage Company had you sign a "Promissory Note" in which you promised your sweat, your equity, full faith and credit against an unpaid balance. Then without your knowledge, the Mortgage Company sold your Promissory Note (your credit) to a Warehousing Institution such as, Fannie Mar or Freddie Mac. The Warehousing Institution uses your Promissory Note (your credit) as collateral and generates loans to other people and corporations with interest. Collateral is essential to a corporation because corporation have no money or credit. They're not real, they're a fiction and require the sweat, the equity, the full faith and credit of living individuals to breathe and sustain the life of the corporation. Corporate Governments operate under the same principle.

The Warehousing Institution makes money off the "Promissory Note" (your credit) and even though the profits made are nothing more than new (Negotiable Debt Instruments), those instruments still have buying power in a (Negotiable Debt Economy). These debt instruments are only negotiable because of the human ignorance of the American People and the human ignorance of people in other countries of the world, who have been lied to, told this has value, and the people don't know the difference.

Did you ever give you permission to the Mortgage Company to sell your credit? So where is your cut of the profits? If the Mortgage Company invested nothing of their own in the purchase of your home, why are you making a monthly Mortgage payment to the with interest? And where do they get off foreclosing on or against anyone or threatening to foreclose?

They do it by fraud and the Masters and their Agents (the governments, the courts and the banks) all know it. Everything done to us and against us is about sustaining their lives, the lives of the corporate governments they command and to keep "We the People" under their complete control. They accomplish this control by taking away or threatening to take away your comfort and independence. They all use fraudulent means, disguised as law.

Note: When you applied for a Mortgage, the Mortgage Company ran a credit check on you and if you had a blemish on your credit record, they charged you points (money) to ease their pain and lighten the risk (a credit risk) of their loaning you a Mortgage! More Fraud! Why are you paying points, when they never loaned you a dime? The credit report is just another scam. If you have a high credit report, the government and banks identify you as an "Obedient Slave" and yet your "Promissory Note" sold for the same value as the "Promissory Note" endorsed by the man who is (a credit risk). Credit didn't matter. The fact that you are a living person is what matters!

More Fraud:
The Mortgage Company maintains two sets of books regarding your Mortgage payments. The local set of books, is a record that they loaned you money and that you agreed to repay that money, with interest, each month. The second set of books is maintained in another State office, usually a Bank because the Mortgage Companies usually sell your loan contract to a Bank and agree to monitor the monthly payments in order to conceal the fraud.

In the second set of books, your monthly Mortgage Payment is recorded by the bank as a savings deposit because there is no real loan! When you pay off the fraudulent mortgage, the Bank waits (90) days and then submits a request to the IRS. The request states: "That someone, unknown to this facility, deposited this money into our facility and has abandoned it. May we keep the deposit?" The IRS always gives their permission to the bank to keep the deposit and your hard earned money just feathered the nest of the Rockefeller, Rothschild and eleven other wealthy families in the world.

Equity Law, which once controlled Americas' Corporate Courts, has been replaced with Admiralty/Maritime Law, pursuant to Title 28 of the Unites States Code and the Judiciary Act of 1789. This is the Law of Merchants and Sailors.

Under Admiralty/Maritime Law; the Courts presume you owe the Mortgage or the Tax or that you committed a crime defined as a Criminal Statute and it is your obligation to prove you're innocent. This means, you're guilty until you prove you're innocent, which s the same standard and procedure used in a Military Court Martial. Haven't we always been told that, "You are innocent – until proven guilty?" Lies, Lies, and more Lies.

We are not free men; we are slaves, and bound to our Masters by adhesion contracts and secret Trusts. The goal of the Masters and their (agents) our elected officials, is to keep the people oppressed and subservient to them! As the Masters agents, they utilize propaganda techniques through government-controlled schools, churches, the media and mind control by force and or the threat of force through the courts and police enforcement.

Police officers in America have been pumped full of more bullshit than a manure spreader and because of their trust, public school conditioning and training, they haven't the ability to see what is going on! Many have been conditioned by previous military service, not to think for themselves but just follow orders, which makes many of them as dangerous as a Terrorist! Now ask yourself; who are the real Terrorists in America?

Guess what; "the Constitution isn't for the Police either" and still they are forced to swear an oath to defend it. The more regulations, statutes and codes created, and the greater the number of regulatory officers and agencies created to enforce them; the greater the Masters control over their Slaves and that is mind control by force and threat of force, by the very people we rely on, to protect and serve.

At some point in history the foreign Agents in control of our Federal Government, decided that they needed to create Federal Police Agencies to protect them! I can't blame them! If I were a part of a conspiracy that could result in the American people hanging me for Treason, I'd want bodyguards too! Now, if you are one of these public officials; how do you justify the employment and expense of bodyguards, when nobody is trying to injure you, and you don't want anyone to know that you are committing Treason? Instead of confessing you motives; you must find a way to accomplish your objective and blame it on someone else.

HENCE: The birth of a bad law, The Volstead Act and the beginning of "Prohibition!" Enterprising people began to make money and others organized. Those who organized became mobs and when the mobs began killing each other, the freelance boot-legers and innocent people in drive by shootings; our federal officials sat back and enjoyed the show! They did absolutely nothing until the public was literally breaking down the doors of the Capitol Building: [Just like they had planned it!]

The FBI existed before this time. They were a small investigative unit under the Attorney Generals Office. The Agents had no arrest powers and were prohibited from carrying guns. Their only authority was to investigate federal employees and make reports to the attorney general, who then decided if the matter was serious enough to concern the government and whether to prosecute the employee. The FBI was eventually armed, expanded and provided national jurisdiction to fight the gangsters! None of which would have been necessary had it not been for The Volstead Act! Slowly, the agency has grown into the giant it is now and ironically, the Legislature never authorized their expansion. The Attorney General did everything administratively. Where does it say in the Constitution that a federal employee has the authority to create law, create a police authority or expand a current one?

Do you see how our government has circumvented the restrictions placed upon them by the Constitution and manipulated the American people? Every catastrophe, calamity or disaster has been planned and financed by our so-called public representatives with an ulterior motive in mind. The creation of Homeland Security was done in the same way. Hired men having connections to the Middle East staged a Terrorist attack. I'm not going to go into conspiracy, other than to say that President Bush and the FBI were as guilty as the men who highjacked the commercial airplanes. The director of the FBI confessed to the Congress of his Agencies involvement under Presidential Order. He was relieved of his position and Congress took no action against President Bush and the media did not report any of this to the American people. Treason charged were filed against President Bust, Vice-President Cheney and the FBI by a two star General from the Pentagon and no action has ever been taken and nothing was ever reported to the American public, upon the orders of President Obama.

This was just another government catastrophe designed to make you (the public) beg the government to come to your aid and protect you! Each time one of these catastrophes are staged, our representatives steal more of our liberty and freedom from us, but America doesn't care because now they feel safe once again! And that's what these foreign Agents want us to believe and feel!

We complain today that government has eroded our rights! Its true because we were lied to directly and indirectly and told to believe something other than the truth! The correct term here is "Propaganda" and all government controlled entities and institutions mentioned are quite expert in the use of it! When I was a child, during the period labeled "the Cold War" I remember my teacher's telling the class how experts the Communists are in the use of "propaganda!" I can say now with absolute certainty that no one is as expert as the American government! In fact I believe that our government officials taught the World!

I don't blame my teachers. Most of them were subjected to and spoon-fed the same propaganda under direction of these foreign Agents and corporate entities that now employ them. Our teachers are simply spoon-feeding our children with the same propaganda that was fed to them. Naturally, if a teacher becomes too creative and steps outside the box, the penalty for such creativity is the termination of employment, their future profession and benefits! Generally, the reason used for termination is: "Failure to adhere to the established curriculum and or meet the needs of this establishment!" Who established the needs and curriculum? Why the government agents under the U.S. Department of Education, acting through the foreign Agents representing the Masters.

During the Bush Administration, a Treaty called the North American Alliance was negotiated and signed but the content was not reported to the American public. The Treaty guarantees that the boundary lines dividing Mexico, the United States and Canada will dissolve and become one country to be called North America, upon the installation of the New World Order Government! The United States

Mint is manufacturing the currency for North America. They are gold coins called AMEROS. I have pictures of these coins being minted, which were taken by an employee and smuggled out!

Everything in your life has been controlled from birth and you're still being controlled. The freethinkers of the world have either been murdered or institutionalized in asylums. Freethinkers are a detriment to the Masters and their Agents. They have the potential to become (Martyrs), especially if the populace begins to pay attention to what the freethinkers have to say or teach. Look at what happened to Jesus, John Kennedy, Bobby Kennedy, John Kennedy, Jr. and Martin Luther King, Jr.! if you believe John Kennedy, Jr. was an accidental death, then you probably believe that on 911, the attack on the twin towers was a real Terrorist attack!

[If you still think this way, after what you have read: Please stop reading, please put your thumb in your ass and close your eyes! You are much too gullible, ignorant and brain dead to be helped and you deserve the treatment you and your family are certain to receive!]

Contrary to popular belief, nothing has changed since the day of Jesus. If Jesus was alive today, he would be declared a Terrorist and locked up in an asylum and slowly poisoned to death through the use of drug combinations that are designed to slowly consume life instead of heal. As long as freethinkers profess their thoughts, they will be institutionalized until their death! Society will be told that these men are dangerous and or they will be classified as Terrorists.

The entire World is a 'Slave Plantation' and is set up under this same principle by the Masters, "the high contracting powers", who have been identified in certain International Treaties as the Pope/Vatican, the United Nations, the King/Queen of (England or United Kingdom) and principals of the International Monetary Fund.

The coming of a "One World Government", which public representatives and the media have been talking about, actually began in 1790 with the passage of the Articles of Confederation. These Articles and the principles therein, were first suggested in the Magna Carta and later became the foundation of the U.S. Constitution but, "there not for you!"

The Capitol City of the World has been identified as New York City, according to the United States code. The United Nations with the blessings of the Vatican, keeps the World divided and in flux, under the principle of "Divide and Conquers", and all religious orders within the United States are instructed to keep us passive. People, populations, economies, religions and political agendas of every country on earth are manipulated by the Masters, which keep each Country in euphoric flux against the other.

Partial proof of such Power:

We are presently living under the Babylonian Talmud, which was introduced to England in 1066 and has been enforced by the Pope, various Kings and every religious Order since.

This Babylonian Talmud represents total and relentless mind control in that people are to believe in fictions, things that do not exist [e.g.] Private International Law is now Commercial Law, which only deals in fictions; "fictions called persons, money, politics, government and authority." The Uniform Commercial Code, known as the Law of Merchants, which is 6000 years old, was derived from ancient Babylon and is now Private International Law. [See: The Uniform Commercial Code, section 1-201]. Ps. Human rights do not exist in fictions.

Prior to 1066, many of the Kings subjects [Lords and Dukes] held allodial deeds to land, which are land grants from the King or past Kings and which prevented the present King or his agents from taxing, trespassing or enforcing his will upon those subjects. Land protected by an allodial deed and improved by a home made the subjects, Sovereigns in their own right and the king of his castle. In 1066, William the Conqueror defeated England and stole the Kings Title, his lands and the lands belonging to his subjects. From William I (1066) to King John (1199), England found itself in dire straights because it was bankrupt. During this span of time, parishioners routinely passed their land onto their family or to the church without the Kings permission. So the King invoked the ancient, "Law of Mortmain", also known as "the dead man's hand", which is our modern day probate law.

The Pope and the Vatican objected to the "Law of Mortmain" because the King owed the Vatican a lot of gold he had borrowed and this law now prevented the church from receiving gifts of land. In 1208, England was placed under Papal interdiction (prohibition) and King John was excommunicated. King John was ignorant of the teachings of the Bible and was made to believe by Pope Innocent III, that the Pontiff was the "Vicar of Christ", the ultimate owner of everything on earth, and the only one who could grant the King absolution for his sins, providing the King make a suitable gesture of repentance to the Pope and the Holy Roman Church.

The word "VICAR" is defined in Webster's 1828 English Dictionary, to mean, "A person deputized or authorized to perform the function of another, a substitute in office," and thereafter, all of the Popes since Pope Innocent III, pretend to be Jesus Christ on earth.

In his attempt to regain his stature, King John offered the Pope and the Holy Roman Church his Kingdom, plus 1000 gold marks each year as payment of a lease on the land, and he accepted the Pope's appointed representative [appointed ruler] and swore submission and loyalty to Pope Innocent III and the Holy Roman Church. In 1213, a Treaty was entered into between the King and the Pope. The Treaty made the King a tenant of his former Kingdom and a trustee to the Pope and the Holy Roman Church. The Kings ancestors were later appointed Treasurer of the Vatican Bank and continue to serve in that capacity to date. [See: Treaty of 1213, and the Papal Bulls of 1455 to 1492, and the Selected Letters of Pope Innocent III concerning England from 1198-1216, Thomas Nelson and Sons, Ltd. 1956].

In 1215, the Barons of England reacted to the loss of their rights and privileges they once enjoyed before the 1213 treaty, and so they revolted against King John and stormed the castle. Under the threat of death, they forced him to sign a document that recognized their stature and spelled out their individual rights! The document was named the Magna Carta.

When Pope Innocent III was informed by King John about the Barons revolt and the Magna Carts, the Pope condemned the document and declared it null and void. In his written declaration to the Barons, the Pope stated that, "The Declaration of Human Rights embodied in the Magna Carta, violated the tenets of the church." Imagine that --- a church that does not believe in human rights --- but has a prohibition against abortion! I believe that is called an Oxymoron. [See: The Selected Letters of Pope Innocent III concerning England 1198-1216, Thomas Nelson and Sons, Ltd. 1956].

The Treaty of 1783, known as the Treaty of Peace, signed subsequent to the Revolutionary War; was a Treaty between King George, the Holy Roman Church and the representatives of the Corporate United States. The opening statement is written in Old English and when interpreted means: "The King claims that the pope is the Vicar of Christ and that God gave the King the power to declare that no man can

ever own property because it goes against the tenets of his Church, the Vatican/ The Holy Roman Church and because he is the Elector of the Holy Roman Empire". [This is why no person or company can ever own real estate in America!] And the Founding Father's agreed to that Declaration.

The Treaty of Verona, which took place on November 22, 1822, was another Treaty between the King of England , the Pope and the "high contracting powers" of the world and exemplifies the power that the Pope and the Vatican weld in the word and magnifies their interest in the Republic of the United States. It also explains what has happened to us in America.

The Treaty of Verona:
Article I: Basically states that the "high contracting powers" [the Masters] agree and decree that all representative forms of government and governments that recognize the individual sovereignty of ordinary people, is incompatible with "divine right" and all agree to use all of their efforts to bring an end to such governments, wherever they may be found or exist. [Isn't the United States supposed to be a representative form of government, which recognizes individual sovereignty? At least that's what the Declaration of Independence promised].

Article II: That the "high contracting powers" agreed and decree that freedom of the press is a detriment to there existence and all promise to adopt measures to suppress the press in all of Europe. [If Americans want to know what is happening in the United States, they need to tune into the Foreign News Service because the American Press is suppressed beyond belief, ever since the Nixon administration and the Watergate scandal. Americas Press however, will talk badly about other countries and the Foreign Press reciprocates the favor. Do you remember my earlier comment about, "Divide and Conquer?" If you want to know what is happening in America you need to watch and listed to the Foreign Press.

Article III: Convinced that religion contributes powerfully to keep the people in a state of passive obedience, all of the "high contracting powers" agree to take measures to insure its continuation and a written accolade is directed to the Pope for his efforts to create and continue those measures. [An example of the measures they are speaking of involves the King James Bible.]

[e.g.] The King under the guidance of Pope Innocent III concocted the King James Version of the Bible. [This is the same King who was convinced by the Pope, that the Pope was God's representative on earth!] This collaboration was kept secret to conceal the truth of their manipulation of the prophet's written word. If you can locate an ancient manuscript of the Bible, which predates the King James Version, you will discover that [during the crucifixion of Christ], it is written in the ancient text that Jesus said: "Forgive them NOT, for they know what they do!" In the King James Version, it is written that Jesus said: "Forgive the Father, for they know Not what they do." The King James interpretation represents a passive version and is in keeping with the purpose and the accolade mentioned in Article III of the Treaty of Verona.

The King James Version of the Bible is the most popular version today and is presented to the masses by all government controlled Christian religions.

[Passive obedience however is not taught or practiced in the Muslim religion]. What was the lie our government used to explain the involvement of the armed forces of the United States and England in the Middle East? I remember Muslim leaders screaming that this was a "Jihad," [a holy war] and our so-

called leaders denied the allegations. When the media later questioned the American people, they responded with disdain and disbelief!

Is there any wonder why there are now Muslim paramilitary camps being formed on American soil? And when our government officials were questioned why they permit these paramilitary camps to exist; their response was, [The U.S. Constitution protects their right to exist!] I remind you that this is the same Constitution that we are not a party too; has been circumvented by our government officials and fails to protect any rights of, "We the People!" The reason the foreign Agents posing as our federal representatives, are not concerned by the formation of these camps, is because of the mass genocide planned for the American population in the fall.

Korea is now in the news for testing nuclear weapons. Our government is making Korea look like the aggressors when in fact Korea does not want to be a part of the New World Order government and they are reacting out of fear! They simply want to live their lives as they see fit and our government officials and the United Nations are trying to bully them into submission!

The following further exemplifies the power of the Vatican in America:

"If the Sovereign Pontiff should nevertheless, insist on his law being observed, he must be obeyed." [Bened. XIV, De Sgn Dioec., lib., ix, c vii, n4. Prati., 1844].

"Pontifical laws moreover become obligatory without being accepted or confirmed by secular rulers." [Syllabus, prop 28, 29, 44].

"Hence, the jus nationale, (Federal Law) or the exceptional ecclesiastical laws prevalent in the United States, may be abolished at any time by the Sovereign Pontiff." {Elements of Ecclesiastical Law, Volume 1, pages 53 and 54].

[This passage is saying that the government has no authority to abolish or change ecclesiastical law in America and that only the Pope has the power to do that].

Keys to the Conspiracy:

"Alice in Wonderland," a famous children's story written by Leo J. Carroll, which was his pen name. The author's true profession was that of a lawyer, a lawyer who had a conscience, (another oxymoron). Leo J. Carroll was English and was privy to the early scheme and conspiracy to destroy all the World's governments and eventually replace them with a "One World Government!". So, he instituted his own plan to inform the World's population about this nefarious conspiracy by writing about it in a children's story.  He figured that parents would buy his book, read the story to their children and when the real conspiracy began to unfold, the parents would identify with his story and rise up against this evil.

Kudos to Leon J. Carroll but unfortunately his plan was too quick and the pace of the conspiracy was too slow and methodical for anyone to make the connection.

Consider this information:

1) During my research, I discovered a Congressional Record from the 1930's which was a report compiled by an expert in counter intelligence hired by the British Parliament. The report detailed a plan

or method to be employed by Parliament and the United States government, for the complete takeover and destruction of the U.S. representative form of government. The report was sent tour Congress for review and then there was an argument from certain members of Congress who insisted that the report be recorded as "Tope Secret," out of a fear of reprisal, should the American people discover its existence. The opposition members of Congress argued that the American people are functionally illiterate and too preoccupied with their own person comfort, to be concerned about what we do. The report was entered into the open record of congress was never discovered until 2002. I have this congressional Record in my computer documents.

**WARNING. BEWARE AMERICA!**

2) I met a man who was once employed by Military Intelligence. He is now diseased. We became close friends and over time he confided in me something that had been bother his conscience for many, many years. During his employment in the Military, he happened upon a scientific report by MI, prepared for the Congress. The report detailed a place titled: "How to reduce the population of the United States." The conclusion is reached in this report was through mass vaccinations to cure a fictitious pandemic.

**Note:** As of June 2009, a former scientist, once employed by a large pharmaceutical company in the United States; has disclosed that before resigning from his employer, former President Bush, signed legislation that defers and eliminates the Federal Food and Drug Administrations mandatory product testing, defers and eliminates disclosure of possible dangers to the public, and defers and eliminates civil liability on part of the FDA and the pharmaceutical company.

**Note:** This scientist revealed that the President and congress are expected to order mass vaccinations for a (fictitious swine flu pandemic) in the fall of 2009 and that the vaccine to be used contains small amounts of bird guano, a substance known to cause serious illness and death and in several tests, killed the lab animals that were injected. This scientist suggested that most of the soldiers, who have died in the Middle Ease conflict, have died from these vaccinations, but no one is talking.

**Note:** The people who have died of (swine flu) so far, died because they were vaccinated with the vaccine that is planned to be given to the American population in the fall of 2009 and half of the World's population. The World Health Organization is expected to declare a (pandemic) and will requires that President Obama and Congress order mandatory vaccinations in the United States. Any one who refuses to take the "death vaccine" will be arrested as a Terrorist and will be committed into Internment camps.

As a Terrorist, no one is permitted a lawyer, a hearing or a judge, pursuant to the New Patriot Act passed by Congress after 911.

The World Health Organization is owned by and under the direction of the Rockefeller and Rothschild families. D you know see the pattern unfolding?

**Note:** Policy officers, Sheriff's Deputies, U.S. Military personnel and their families will not escape this mass genocide. All will be compelled to take the "death vaccine" right along with the rest of the general public. My guess is that the federal or state governments will install another policy authority to replace our Police, Sheriff's Deputies and Military. My belief is that they will be using army personnel of the USSR and China. These armies are now occupying former military bases in each state that was

between each other but they are prohibited now by law, from circulating them back into the American economy. Image that, the Congress passed a law prohibiting the circulation of lawful currency.

4) The same elder gentlemen told me that when he was a childe of 12, his father was a Mortician in Washington, DC and his family resided at the Funeral Home where his father was employed. This Funeral Home was eventually engaged by the White House to embalm the corpse of Franklin D. Roosevelt, upon his death. The elder gentlemen then asked me, "Do you know why FDR's funeral was a closed casket, when he died of natural causes?" I didn't know the answer!. Then the elder gentleman responded: "Because my father didn't know how to hide a bullet hole to the head!" The man went on to elaborate how the Secret Service and FBI had visited the funeral home during this timeframe and made everyone swear under threat of death, not to reveal what we saw or knew. Nothing was ever reported to the public or printed about it in the history books and, "I'm too old now to give a shirt about their threats!"

Just in case the old guy was simply trying to best my research on JFK, I wrote down the name of the Funeral Home and his last name, once I entered my vehicle. Later that afternoon I began to research FDR's death and burial and discovered that the name of the Funeral Home matched. I then found a censes report for Washington, D.C. of that year and discovered that the old gentleman's father was in fact a Mortician and he resided at the Funeral Home with his wife and two children.

5) Not knowing as much then as I do today, I telephoned the Washington Post and spoke to Bob Woodward, who was one of the two famous Investigative reporters responsible for bring down the Nixon Administration. I told Mr. Woodward about the possibility that FDR had been Assassinated in office and was covered up!. I gave him what information I could and told him that I hoped he would be able to solve this incident as well. This was seven y ears ago and nothing was ever printed, discussed in the Post or was every releases by any news service. Two years ago, I found the evidence of the Treaty of Verona and many other details discussed herein, which strongly suggests that freedom of the press no longer exists in American, If it ever did!)

Some of you "doubting Thomas's" may want to argue with me that: If this is such a huge conspiracy; how is it that you and your Internet friends can research everything on computers and write about it?"

The answer is that our Masters and their government agents are quite full of themselves! They have intelligence, wealth, influence and absolute power and control over everything and everyone on this earth but, they are human and suffer the same common frailties that every powerful leader has endured since the beginning of time: "fame and the desire for recognition!" They can't talk or brag about their conspiratorial accomplishments while they are alive out of a fear of retaliation, which is in direct conflict with their human egos! So, they are forced to settle for the accomplishments to be recorded in expectation that one day the MATRIX will be revealed and they will be recognized, revered and ogled by future generations of their kind.

THE END.

Tracy Dee Ann Corona, Sovereign Woman on the Land
c/o 56891 Fat Elk Road, Coquille, Oregon near (97423)


AND


Justine Lorraine Rice, Sovereign Woman on the Land
c/o 760 Cliff Harbor Way, #116 Oceanside, California near (92054)


September 26, 2009


Certified Mail Return Receipt

#_____-_____-_____-_____


Ms. Barbara J. Rothstein, Director
Mr. John S. Cooke, Deputy Director
FEDERAL JUDICIAL CENTER
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Washington, DC 20002-8003

> Re:   ***United States District Court Judge Roger T. Benitez***
> ***Southern District of California, San Diego, California***

> Re:   ***USA V. CORONA, TRACY D. [Case 04-CR-1298(BEN)] and***
> ***USA V. RICE, JUSTINE LORRAINE [Case #09-CR-0226 (BEN)]***

Dear Ms. Rothstein and Mr. Cooke:

> ***Notice to Principal is Notice to Agents***
> ***Notice to Agents is Notice to Principal***

> ***This is Lawful Notice to All Board Members: Chief Justice***
> ***Of the United States, Judges of the U.S. Court of Appeals,***
> ***Judges of the U.S. District Court, Bankruptcy Judge and Magistrate***

This is to advise you and your Board of "Judges/Lawyers" of the wrongs that are being
continually perpetrated on the above women, Tracy Dee Ann Corona and Justine Lorraine Rice

Ms. Barbara J. Rothstein, Director
Mr. John S. Cooke, Deputy Director
FEDERAL JUDICIAL CENTER
September 26, 2009
Page Two

by a United States District Court Judge, named hereinabove. . Mr. Benitez has been continually notified of such wrongs but continues to unlawfully incarcerate us.

As you and your Board must be fully aware, Roger T. Benitez has been rated "Unqualified" by the American Bar Association upon his investigation to be nominated as a U.S. District Court "Judge", evidence is obvious by the injuries he has now caused us and continues to cause our respective families.

Mr. Benitez has been made aware of where we stand but we are continually ignored. Ms. Corona has had documents ordered removed from her docket and was threatened in Court to sit down and be quiet or he (Mr. Benitez) would have duct tape put over her mouth and physically removed from the Courtroom. Is this the justice system that you promote? No voice allowed? Not being able to stand up for our rights? This is obstruction of justice, a chargeable offense which must be investigated. It is more proof of his refusal to acknowledge our standing as sovereign women who were defrauded by the U.S. Attorneys by their "secret" Grand Juries amongst other wrongful acts against us. We are real parties in interest under injury and redress must be sought and remedy for us procured.

After much serious time, energy and money researching we have notified the Court of the following:

First of all, as Christian women, we cannot have other gods before us or idols.[1] This would include the "corporate" United States.

Other issues that have been brought up before Mr. Benitez (acting "Judge") is the following:

1.   "Judge" Benitez is nothing more than an administrative officer in a commercial court operating in commerce. He has been notified that under the ***Clearfield Doctrine*** any court operating in commerce has no jurisdiction over the living, breathing soul;

2.   The United States District Court is not a true district court for the united States but is a "corporation", with a tax identification number, which is listed on Dunn & Bradstreet;

---

[1] Matthew 6:24 *"No man can serve two masters for either he will hate the one and love the other or else he will hold to the one and despise the other. Ye cannot serve God and mammon."*

Ms. Barbara J. Rothstein, Director
Mr. John S. Cooke, Deputy Director
FEDERAL JUDICIAL CENTER
September 26, 2009
Page Three

3.    Under Title 27, Code of Federal Regulations Part 72, Section 11 defines crimes as "COMMERCIAL CRIMES", these are victimless crimes;

4.    There is no injured party or damaged party. There has never been provided an Affidavit under Penalties of perjury by any party claiming damage or injury. A corporation or "legal fiction" cannot be an injured party, this includes the United States of America as Plaintiff, unless there is a true injured party. In both of the above cases, there is none;

5.    Since there is no "injured party" as required by common law, (God's law which is paramount) or constitutional law, all other "commercial crimes" are due to implied or express contracts (i.e., Social Security). The Supreme Court ruled that all contracts with the government are maritime in their nature and is subject to admiralty jurisdiction;

6.    All contracts, implied or expressed, done under fraud and without full disclosure are and have been rescinded due to the fraudulent nature of them. These contracts are immoral and unconscionable. Such are considered invalid due to their fraudulent nature;

7.    Judge Benitez has been told by both of us women that we do not stand under the Military/Admiralty Flag posted in the courtroom but rather standing under the Flag of Peace because our Lord requires that of us.[2];

8.    Judge Benitez was asked to prove jurisdiction over the living breathing women, he refused to answer and still refuses to answer. Any participation in any court proceedings in the past is void *ab initio* due to the fraud it was instigated under. We have never voluntarily given up our God-given rights, which I am sure you are aware of consists of the right (not privilege) to life, liberty and the pursuit of happiness, all which have been taken away from us and is considered unlawful. We have lost our lives, careers, businesses, homes and children, all done under secrecy of the fraudulent jurisdiction forced on the souls of the American men and women.[3]. See Brady vs. United States, 397 U.S. 742 (1970). Woe to you lawyers. (See Luke 11);

---

[2] Romans 12:18 *"If it is possible, as much depends on you, live peaceably with all men."*
[3] Luke 11

Ms. Barbara J. Rothstein, Director
Mr. John S. Cooke, Deputy Director
FEDERAL JUDICIAL CENTER
September 26, 2009
Page Four

9.　Mr. Benitez has been notified that Title 18 was never properly passed in 1948 and therefore the above prosecutions are void and are fraudulent and therefore lacked subject matter jurisdiction;

10.　We are not U.S. citizens but are American Nationals. We do not belong to the "corporate" United States, are not "federal citizens" but are private and are not subject to your copyrights laws and statues.[4];

11.　Mr. Benitez has been notified of his damage to us by **_unlawful conversion_**, a crime against us women. Ballentine's Law Dictionary 3rd Ed., states: *"A distinct act of dominion wrongfully exerted over another's personal property in denial of or inconsistent with his title or rights therein, or in derogation, exclusion, or defiance of such title or rights.* 18 Am J2d Conversion Section 1: *It is an essential tortious act, an unlawful act, an act which cannot be justified or excused in law.";*

12.　All Grand Jury testimony by United States Attorneys and in Court proceedings is considered "hearsay" and should have never been considered by Mr. Benitez. Such was not the case. Another tort act against the living breathing women;

13.　Tracy Dee Ann Corona and Justine Lorraine Rice have waived all benefits and privileges of jail, prison, food clothing and other "benefits". We are perfectly capable of taking care of our lives ourselves without the Corporate US Marshalls, kidnapping and assaulting us through the instruction of Mr. Benitez against our will.

14.　ALL THE ABOVE IS CONSTRUCTIVE FRAUD UPON US!

As you are aware, the United States government cannot define the rights of their creator, the American people. Our rights are God-given and cannot be legislated away.

As you all are aware, three forms of law were granted to the Constitution, common law, equity law (contract) and Admiralty law. Each has their own jurisdiction and purpose. Most men and women today are unaware that when they step foot into the US District Court that they are stepping into "Admiralty" law and jurisdiction. Why is this? It is because all District Court, and other courts and various public offices now fly the flag of the United States with a yellow fringe around it indicating what jurisdiction they fall under, specifically admiralty.[5]

---

[4] James 4:12　*For there is <u>one</u> Lawgiver who is able to save and to destroy."*

Ms. Barbara J. Rothstein, Director
Mr. John S. Cooke, Deputy Director
FEDERAL JUDICIAL CENTER
September 26, 2009
Page Five

Our system of law has been changed without ever giving us proper notice and full disclosure. This is fraud. You have changed common law (God's law) to Admiralty Law (King's Law), unlawfully making us subjects and not the sovereigns as we were created (WOE TO YOU LAWYERS) by bringing the law of the sea onto the land of the living. Tracy Dee Ann Corona and Justine Lorraine Rice were never informed by any acting "Judge" or acting "U.S. Attorney" that by stepping inside this U.S. District Court would grant them jurisdiction over our physical bodies under Admiralty law by flying a "military" flag.[6] This is fraud![7] We are now aware of the violence committed against our God-given rights and unjust treatment by Mr. Benitez.

As John Adams stated: "Next to revenue (taxes) itself, the late extensions of the jurisdiction of the admiralty are our greatest grievance. The American Courts of Admiralty seem to be forming by degrees into **a system that is to overturn our Constitution and to deprive us of**

---

[5] "Placing of fringe on the national flag, the dimensions of the flag, and arrangement of the stars and matters of detail not controlled by statute, but within the discretion of the President as Commander in Chief of the Army and Navy." -- 1925, 34 Op.Atty.Gen.483.

"Pursuant to U.S.C. Chapter 1, 2 and 3; Executive Order No. 10834, August 21, 1959, 24 F.R. 6865, a **military flag is a flag that resembles the regular flag of the United States, except that it has a YELLOW FRINGE, bordered on three sides.** The President of the United states designates this deviation from the regular flag, by executive order, and in his capacity as Commander in Chief of the Armed Forces." (National Encyclopedia Volume 4).

[6] In 1845 Congress passed an act saying Admiralty law could come on land. The bill may be traced in Cong. Globe, 28th Cong., 2d. Sess. 43, 320, 328, 337, 345 (1944-45). "The committee also alluded to 'the great force' of the great constitutional question as to the power of Congress to extend maritime jurisdiction beyond the ground occupied by it at the adoption of the Constitution"

"This power is as extensive upon land as upon water. The Constitution makes no distinction in that respect. And if the admiralty jurisdiction, in matters of contract and tort which the courts of the United States may lawfully exercise on the high seas, can be extended to the lakes under the power to regulate commerce, it can with the same propriety and upon the same construction, be extended to contracts and torts on land when the commerce is between different States., and it may embrace also the vehicles and persons engaged in carrying it on. It would be in the power of Congress to confer admiralty jurisdiction upon its courts over the cars engaged in transporting passengers or merchandise from one State to another, and over the persons engaged in conducting them, and deny to the parties the trial by jury. Now the judicial power in cases of admiralty and maritime jurisdiction, has never been supposed to extend to contract made on land and to be executed on land. But if the power of regulating commerce can be made the foundation of jurisdiction in its court, and a new and extended admiralty jurisdiction beyond its heretofore known and admitted limits, may be created on water under that authority the same reasons would justify the same exercise of power on land" *Propeller Genessee Chief, et al vs. Fitzhugh, e t al*, 12 How. 443 (U.S.1851).

[7] All district courts are admiralty courts, see the Judiciary Act of 1789.

Ms. Barbara J. Rothstein, Director
Mr. John S. Cooke, Deputy Director
FEDERAL JUDICIAL CENTER
September 26, 2009
Page Six

**our best inheritance, the laws of the land.**    It would be through England a dangerous innovation if the trial, of any matter on land was given to the admiralty." *Jackson v. Magnolia,* 20 How. 296 315, 342 (U.S. 1852).

Also stated by another court case: "It will be an evil day for American liberty if the theory of a government outside of the supreme law of the land finds lodgment in our constitutional jurisprudence.  No higher duty rests upon this court than to exert its full authority to prevent all violation of the principles of the constitution." *Downes v. Bidwell,* 182 U.S. 244 (1901).

Tracy Dee Ann Corona and Justine Lorraine Rice hereby affirm we do not stand under the Military (Admiralty) Flag and its jurisdiction in any United States Court.  We are private civilians, non-military and stand under the Flag of Peace.  All we want is to be left alone to live a peaceful life.  To have this fraud brought on two innocent women, who do not have any past criminal record, but have been an active help to our communities have now been destroyed by this fraud.  This is immoral and unconscionable.  God is watching.  All will give an account for every word and deed.  Will you lawyers found wanting before the Lord?  What may have been done in private will be revealed on judgment day.  How will you answer the Lord when it is in your power to do good and you don't do it.

Your silence to this letter will be considered your confession and your agreement with "Judge" Benitez and his continued stealing of our life, liberty, property and the pursuit of happiness. Who are you Judges, Lawyers to attack one of God's children?

Not only have we been defrauded under this "Admiralty" scam but we are also allowed our remedy by Public Law Chapter 48, 48 Stat. 112 which we are also being denied.  We are not "enemies of the state".   We owe allegiance to no one but our Savior.  Your copyrighted laws and statutes do not apply to sovereigns and do not apply to us.  We are not statutory "US citizens" we are American born nationals, and were born on foreign soil (namely the California republic and Wisconsin republic) foreign to any Federal territory or jurisdiction. We have never voluntarily consented to any jurisdiction of the Federal Government which is limited in nature. One can only volunteer with full disclosure of the consequences.  None was ever given.

We have requested pertinent information from the Clerk of the Court and Mr. "Judge" Benitez. Our demands are falling on deaf hears.  When the lawyers and judges break the law who in this country do we turn to?

Ms. Barbara J. Rothstein, Director
Mr. John S. Cooke, Deputy Director
FEDERAL JUDICIAL CENTER
September 26, 2009
Page Seven

This letter is written to you to seek intervention on our behalf.  We ask you not to ignore our pleas for true justice in this land, we believe there still may be some honest judges and lawyers but there may be very few.

All we ask for is our freedom to go about our private business in our daily lives, to raise our children, practice our religious freedoms, to do as God command us "Love the Lord your God with all your heart, mind and soul and love your neighbors as yourself".  Under God's laws and statutes, who could ever be hurt?  This is the command we live by, which all men should live by.

Thank you for your time.

Sincerely,

Tracy Dee Ann Corona

Justine Lorraine Rice

✝ ✗
Christian
Flag.

# County of San Bernardino
## Auditor/Controller-Recorder, County Clerk

| | | |
|---|---|---|
| STATE FILE NUMBER | 66-035823 | **CERTIFICATE OF LIVE BIRTH** <br> STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH |
| | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: BOOK **416** PAGE **696** 3600 **7114** |

**THIS CHILD**

| 1A. NAME OF CHILD—FIRST NAME | 1B. MIDDLE NAME | 1C. LAST NAME |
|---|---|---|
| TRACY | DEE ANN | JOLING |

| 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN, OR TRIPLET? | 3B. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD? | 4A. DATE OF BIRTH—MONTH, DAY, YEAR | 4B. HOUR |
|---|---|---|---|---|
| Female | Single | --- | February 13, 1966 | 11:25 P M. |

**PLACE OF BIRTH**

| 5A. PLACE OF BIRTH—NAME OF HOSPITAL | 5B. STREET ADDRESS (GIVE STREET OR RURAL ADDRESS OR LOCATION. DO NOT USE P.O. BOX NUMBERS) | |
|---|---|---|
| Redlands Community Hospital | Terracina Blvd. | |

| 5C. CITY OR TOWN | 5D. COUNTY |
|---|---|
| Redlands | San Bernardino |

**MOTHER OF CHILD**

| 6A. MAIDEN NAME OF MOTHER—FIRST NAME | 6B. MIDDLE NAME | 6C. LAST NAME | 7. COLOR OR RACE OF MOTHER |
|---|---|---|---|
| Dorothea | Joan | Van Der Maaten | Caucasian |

| 8. AGE OF MOTHER (AT TIME OF THIS BIRTH) | 9. BIRTHPLACE (STATE OR FOREIGN COUNTRY) | 10. MAILING ADDRESS OF MOTHER—IF DIFFERENT FROM USUAL RESIDENCE—FOR NOTIFICATION OF BIRTH |
|---|---|---|
| 23 YEARS | California | Same |

**USUAL RESIDENCE OF MOTHER (WHERE DOES MOTHER LIVE?)**

| 11A. USUAL RESIDENCE OF MOTHER—STREET ADDRESS | 11B. IF INSIDE CORPORATE LIMITS | IF OUTSIDE CITY CORPORATE LIMITS |
|---|---|---|
| 2432 Mill Creek Road | ☐ CHECK HERE | CHECK ONE: ☐ ON A FARM  ☒ NOT ON A FARM |

| 11C. CITY OR TOWN | 11D. COUNTY | 11E. STATE |
|---|---|---|
| Mentone | San Bernardino | California |

**FATHER OF CHILD**

| 12A. NAME OF FATHER—FIRST NAME | 12B. MIDDLE NAME | 12C. LAST NAME | 13. COLOR OR RACE OF FATHER |
|---|---|---|---|
| Ronald | Dean | Joling | Caucasian |

| 14. AGE OF FATHER (AT TIME OF THIS BIRTH) | 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY) | 16A. PRESENT OR LAST OCCUPATION | 16B. KIND OF INDUSTRY OR BUSINESS |
|---|---|---|---|
| 22 YEARS | California | Engineering Technician | Flood Control Civil Service |

**INFORMANT'S CERTIFICATION**

| I HAVE REVIEWED THE ABOVE STATED INFORMATION AND HEREBY CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 17A. PARENT OR OTHER INFORMANT—SIGNATURE | 17B. DATE SIGNED BY INFORMANT |
|---|---|---|
| | Dorothea Joling | Feb. 15, 1966 |

**ATTENDANT'S CERTIFICATION**

| I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED ABOVE. | 18A. PHYSICIAN (OR OTHER PERSON) WHO ATTENDED BIRTH) SIGNATURE—DEGREE OR TITLE | 18B. ADDRESS |
|---|---|---|
| | Bernard Stein M.D. | 233 Cajon Redlands |

**REGISTRAR'S CERTIFICATION**

| 19. DATE ON WHICH NAME ADDED BY SUPPLEMENTAL NAME REPORT | 20. LOCAL REGISTRAR—SIGNATURE | 21. DATE RECEIVED BY LOCAL REGISTRAR |
|---|---|---|
| | Mrs. Cleveland M. K. | 2/18/66 |

This is a true and exact reproduction of the document officially registered and placed on file in the Office of the Auditor/Controller-Recorder, County of San Bernardino.

DATE ISSUED  APR 0 6 2009

*001440887*

Larry Walker
Auditor/Controller Recorder, County Clerk

PRNCO.Rec.(2008)  This copy not valid unless prepared on engraved border displaying seal and signature of Auditor/Controller-Recorder, County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE